**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

FLEMMING KRISTENSEN, individually
and on behalf of a class of similarly situated
individuals
               Plaintiff(s),

vs.

CREDIT PAYMENT SERVICES, INC.,
a Nevada corporation, f/k/a
MYCASHNOW.COM, INC.
               Defendant(s).

   )
   )
   )
   )
   )
   )
   )
   )
   )
   )
   )
   )

Case #2:12-cv-00528-KJD-PAL

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

FILING FEE IS $200.00

           Evan M. Meyers          , Petitioner, respectfully represents to the Court:
         (name of petitioner)

    1.    That Petitioner is an attorney at law and a member of the law firm of

               Edelson McGuire, LLC
                  (firm name)

with offices at         350 N. LaSalle Street, Suite 1300        ,
                    (street address)

      Chicago      ,      Illinois     ,    60654
      (city)              (state)        (zip code)

   (312) 589-6370    ,    emeyers@edelson.com   .
  (area code + telephone number)       (Email address)

    2.    That Petitioner has been retained personally or as a member of the law firm by

    Plaintiff Flemming Kristensen     to provide legal representation in connection with
           [client(s)]

the above-entitled case now pending before this Court.

Rev. 12/11

3.    That since ___November 7, 2002___, Petitioner has been and presently is a
                          (date)

member in good standing of the bar of the highest Court of the State of ___Illinois___
                                                          (state)

where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Illinois Supreme Court | November 7, 2002 | 6278032 |
| U.S. District Court, Northern District of Illinois | November 2002 | |
| | | |
| | | |
| | | |
| | | |
| | | |

5.    That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

None.

Rev. 12/11

6.     That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

No.

7.     That Petitioner is a member of good standing in the following Bar Associations:

American Bar Association

8.     Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 9/15/2011 | Kaffko v. Quepasa | District of Nevada (Las Vegas) | Granted |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

(If necessary, please attach a statement of additional applications)

9.     Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 12/11

1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2  FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                                          _Evan Meyers_
                                                          Petitioner's signature

   STATE OF _____Illinois_____   )
5                                   )
   COUNTY OF _____Cook_____       )
6

7    _____Evan M. Meyers_____, Petitioner, being first duly sworn, deposes and says:

8  That the foregoing statements are true.

9                                                          _Evan Meyers_
                                                          Petitioner's signature

10  Subscribed and sworn to before me this

11  __1st__ day of __May__, __2012__

12

13  __I. Slavina__
        Notary Public or Clerk of Court

14

15

16          **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
               **THE BAR OF THIS COURT AND CONSENT THERETO.**
17

18       Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

19  believes it to be in the best interests of the client(s) to designate _____John Benedict_____,
                                                                          (name of local counsel)
20  Attorney at Law, member of the State of Nevada and previously admitted to practice before the

    above-entitled Court as associate resident counsel in this action. The address and email address of
21
    said designated Nevada counsel is:
22

23                          _____2190 E. Pebble Road, Suite 260_____,
                                           (street address)
24
        _____Las Vegas_____, _____Nevada_____, _____89123_____,
25              (city)                    (state)              (zip code)

26      _____(702) 333-3770_____, _____john.benedict.esq.@gmail.com_____.
              (area code + telephone number)           (Email address)
27

28                                         4                            Rev. 12/11

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ John Benedict _____ as
(name of local counsel)

his/her/their Designated Resident Nevada Counsel in this case.

_Eric Meyen (on behalf of Plaintiff, Flemming Kristensen)_
(Party signature)

_____
(Party signature)

_____
(Party signature)

### CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

005581                          john.benedict.esq@gmail.com
Bar number                      Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5                                              Rev. 12/11



ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS
www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600   (800) 826-8625
Fax (312) 565-2320

One North Old Capitol Plaza, Suite 333
Springfield, IL 62701
(217) 522-6838   (800) 252-8048
Fax (217) 522-2417

Evan Matthew Meyers
Edelson McGuire, LLC
350 N La Salle Dr
Ste 1300
Chicago, IL 60654-7582


Chicago
January 31, 2012

In re: Evan Matthew Meyers
Admitted: 11/7/2002
Attorney No. 6278032

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and of this office indicate that the attorney named above was admitted to the practice of law in Illinois; is currently registered on the master roll of attorneys entitled to practice law in this state; and has never been disciplined; and is in good standing.


Very truly yours,
Jerome Larkin
Administrator


By: _Roxanne Trenter_
Roxanne Trenter
Deputy Registrar


RT