Timothy J. Walton (California State Bar No. 184292)
LAW OFFICES OF TIMOTHY WALTON
9515 Soquel Drive, Suite #207
Aptos, CA 95003
Phone: (831) 685-9800
Fax: (650) 618-8687

Martin L. Welsh
Nevada State Bar No. 008720
LAW OFFICE OF HAYES & WELSH
199 North Arroyo Grande Blvd, Suite 200
Henderson, NV 89074
Phone: (702) 434-3444
Fax: (702) 434-3739
*Attorneys for Plaintiff*
*CREDIT PAYMENT SERVICES INC.*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FLEMMING KRISTENSEN,<br><br>    Plaintiff,<br><br>vs.<br><br>CREDIT PAYMENT SERVICES INC.,<br><br>    Defendants. | Case No.: 2:12-CV-00528-KJD –(PAL)<br><br>**NOTICE OF APPEARANCE** |

TO CLERK OF COURT AND ALL ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, as of the date set forth below, LAW OFFICES OF TIMOTHY WALTON and LAW OFFICE OF HAYES & WELSH hereby appear as attorneys of record. Martin L. Welsh as admitted or otherwise authorized to practice in this court, and Timothy Walton will comply with Local Rule IA 10-2 within 45 days, and both appear in this

…

…

case as counsel for CREDIT PAYMENT SERVICES INC.

Date:   May 3, 2012.

/s/ Timothy Walton
Timothy J. Walton
California State Bar No. 184292
LAW OFFICES OF TIMOTHY WALTON
9515 Soquel Drive, Suite #207
Aptos, CA 95003
Phone: (831) 685-9800

LAW OFFICE OF HAYES & WELSH

/s/Martin L. Welsh
MARTIN L. WELSH, ESQ.
Nevada State Bar No. 8720
199 N. Arroyo Grand Blvd., Ste. 200
Henderson, NV  89074
(702) 434-3444

*Attorneys for CREDIT PAYMENT SERVICES INC.*

### CERTIFICATE OF SERVICE

I hereby certify that on the ___3rd___ day of May, 2012, I served a true and correct copy of the foregoing NOTICE OF APPEARANCE on counsel of record in this case electronically through the Court's CM/ECF system.

I declare that the foregoing is true and correct.

_____
An Employee of the Law Office of Hayes & Welsh