Timothy J. Walton (State Bar No. 184292)
(*Pro Hac Vice* Admission Granted)
LAW OFFICES OF TIMOTHY WALTON
9515 Soquel Drive Suite #207
Aptos, CA 95003
Phone: (831) 685-9800
Fax: (650) 618-8687

David W. Hutton (Tennessee State Bar No. 000292)
(*Pro Hac Vice* Admission Granted )
SCENIC CITY LEGAL GROUP
4071 South Access Road, Suite 105
Chattanooga, Tennessee, 37406
Phone (423) 475-8338

Martin L. Welsh (Nevada State Bar No. 008720)
LAW OFFICE OF HAYES & WELSH
199 North Arroyo Grande Blvd, Suite 200
Henderson, NV 89074
Phone: (702) 456-0345
Fax: (702) 434-3739

Attorneys for Defendant
CREDIT PAYMENT SERVICES INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FLEMMING KRISTENSEN, *et. al.* | Case No.  2:12-cv-00528-APG-PAL |
| Plaintiff, | **SUBSTITUTION OF ATTORNEY** |
| vs. | |
| CREDIT PAYMENT SERVICES INC., *et. al.* | |
| Defendant. | |

THE COURT AND ALL PARTIES ARE NOTIFIED THAT Defendant CREDIT PAYMENT

SERVICES INC. makes the following substitution in legal representation:

Case No.  2:12-cv-00528-APG-PAL                         1
**SUBSTITUTION OF ATTORNEY**

The firm of WALTON TWU LLP, located at 9515 Soquel Drive, Suite #207 Aptos, CA 95003 will be the new attorney of record replacing former legal representation by the Law Office of Timothy J. Walton effective immediately.

The parties and the attorneys for the parties have consented to this substitution as indicated by their signatures below:

I agree to this substitution.

Dated: June 7, 2013         /s/David Hutton
                            DAVID HUTTON for
                            Defendant CREDIT PAYMENT SERVICES INC.

I agree to this substitution.

                            LAW OFFICES OF TIMOTHY J. WALTON

Date:  June 7, 2013         BY: /s/ Timothy Walton
                            TIMOTHY J. WALTON
                            Attorneys for CREDIT PAYMENT SERVICES INC.

I agree to this substitution.

                            WALTON TWU LLP

Date: June 7, 2013          BY: /s/ Timothy Walton
                            TIMOTHY J. WALTON
                            Attorneys for CREDIT PAYMENT SERVICES INC.

**IT IS SO ORDERED.**
Dated this 13th day of June, 2013.

_____
Peggy A. Leen
United States Magistrate Judge.

Case No. 2:12-cv-00528-APG-PAL            2
**SUBSTITUTION OF ATTORNEY**