LAW OFFICES OF JOHN BENEDICT
John Benedict, Esq.
Nevada Bar No. 005581
2190 E. Pebble Road, Suite 260
Las Vegas, Nevada 89123
Telephone: (702) 333-3770
Facsimile: (702) 361-3685
Email: john.benedict.esq@gmail.com

John C. Ochoa (admitted *pro hac vice*)
jochoa@edelson.com
EDELSON LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378

Attorneys for Plaintiff Flemming Kristensen

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| FLEMMING KRISTENSEN, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT PAYMENT SERVICES INC., a Nevada corporation, f/k/a MYCASHNOW.COM INC., ENOVA INTERNATIONAL, INC., an Illinois corporation, PIONEER FINANCIAL SERVICES, INC., a Missouri corporation, LEADPILE LLC, a Delaware limited liability company, and CLICKMEDIA LLC d/b/a NET1PROMOTIONS LLC, a Georgia limited liability company,<br><br>Defendants. | Case No. 2:12-CV-00528-APG(PAL)<br><br>CLASS ACTION<br><br>**STIPULATED DISCOVERY PLAN AND [PROPOSED] SCHEDULING ORDER –**<br><br>**SPECIAL SCHEDULING REVIEW REQUESTED**<br><br>Judge: Hon. Andrew P. Gordon<br><br>Magistrate: Hon. Peggy A. Leen |

Plaintiff Flemming Kristensen ("Plaintiff") and Defendants Credit Payment Services, Inc. ("CPS"), Enova International, Inc. ("Enova"), Pioneer Financial Services, Inc. ("Pioneer"), Leadpile LLC ("Leadpile"), and Clickmedia LLC ("Clickmedia") (collectively, the "Parties"), by and through their respective counsel of record, following a May 21, 2013 conference of counsel, hereby submit this Stipulated Discovery Plan and Scheduling Order pursuant to Federal Rules of Civil Procedure Rule 26 and District of Nevada Local Rule 26-1, which by Stipulation of the Parties (dkts. 64 & 68) is intended to replace the November 11, 2012 Scheduling Order (dkt. 24).

I.   CATEGORIES UNDER FED. R. CIV. P. 26(f)

   A.   **Rule 26(a) Disclosures**

   The Parties will exchange 26(a) disclosures by or before June 25, 2013.

   B.   **Subjects of Discovery**

   The Parties anticipate needing discovery on issues relating to class certification, as well as the facts underlying this case. In addition to oral and written discovery between the Parties, there will be a need for third-party depositions as well as additional third-party discovery related to the text messages at issue in this case. The Parties also anticipate discovery relating to the alleged use of an automatic telephone dialing system ("ATDS"), as defined by the TCPA, 47 U.S.C. § 227 *et seq.*, which will likely include expert discovery.

   C.   **Form and Disclosure of Electronically Stored Information**

   The Parties anticipate that a substantial portion of the discovery in this case will involve electronically stored information ("ESI"). Plaintiff's counsel and Defendants' counsel have discussed with their client the importance of preserving ESI. The Parties have agreed to engage in further discussions regarding ESI, including the retention, search, and production of ESI, and the format of such production, as the need arises.

   D.   **Issues about Claims of Privilege**

   A Stipulated Protective Order that addresses the protection of confidential and privileged information was reached between Plaintiff and CPS, and was approved by the

1  Court prior to the amending of the Complaint.  (Dkt. 32.)  Enova, Pioneer, Leadpile, and
2  Clickmedia agree to be bound by the terms of the Stipulated Protective Order.

3     **E.**   **Changes and Limitations on Discovery**

4  The Parties agree that discovery should proceed according to the Federal Rules of
5  Civil Procedure.

6  **II.**   **Items Required Under D. Nev. L.R. 26-1(e)**

7  There are currently two fully-briefed motions to dismiss pending before the Court,
8  and as a result Defendants LeadPile and Click Media have not answered Plaintiff's Amended
9  Complaint, but have both appeared.  Defendant CPS answered the Amended Complaint on
10 March 28, 2013, Defendant Pioneer answered on April 5, 2013, and Defendant Enova
11 answered on April 26, 2013.

12 The Parties agree that a change from the default time period in which to complete
13 discovery under Local Rule 26-1(e)(1) is appropriate because this case is brought as a
14 putative class action, involves multiple parties, and will involve substantial class discovery
15 and merits discovery that includes third-party discovery.  In addition, Plaintiff was only
16 granted leave to amend on February 23 (dkt. 33), and the new Defendants did not answer or
17 otherwise plead until late March/early April 2013.  As such, the Parties agreed to stipulate to
18 set new deadlines for discovery, as the discovery deadlines originally set in this case were no
19 longer practicable.  (dkt. 68.)

