1

2

3

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

4

5

6

FLEMMING KRISTENSEN, individually and
on behalf of a class of similarly situated
individuals,

7

Plaintiff,

8

v.

9

10

CREDIT PAYMENT SERVICES INC., a
Nevada corporation, f/k/a

11

MYCASHNOW.COM INC., ENOVA
INTERNATIONAL, INC., an Illinois

12

corporation, PIONEER FINANCIAL
SERVICES, INC., a Missouri corporation,

13

LEADPILE LLC, a Delaware limited liability
company, and CLICKMEDIA LLC d/b/a

14

NET1PROMOTIONS LLC, a Georgia limited

15

liability company,

16

Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 2:12-CV-00528-APG
(PAL)

CLASS ACTION

**DECLARATION OF FLEMMING
KRISTENSEN IN SUPPORT OF
PLAINTIFF'S MOTION FOR
CLASS CERTIFICATION**

Judge:  Hon. Andrew P. Gordon

Magistrate: Hon. Peggy A. Leen

I, FLEMMING KRISTENSEN, hereby aver, pursuant to 28 U.S.C. § 1746, that I have personal knowledge of all matters set forth herein unless otherwise indicated, and would testify thereto if called as a witness in this matter.

1.      I am an adult over the age of 18 and a resident of the State of New York.  I am competent to make this Declaration, and make such Declaration in support of Plaintiff's Motion for Class Certification.

2.      On December 6, 2011, I received a text message from phone number "(330) 564-6316."  A screen shot of the text message from my iPhone is attached as Exhibit 1.  The message stated:

> Do You Need up to $5000
> Today? Easy Quick and All
> Online at:
> www.lend5k.com24
> Month Repay, All Cred. Ok
> Reply STOP 2 End

3.      I do not recognize the phone number from which I received this text message, and never expressly consented or requested to receive a text message of this type from any of the Defendants or anyone else.


I declare under penalty of perjury that the foregoing is true and correct.  Executed on October 30, 2013.

_____
Flemming Kristensen

# Exhibit 1

