# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FLEMMING KRISTENSEN, | ) |
| Plaintiff, | ) Case No. 2:12-cv-00528-APG-PAL |
| vs. | ) **ORDER** |
| CREDIT PAYMENT SERVICES, INC., et al., | ) |
| Defendants. | ) |

Before the court is attorneys Steven Martin Aaron, Gregory T. Wolf, and the Law Firm of Dentons US LLP and Martin L. Welsh's Notice of Appearance (Dkt. #115), and Attorney Timothy Walton's Notice of Withdrawal (Dkt. #116). It appears from a review of the documents, that attorneys Steven Martin Aaron, Gregory T. Wolf, and the Law Firm of Dentons US LLP and Law Offices of Hayes & Welsh are attempting to substitute in as counsel for Defendant Credit Payment Services, Inc., in the place of Timothy Walton. LR IA 10-6 governs appearances, substitutions and withdrawals of counsel in this district. LR IA 10-6 (b) prohibits an attorney from withdrawing after appearing in a case except by leave of Court with notice to the client and opposing counsel. LR IA 10-6 (c) requires that "any stipulation to substitute attorneys shall be by leave of Court and shall bear the signatures of the attorneys and of the client represented." The notices do not contain the signature of the client, and are not effective without the client's signature and the court's order.

Additionally, the signature of an attorney to substitute "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or any other Court order." LR IA 10-6 (c). Finally, LR IA 10-6 (d) provides that withdrawal or substitution of an attorney "shall not alone be a reason for delay of pretrial proceedings, discovery, the trial, or any hearing in the case." The Plaintiff filed a Motion to Certify Class (Dkt #113) October 31, 2013. Responses are due November 17, 2013.

**IT IS ORDERED** that:

1. The Notice of Appearance (Dkt. #115), and A Notice of Withdrawal (Dkt. #116) are **DENIED without prejudice.**

2. Counsel shall submit a substitution of attorneys that complies with the provisions of LR 10-6(c),

Dated this 5th of November, 2013.

_____
Peggy A. Leen
United States Magistrate Judge