1  Ryan D. Andrews (Admitted *pro hac vice*)
   randrews@edelson.com
2  John C. Ochoa (Admitted *pro hac vice*)
   jochoa@edelson.com
3  EDELSON PC
   350 North LaSalle Street, Suite 1300
4  Chicago, Illinois 60654
   Tel: 312.589.6370
5  Fax: 312.589.6378

6  *Attorneys for Plaintiff Flemming Kristensen*

7

8  **IN THE UNITED STATES DISTRICT COURT**
   **DISTRICT OF NEVADA**

9

| | |
|---|---|
| 10  FLEMMING KRISTENSEN, individually and on behalf of a class of similarly situated individuals, | Case No. 2:12-CV-00528-APG-PAL |
| 11 | CLASS ACTION |
| 12          Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE HIS REPLY BRIEF IN SUPPORT OF CLASS CERTIFICATION (FIRST REQUEST)** |
| 13  v. | |
| 14 | |
| 15  CREDIT PAYMENT SERVICES INC., a Nevada corporation, f/k/a MYCASHNOW.COM INC., ENOVA INTERNATIONAL, INC., an Illinois corporation, PIONEER FINANCIAL SERVICES, INC., a Missouri corporation, LEADPILE LLC, a Delaware limited liability company, and CLICKMEDIA LLC d/b/a NET1PROMOTIONS LLC, a Georgia limited liability company, | Hon. Andrew P. Gordon |
| | Magistrate: Hon. Peggy A. Leen |
| 22          Defendants. | |

23
24
25
26
27
28

1

1  IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES THAT the time for Plaintiff Flemming Kristensen to file his reply brief in response to Defendant Credit Payment Services, Inc., LeadPile LLC, Pioneer Financial Services, Inc., and Enova International, Inc.'s Opposition to Plaintiff's Motion for Class Certification (dkt. 148) shall be extended 14 days from the current deadline of February 10, 2014, to February 24, 2014.

**IT IS SO STIPULATED.**

| Respectfully submitted by: | Approved by: |
|---|---|
| /s/ John C. Ochoa<br>John C. Ochoa (Admitted *pro hac vice*)<br>jochoa@edelson.com<br>EDELSON PC<br>350 North LaSalle Street, Suite 1300<br>Chicago, Illinois 60654<br>Tel: 312.589.6370<br>Fax: 312.589.6378<br><br>*Attorney for Plaintiff Flemming Kristensen* | /s/ Steven Aaron<br>Steven Aaron (Admitted *pro hac vice*)<br>Dentons US LLP<br>4520 Main Street, Suite 1100<br>Kansas City, MO 64111<br>Tel: 816.460.2400<br>Fax: 816.531.7545<br>steven.aaron@dentons.com<br><br>*Attorney for Defendant Credit Payment Services, Inc.* |
| **Approved by:** | **Approved by:** |
| /s/ Dan R. Waite<br>Dan R. Waite (SBN 4078)<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, NV 89169<br>Tel: 702.949.8398<br>dwaite@lrlaw.com<br><br>*Attorney for Defendant Enova International, Inc.* | /s/ Ryan W. Mitchem<br>Ryan W. Mitchem (Admitted *pro hac vice*)<br>Husch Blackwell LLP<br>736 George Ave., Suite 300<br>Chattanooga, TN 374-2059<br>Tel: 423.755.2663<br>Ryan.Mitchem@huschblackwell.com<br><br>*Attorney for Defendant Leadpile LLC* |

**Approved by**:

/s/ Robert V. Spake, Jr.
Robert V. Spake, Jr. (Admitted *pro hac vice*)
Polsinelli PC
900 W. 48th Place
Suite 900
Kansas City, MO 64112
Tel:  816.753.1000
Fax:  816.753.1536
rspake@polsinelli.com

*Attorney for Defendant Pioneer Financial Services, Inc.*

**IT IS SO ORDERED.**

DATED: February 10, 2014.

_____
The Hon. Andrew P. Gordon
UNITED STATES DISTRICT JUDGE