Steven Martin Aaron, Esq. (MO Bar No. 41653)
*Admitted Pro Hac Vice*
Gregory T. Wolf, Esq. (MO Bar No. 43717)
*Admitted Pro Hac Vice*
DENTONS US LLP
4520 Main Street, 11th Floor
Kansas City, MO 64111-7700
Telephone: (816) 460-2400
Facsimile: (816) 531-7545
steven.aaron@dentons.com
gregory.wolf@dentons.com

Martin L. Welsh, Esq.
Nevada State Bar No. 8720
LAW OFFICE OF HAYES & WELSH
199 North Arroyo Grande Blvd., Suite 200
Henderson, Nevada 89074
Telephone: (702) 434-3444
Facsimile: (702) 434-3729
mwelsh@lvlaw.com

*Attorneys for Defendant*
*CREDIT PAYMENT SERVICES, INC.*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

FLEMMING KRISTENSEN, individually, and on behalf of a class of similarly situated individuals,

Plaintiff,

v.

CREDIT PAYMENT SERVICES, INC., a Nevada corporation, f/k/a MYCASHNOW.COM INC., ENOVA INTERNATIONAL, INC., an Illinois corporation, PIONEER FINANCIAL SERVICES, INC., a Missouri corporation, LEADPILE LLC, a Delaware limited liability company, and CLICKMEDIA, LLC d/b/a NET1PROMOTIONS LLC, a Georgia limited liability company,

Defendants.

Case No. 2:12-CV-00528-APG (PAL)

**DEFENDANTS' JOINT MOTION TO EXTEND CERTAIN DEADLINES**

**SPECIAL SCHEDULING REVIEW REQUESTED**

COME NOW Defendants Credit Payment Services, Inc. f/k/a MyCashNow.com, Inc. ("CPS"), Pioneer Services ("Pioneer"), LeadPile LLC ("LeadPile"), Enova International, Inc. (Enova), and ClickMedia, LLC d/b/a Net1Promotions, LLC ("ClickMedia") (collectively, "Defendants"), by and through their respective counsel, and hereby submit this Motion for Leave to Amend Certain Deadlines pursuant to the Scheduling Order (Doc. 93) entered by this Court July 23, 2013. In support of this Motion, Defendants state as follows:

1. This Court entered a Stipulated Discovery Plan and Scheduling Order on July 23, 2013 (the "Scheduling Order").

2. The Scheduling Order sets forth certain limited deadlines as to discovery issues relating to Class Certification, with an extended briefing schedule from the default rules as to class certification motions and motions for summary judgment, as agreed by the Parties at the time of submitting the proposed stipulated discovery plan and scheduling order.

3. Plaintiff filed its Motion to Certify Class (Doc 113) on October 31, 2013 ("Motion to Certify"). The Parties have fully briefed the Motion to Certify.

4. The Court granted Plaintiff's Motion to Certify on March 26, 2014 (Doc. 164).

5. An extension is appropriate to permit all parties to conduct merits discovery related to the recently certified class.

6. For the foregoing reasons, Defendants request the following extensions:

| **Description** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Discovery Deadline | April 30, 2014 | May 26, 2014 (60 days after the Court entered ruling on the Motion to Certify Class) |
| Deadline to Disclose Rebuttal Expert Witnesses | April 2, 2014 | April 25, 2014 (30 days after the Court entered ruling on the Motion to Certify Class) |
| Deadline to File Dispositive Motions | May 30, 2014 | July 24, 2014 (120 days after the Court entered ruling on the Motion to Certify Class) |
| Deadline for Filing Joint Pretrial Order and Fed. R. Civ. P. 26(a)(3) Disclosures | June 30, 2014 | August 22, 2014 (150 days after the Court entered ruling on the Motion to Certify Class) |

7. The extensions requested are not the result of any undue delay, bad faith or dilatory motive. Good cause exists and the request is not submitted for any improper purpose. No party will be prejudiced by this delay.

8. The extensions requested are consistent with the dates provided to the Court in the March 3, 2014 Joint Status Report (Doc. 157).

