John Benedict, Esq.
john.benedict.esq@gmail.com
Nevada Bar No. 005581
LAW OFFICES OF JOHN BENEDICT
2190 E. Pebble Road, Suite 260
Las Vegas, Nevada 89123
Tel: 702.333.3770
Fax: 702.361.3685

Ryan D. Andrews (Admitted *Pro Hac Vice*)
randrews@edelson.com
Rafey Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
John C. Ochoa (Admitted *Pro Hac Vice*)
jochoa@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Attorneys for Plaintiff Flemming Kristensen

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FLEMMING KRISTENSEN, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT PAYMENT SERVICES INC., a Nevada corporation, f/k/a MYCASHNOW.COM INC., ENOVA INTERNATIONAL, INC., an Illinois corporation, PIONEER FINANCIAL SERVICES, INC., a Missouri corporation, LEADPILE LLC, a Delaware limited liability company, and CLICKMEDIA LLC d/b/a NET1PROMOTIONS LLC, a Georgia limited liability company,<br><br>Defendants. | Case No. 2:12-CV-00528-APG(PAL)<br><br>CLASS ACTION<br><br>**PLAINTIFF'S MOTION TO WITHDRAW DAVID DALE AS COUNSEL OF RECORD AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**<br><br>Judge: Hon. Andrew P. Gordon<br><br>Magistrate: Hon. Peggy A. Leen |

1  Plaintiff FLEMMING KRISTENSEN, by and through his undersigned counsel, respectfully
2 requests, pursuant to Local Rule 10-6(b), leave of the Court to withdraw David Dale as counsel of
3 record.

Dated: April 18, 2014              Respectfully submitted,

FLEMMING KRISTENSEN, individually and on behalf of a class of similarly situated individuals

By: /s/  John C. Ochoa
    One of Plaintiff's Attorneys

John Benedict, Esq.
john.benedict.esq@gmail.com
Nevada Bar No. 005581
LAW OFFICES OF JOHN BENEDICT
2190 E. Pebble Road, Suite 260
Las Vegas, Nevada 89123
Tel: 702.333.3770
Fax: 702.361.3685

Ryan D. Andrews (Admitted *Pro Hac Vice*)
randrews@edelson.com
Rafey Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
John C. Ochoa (Admitted *Pro Hac Vice*)
jochoa@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Attorneys for Plaintiff Flemming Kristensen

## MEMORANDUM OF POINTS AND AUTHORITIES

Local Rule 10-6(b) states that: "No attorney may withdraw after appearing in a case except by leave of Court after notice has been served on the affected client and opposing counsel." David Dale, who has appeared in this action, is no longer associated with Edelson PC, one of the firms representing Plaintiff in this action, and Plaintiff accordingly seeks to withdraw Mr. Dale as counsel of record.

All parties in this case have received notice of the instant motion and will additionally receive notice of this motion through the CM/ECF system. Additionally, pursuant to Local Rule 10-6(d), withdrawal will not cause any delay in the instant proceedings as Plaintiff will continue to be represented in this action by attorneys Rafey S. Balabanian, Ryan D. Andrews, and John C. Ochoa and local counsel John Benedict.

Dated: April 18, 2014                        Respectfully submitted,

FLEMMING KRISTENSEN, individually and on behalf of a class of similarly situated individuals

By: /s/  John C. Ochoa
One of his attorneys

John Benedict, Esq.
john.benedict.esq@gmail.com
Nevada Bar No. 005581
LAW OFFICES OF JOHN BENEDICT
2190 E. Pebble Road, Suite 260
Las Vegas, Nevada 89123
Tel: 702.333.3770
Fax: 702.361.3685

Ryan D. Andrews (Admitted *Pro Hac Vice*)
randrews@edelson.com
Rafey Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
John C. Ochoa (Admitted *Pro Hac Vice*)
jochoa@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Attorneys for Plaintiff Flemming Kristensen

-3-

PL'S MOT. TO WITHDRAW DAVID DALE                                  Case No. 2:12-cv-00528 APG (PAL)

**CERTIFICATE OF SERVICE**

I, John C. Ochoa, an attorney, certify that on April 18, 2014, I electronically filed the foregoing *Plaintiff's Motion to Withdraw David Dale as Counsel of Record and Memorandum of Points and Authorities in Support* with the Clerk of the Court using the CM/ECF system. Notice of this filing is sent to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/  John C. Ochoa
John C. Ochoa