1  Steven Martin Aaron, Esq. (MO Bar No. 41653)
   *Admitted Pro Hac Vice*
2  Gregory T. Wolf, Esq. (MO Bar No. 43717)
   *Admitted Pro Hac Vice*
3  DENTONS US LLP
   4520 Main Street, 11th Floor
4  Kansas City, MO 64111-7700
   Telephone:  (816) 460-2400
5  Facsimile:   (816) 531-7545
   steven.aaron@dentons.com
6  gregory.wolf@dentons.com

7
   Martin L. Welsh, Esq.
8  Nevada State Bar No. 8720
   LAW OFFICE OF HAYES & WELSH
9  199 North Arroyo Grande Blvd., Suite 200
   Henderson, Nevada 89074
10 Telephone:  (702) 434-3444
   Facsimile:   (702) 434-3729
11 mwelsh@lvlaw.com

12
   *Attorneys for Defendant*
13 *CREDIT PAYMENT SERVICES, INC.*

14
                  **IN THE UNITED STATES DISTRICT COURT**
15                        **DISTRICT OF NEVADA**

16 FLEMMING KRISTENSEN, individually,          )   Case No. 2:12-CV-00528-APG (PAL)
   and on behalf of a class of similarly situated  )
17 individuals,                                 )   **DEFENDANTS' JOINT MOTION FOR**
                                                )   **LEAVE TO EXTEND DEADLINE FOR**
18                                Plaintiff,    )   **DISCLOSURE OF REBUTTAL**
                                                )   **EXPERT WITNESS**
19 v.                                           )
                                                )
20 CREDIT PAYMENT SERVICES, INC.,               )   **SPECIAL SCHEDULING**
   a Nevada corporation,                        )   **REVIEW REQUESTED**
21 f/k/a MYCASHNOW.COM INC.,                    )
   ENOVA INTERNATIONAL, INC.,                   )
22 an Illinois corporation,                     )
   PIONEER FINANCIAL SERVICES, INC.,            )
23 a Missouri corporation,                      )
   LEADPILE LLC,                                )
24 a Delaware limited liability company, and    )
   CLICKMEDIA, LLC d/b/a NET1PROMOTIONS         )
25 LLC, a Georgia limited liability company,    )
                                                )
26                                Defendants.   )

27

28

82133986\V-1

COME NOW Defendants Credit Payment Services, Inc. ("CPS"), Pioneer Services ("Pioneer"), LeadPile LLC ("LeadPile"), and Enova International, Inc. (Enova) (collectively, "Defendants"), by and through their respective counsel, and hereby submit this Joint Motion for Leave to Extend the Deadline for Disclosure of Rebuttal Expert Witness, by 30 days.   The deadline is currently set for April 25, 2014 pursuant to the Order Granting extensions, pursuant to Defendants' Joint Motion to Extend Certain Deadlines (Doc. 167) entered by this Court April 4, 2014.  In support of this Motion, Defendants state as follows:

1.  This Court entered a Stipulated Discovery Plan and Scheduling Order on July 23, 2013 (the "Scheduling Order").

2.  Plaintiff filed its Motion to Certify Class (Doc 113) on October 31, 2013 ("Motion to Certify").  This Court ruled on the Motion for Class Certification on March 26, 2014.

3.  Defendants' filed a Joint Motion to Extend Certain Deadlines (Doc. 166), which was granted by order entered by this Court April 4, 2014 (Doc 167), which extended certain deadlines, including the deadline by which Rebuttal Expert Witnesses are to be disclosed.  The Order set the deadline for disclosure of rebuttal expert witnesses to April 25, 2014 (30 days after the date the Court entered its order granting Motion for Class Certification).

4.  Pursuant to the Court's Order (Doc. 167), discovery closes in this case on May 26, 2014.  The parties are still responding to discovery and producing documents.  On or about April 15, 2014, LeadPile produced a voluminous 13,000 plus row spreadsheet containing lead data it received from Co-Defendant ClickMedia, LLC d/b/a Net1Promotions, LLC ("ClickMedia") which had originated from "thesmartcreditsolution.securelinkcorp.com" website between March 28, 2011 and February 29, 2012.  Analysis of this data is crucial to Defendants' defense, and unlike Plaintiff's counsel, Defendants' counsel do not have staff capable of analyzing the data.

5.  While the Defendants have retained a rebuttal expert, due to the voluminous nature of the raw data recently produced the expert will not be able to complete her analysis by the current April 25, 2014 deadline to disclosure rebuttal expert witnesses.  Defendants' seek a short extension of time to designate the rebuttal expert and produce her expert report.

