**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (admitted *pro hac vice*)
Jeffrey M. Rosenfeld (admitted *pro hac vice*)
Virginia A. Sanderson (admitted *pro hac vice*)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone:  (415) 955-1155
Facsimile:  (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com
ginny@KRInternetLaw.com

**FOX ROTHSCHILD LLP**
John Gutke (NV State Bar No. 10062)
Wells Fargo Tower, Suite 500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone:  (702) 262-6899
Facsimile:  (702) 597-5503
jgutke@foxrothschild.com

Attorneys for Defendant Net 1 Promotions, LLC
dba Click Media

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **FLEMMING KRISTENSEN**, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>**CREDIT PAYMENT SERVICES INC.**, a Nevada corporation, f/k/a MYCASHNOW.COM INC., **ENOVA INTERNATIONAL, INC.**, an Illinois corporation, **PIONEER FINANCIAL SERVICES, INC.**, a Missouri corporation, **LEADPILE LLC**, a Delaware limited liability company, and **CLICKMEDIA LLC** d/b/a NET1PROMOTIONS LLC, a Georgia limited liability company,<br><br>Defendants. | Case No. 2:12-cv-00528-APG (PAL)<br><br>**DEFENDANT NET 1 PROMOTIONS, LLC DBA CLICKMEDIA'S REQUEST TO APPEAR TELEPHONICALLY AT ORAL ARGUMENT ON DEFENDANTS' SECOND JOINT MOTION TO EXTEND THE DEADLINES FOR DISCOVERY, DISPOSITIVE MOTIONS, AND PROPOSED JOINT PRETRIAL ORDER**<br><br>DATE:  May 29, 2014<br>TIME:  9:00 a.m.<br>CTRM:  LV Courtroom 3B<br>JUDGE:  The Hon. Peggy A. Leen |



Defendant Net 1 Promotions, LLC *dba* Click Media (erroneously named in the complaint as ClickMedia LLC *dba* Net1Promotions LLC) ("ClickMedia") hereby respectfully requests that the Court permit it to appear telephonically at the hearing on Defendants' Second Joint Motion to Extend the Deadlines for Discovery, Dispositive Motions, and Proposed Joint Pretrial Order (the "Motion") scheduled for Thursday, May 29, 2014, at 9:00 a.m. before the Honorable Peggy A. Leen.

Good cause exists for ClickMedia's request because ClickMedia has become financially compromised, and requiring ClickMedia's counsel to appear in person at the oral argument would cause ClickMedia to incur significant costs, which would impose a significant financial burden on ClickMedia. ClickMedia does not anticipate that a telephonic appearance by its counsel will inconvenience the Court or prejudice any other party. ClickMedia is also not a party to the Motion.

Respectfully submitted,

DATED: May 9, 2014          KRONENBERGER ROSENFELD, LLP

By:  s/ Jeffrey M. Rosenfeld
     Jeffrey M. Rosenfeld

Attorneys for Defendant Net 1 Promotions, LLC dba Click Media

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **FLEMMING KRISTENSEN**, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>**CREDIT PAYMENT SERVICES INC.**, a Nevada corporation, f/k/a MYCASHNOW.COM INC., **ENOVA INTERNATIONAL, INC.**, an Illinois corporation, **PIONEER FINANCIAL SERVICES, INC.**, a Missouri corporation, **LEADPILE LLC**, a Delaware limited liability company, and **CLICKMEDIA LLC** d/b/a NET1PROMOTIONS LLC, a Georgia limited liability company,<br><br>Defendants. | Case No. 2:12-cv-00528-APG (PAL)<br><br>**ORDER GRANTING DEFENDANT NET 1 PROMOTIONS, LLC DBA CLICKMEDIA'S REQUEST TO APPEAR TELEPHONICALLY AT ORAL ARGUMENT ON DEFENDANTS' SECOND JOINT MOTION TO EXTEND THE DEADLINES FOR DISCOVERY, DISPOSITIVE MOTIONS, AND PROPOSED JOINT PRETRIAL ORDER**<br><br>DATE: May 29, 2014<br>TIME: 9:00 a.m.<br>CTRM: LV Courtroom 3B<br>JUDGE: The Hon. Peggy A. Leen |

Before this Court is Defendant Net 1 Promotions, LLC *dba* Click Media (erroneously named in the complaint as ClickMedia LLC *dba* Net1Promotions LLC) ("ClickMedia")'s Request to Appear Telephonically at Oral Argument on Defendants' Second Joint Motion to Extend the Deadlines for Discovery, Dispositive Motions, and Proposed Joint Pretrial Order scheduled for Thursday, May 29, 2014, at 9:00 a.m.  Good cause shown, it is hereby ORDERED:

ClickMedia may appear telephonically at the oral argument scheduled for Thursday, May 29, 2014, at 9:00 a.m.  ClickMedia shall contact Jeff Miller, Courtroom Deputy, at (702) 464-5420 **before 4:00 p.m., May 28, 2014,** to indicate the name of the party participating and a telephone number where that party may be reached.

**IT IS SO ORDERED.**

DATED: May 13, 2014

_____
The Hon. Peggy A. Leen
UNITED STATES MAGISTRATE JUDGE