IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| FLEMMING KRISTENSEN, individually, and on behalf of a class of similarly situated individuals,<br><br>                Plaintiff,<br>v.<br><br>CREDIT PAYMENT SERVICES, INC., a Nevada corporation, f/k/a MYCASHNOW.COM INC., ENOVA INTERNATIONAL, INC., an Illinois corporation, PIONEER FINANCIAL SERVICES, INC., a Missouri corporation, LEADPILE LLC, a Delaware limited liability company, and CLICKMEDIA, LLC d/b/a NET1PROMOTIONS LLC, a Georgia limited liability company,<br><br>                Defendants. | Case No. 2:12-CV-00528-APG (PAL)<br><br>**ORDER GRANTING DEFENDANT LEADPILE LLC'S REQUEST FOR ITS LEAD COUNSEL TO APPEAR TELEPHONICALLY AT ORAL ARGUMENT ON DEFENDANTS' SECOND JOINT MOTION TO EXTEND THE DEADLINES FOR DISCOVERY, DISPOSITIVE MOTIONS, AND PROPOSED JOINT PRETRIAL ORDER**<br><br>DATE: May 29, 2014<br>TIME: 9:00 a.m.<br>CTRM: LV Courtroom 3B<br>JUDGE: The Hon. Peggy A. Leen |

Before this Court is Defendant LeadPile LLC ("LeadPile")'s Request for its Lead Counsel to Appear Telephonically at Oral Argument on Defendants' Second Joint Motion to Extend the Deadlines for Discovery, Dispositive Motions, and Proposed Joint Pretrial Order scheduled for Thursday, May 29, 2014, at 9:00 a.m. Good cause shown, it is hereby ORDERED:

LeadPile's lead counsel may appear telephonically at the oral argument scheduled for Thursday, May 29, 2014, at 9:00 a.m. LeadPile's counsel shall contact the undersigned's Courtroom Deputy, Jeff Miller, at (702)464-5420 **IMMEDIATELY** to advise of the number where counsel may be reached for the hearing.

**IT IS SO ORDERED.**

Dated: May 23, 2014

_____
The Honorable Peggy A. Leen
UNITED STATES MAGISTRATE JUDGE

1