20 To date, Plaintiff has already served both requests for production and interrogatories
21 on Defendant CPS.  Plaintiff has also served seven subpoenas on numerous third parties and
22 noticed the deposition of third-party individuals with information relevant to this litigation,
23 although those depositions have been stayed pending the entry of the new Defendants.  The
24 Parties anticipate serving additional third-party subpoenas for document production and
25 depositions.  Given the number of Parties, as well as the sheer scope of this litigation, the
26 Parties agree that deviation from the default discovery period is necessary.

27 The Parties have agreed to focus on discovery issues relating to Class Certification
28 during the time period prior to Plaintiff's Motion for Class Certification and reserve

discovery solely related to the merits until after that Motion has been filed.  The Parties also recognize the potential for discovery that overlaps both class certification and merits issues, and have agreed to address those issues as they arise.  Finally, the Parties agree to extend the briefing schedules from the default rules for any class certification motions and motions for summary judgment, and will agree to specific briefing schedules in the future.

| | |
|---|---|
| Deadline to File Plaintiff's Motion for Class Certification | October 31, 2013 |
| Discovery Deadline | April 30, 2014 |
| Deadline to Amend Pleadings and Add Parties | January 30, 2014 |
| Deadline to Disclose Expert Witnesses | March 3, 2014 |
| Deadline to Disclose Rebuttal Expert Witnesses | April 2, 2014 |
| Deadline to File Dispositive Motions | May 30, 2014 |
| Deadline for Filing Joint Pretrial Order and Fed. R. Civ. P. 26(a)(3) Disclosures | June 30, 2014 |

Dated:  June 10, 2013

**Respectfully submitted by**:

/s/ John C. Ochoa_____

John Benedict (SBN 5581)
Law Office of John Benedict
2190 E. Pebble Road, Suite 260
Las Vegas, NV 89123
702.333.3770
john.benedict.esq@gmail.com

John C. Ochoa (*Pro Hac Vice*)
Edelson LLC
350 N. LaSalle Street
Chicago, IL 60654
312.589.6370
jochoa@edelson.com
*Attorneys for Plaintiff Flemming Kristensen*

**Approved by**:

**Approved by**:

/s/  Timothy Walton_____

Martin L. Welsh (SBN 8720)
Law Office of Hayes & Welsh
199 N. Arroyo Grande Blvd.
Henderson, NV 89074
701.434.3444
mwelsh@lvlaw.com

David W. Hutton
4071 South Access Road
Chattanooga, TN 376406
210.838.0037
saipanlegal@hotmail.com

Timothy Walton
Walton Twu LLP
9515 Soquel Drive
Aptos, CA 95003
831.685.9800

nevadadistrictcourt@computercounsel.com

*Attorneys for Defendant Credit Payment Services, Inc.*

/s/ Dan R. Waite
Dan R. Waite (SBN 4078)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
702.949.8398
dwaite@lrlaw.com

*Attorney for Defendant Enova International, Inc*

**Approved by**:

/s/ Jeffrey M. Rosenfeld
Karl S. Kronenberger
Jeffrey M. Rosenfeld
Virginia B. Sanderson
Kronenberger Burgoyne, LLP
150 Post Street
San Francisco, CA 94108
415.955-1155
jeff@KBInternetLaw.com
karl@KBInternetLaw.com
ginny@KBInternetLaw.com

*Attorneys for Defendant Click Media LLC doing business as Net1Promotions LLC*

**Approved by**:

/s/ James M. Humphrey
Russell S. Jones, Jr. (*Pro Hac Vice* Pending)
James M. Humphrey (*Pro Hac Vice* Pending)
POLSINELLI PC
120 W. 12th Street, Suite 1700
Kansas City, Missouri 64105
816.421.3355
jhumphrey@polsinelli.com
rjones@polsinelli.com

/s/ Chad R. Fears
Chad R. Fears (SBN 6970)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200
cfears@swlaw.com

*Attorneys for Defendant Pioneer Services*

**Approved by**:

/s/ Ryan W. Mitchem
Kathryn Ann Reilly
Husch Blackwell LLP
1700 Lincoln Street, Suite 4700
Denver, OC 80203
303.749.7200

Michael K. Alston
Ryan W. Mitchem
Husch Blackwell LLP
736 George Ave., Suite 300
Chattanooga, TN 374-2059
423.755.2663

Patricia Lee (SBN 8287)
Hutchison & Steffen
10080 W. Alta Dr., Suite 200
Las Vegas, NV 89145
702.385-2500
plee@hutchlegal.com

*Attorneys for Defendant Leadpile LLC*

**IT IS SO ORDERED** this 23rd day of July, 2013.

Peggy A. Leen
United States Magistrate Judge

**Stipulated Discovery Plan and Scheduling Order**   5   Case No. 12-CV-00528-APG(PAL)