9. Pursuant to Local Rule 26-4, Defendants state that significant discovery between the parties have occurred. All parties have served and responded to written discovery requests. However, on March 31, 2014, Plaintiff propounded his second set of interrogatories on CPS, Pioneer, and Enova; his third set of interrogatories on LeadPile; his second set of document requests on CPS, Pioneer, LeadPile, and Enova; and his first request for admissions on CPS, Pioneer, LeadPile, and Enova. Therefore, this extension in the discovery deadline is sought to complete this additional discovery, as well as expert witness testimony and third-party discovery.

10. Defendants were not able to complete discovery in the time permitted due to a number of factors. First, Plaintiff continues to produce documents in this action which highlight potential third-parties who may have discoverable information. Furthermore, Plaintiff has recently agreed to search for additional electronically stored information ("ESI") but has not yet finished producing such information. The requested extension of time to complete discovery will permit Defendants the opportunity to adequately investigate any ESI produced by Plaintiff.

11. Defendants have conferred with Plaintiff Flemming Kristensen ("Plaintiff") regarding the proposed extensions and Plaintiff will not agree to any of the requested extensions, except the discovery deadline.

WHEREFORE, Defendants Credit Payment Services, Inc., f/k/a Mycashnow.Com Inc., Enova International, Inc., Pioneer Financial Services, Inc., Leadpile LLC, and Clickmedia, LLC d/b/a Net1promotions LLC, respectfully request this Court extend the herein noted deadlines as set forth in the proposed chart (paragraph 7), and such other and further relief as the Court deems

…

…

necessary, proper and just.

DATED: April 2, 2014

DENTONS US LLP

*/s/ Steven Martin Aaron*
Steven Martin Aaron, Esq.
(*pro hac* vice) MO Bar # 41653
Gregory T. Wolf, Esq.
(*pro hac vice*) MO Bar #43717
4520 Main Street, 11th Floor
Kansas City, MO 64111-7100

LAW OFFICE OF HAYES & WELSH

*/s/Martin L. Welsh*
Martin L. Welsh, Esq.
Nevada State Bar No. 8720
199 North Arroyo Grande Blvd., Suite 200
Henderson, Nevada 89074
***Attorneys for Defendant***
***Credit Payment Services, Inc.***

POLSINELLI PC

*/s/Russell S. Jones, Jr.*
Russell S. Jones, Jr. (*Pro hac vice*)
James M. Humphrey, IV (*Pro hac vice*)
900 W. 48th Place, Suite 900
Kansas City, MO 64112

SNELL & WILMER, L.L.P.

*/s/Chad R. Fears*
Chad R. Fears, Esq., Nevada Bar No. 6970
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
***Attorneys for Defendant Pioneer Services***

HUSCH BLACKWELL LLP

*/s/Ryan W. Mitchem*
Ryan W. Mitchem, TN #022196
Michael K. Alston, TN #013697
736 Georgia Avenue, Suite 300
Chattanooga, Tennessee 37402

HUTCHISON & STEFFEN
Patricia Lee, Nevada Bar No. 8287
Joseph R. Ganley, Nevada Bar No. 5643
Telia U. Williams, Nevada Bar No. 9359
Peccole Professional Park

10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145

***Attorneys for Defendant LeadPile LLC***

MCGUIRE WOODS LLP

By: */s/Brian O'Meara*
Brian O'Meara, IL #6275625
77 West Wacker Drive, Suite 4100
Chicago, IL 60601-1818
Telephone: 312-849-8100
Facsimile: 312-920-6132
bomeara@mcguirewoods.com

LEWIS ROCA ROTHGERBER LLP

By: */s/Dan R. Waite*
Dan R. Waite, NV #4078
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, NV 89169
Telephone: 702-949-8200
Facsimile: 702-949-8398
dwaite@lrlaw.com

***Attorneys for Defendant Enova International, Inc.***

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that on April 2, 2014, I caused the above and foregoing document entitled DEFENDANTS' JOINT MOTION TO EXTEND CERTAIN DEADLINES to be served on all counsel of record through the Court's CM/ECF system.

*/s/Martin L. Welsh*
An attorney for Credit Payment Services, Inc.

IT IS SO ORDERED this 4th day of April, 2014.

Peggy A. Leen
United States Magistrate Judge



82035421\V-1