82133986\V-1

6.  Pursuant to Local Rule 26-4, Defendants state that significant discovery between the parties have occurred.  All parties have served and responded to all outstanding written discovery requests.  However, on March 31, 2014, Plaintiff propounded his second set of interrogatories on CPS, Pioneer, and Enova; his third set of interrogatories on LeadPile; his second set of document requests on CPS, Pioneer, LeadPile, and Enova; and his first request for admissions on CPS, Pioneer, LeadPile, and Enova.  The Defendants are in the process of compiling responses to this additional  discovery.  On April 11, 2014 Plaintiff also issued subpoenas to various Defendants, their employees, and shareholders  The parties are in the process of responding to the subpoenas scheduling these depositions.

7.  If necessary, Defendants have no objection to producing the rebuttal expert for deposition after the May 26, 2014 discovery cutoff deadline.

8.  Defendants have conferred with ClickMedia and ClickMedia has no objection to the proposed extension.

9.  Defendants have conferred with Plaintiff Flemming Kristensen ("Plaintiff") regarding the proposed extension and Plaintiff has indicated they will not oppose the extension.

10. The extension requested is not the result of any undue delay, bad faith or dilatory motive.  Good cause exists and the request is not submitted for any improper purpose. No party will be prejudiced by this delay.

WHEREFORE, Defendants Credit Payment Services, Inc., Enova International, Inc., Pioneer Financial Services, Inc., and Leadpile LLC respectfully request this Court extend the deadline by which Rebuttal Expert Witnesses are to be disclosed to an additional 30 days from the current deadline of is April 25, 2014, or May 26, 2014, and for such other and further relief as the Court deems necessary, proper and just.

DATED:  April 25, 2014                    DENTONS US LLP

_____*/s/ Steven Martin Aaron*_____
Steven Martin Aaron, Esq.
(*pro hac* vice) MO Bar # 41653
Gregory T. Wolf, Esq.
(*pro hac vice*) MO Bar #43717
4520 Main Street, 11th Floor
Kansas City, MO 64111-7100

3

LAW OFFICE OF HAYES & WELSH

*/s/ Martin L. Welsh*

Martin L. Welsh, Esq.
Nevada State Bar No. 8720
199 North Arroyo Grande Blvd., Suite 200
Henderson, Nevada 89074
**Attorneys for Defendant**
**Credit Payment Services, Inc.**

POLSINELLI PC

*/s/ Russell S. Jones, Jr.*

Russell S. Jones, Jr. (*Pro hac vice*)
James M. Humphrey, IV (*Pro hac vice*)
900 W. 48th Place, Suite 900
Kansas City, MO 64112

SNELL & WILMER, L.L.P.

*/s/ Chad R. Fears, Esq.*

Chad R. Fears, Esq., Nevada Bar No. 6970
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
**Attorneys for Defendant Pioneer Services**

HUSCH BLACKWELL LLP

*/s/ Ryan W. Mitchem*

Ryan W. Mitchem, TN #022196
Michael K. Alston, TN #013697
736 Georgia Avenue, Suite 300
Chattanooga, Tennessee 37402

HUTCHISON & STEFFEN
Patricia Lee, Nevada Bar No. 8287
Joseph R. Ganley, Nevada Bar No. 5643
Telia U. Williams, Nevada Bar No. 9359
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145

**Attorneys for Defendant LeadPile LLC**

4

82133986\V-1

MCGUIRE WOODS LLP

By: /s/ Brian O'Meara
    Brian O'Meara, IL #6275625
    77 West Wacker Drive, Suite 4100
    Chicago, IL 60601-1818
    Telephone:  312-849-8100
    Facsimile:  312-920-6132
    bomeara@mcguirewoods.com

LEWIS ROCA ROTHGERBER LLP

By: /s/ Dan R. White
    Dan R. Waite, NV #4078
    3993 Howard Hughes Parkway, Ste. 600
    Las Vegas, NV 89169
    Telephone:  702-949-8200
    Facsimile:   702-949-8398
    dwaite@lrlaw.com

***Attorneys for Defendant Enova International, Inc.***

IT IS SO ORDERED

Dated: April, 29, 2014

UNITED STATES MAGISTRATE JUDGE

5

82133986\V-1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that on April 24, 2014, I caused the above and foregoing document entitled JOINT MOTION FOR LEAVE TO EXTEND THE DEADLINE FOR DISCLOSURE OF REBUTTAL EXPERT WITNESS to be served on all counsel of record through the Court's CM/ECF system.

_/s/ Steven Martin Aaron_____
An Attorney for Defendants

6

82133986\V-1