Steven Martin Aaron, Esq. (MO Bar No. 41653)
*Admitted Pro Hac Vice*
Gregory T. Wolf, Esq. (MO Bar No. 43717)
*Admitted Pro Hac Vice*
DENTONS US LLP
4520 Main Street, 11th Floor
Kansas City, MO 64111-7700
Telephone: (816) 460-2400
Facsimile: (816) 531-7545
steven.aaron@dentons.com
gregory.wolf@dentons.com

Martin L. Welsh, Esq.
Nevada State Bar No. 8720
LAW OFFICE OF HAYES & WELSH
199 North Arroyo Grande Blvd., Suite 200
Henderson, Nevada 89074
Telephone: (702) 434-3444
Facsimile: (702) 434-3729
mwelsh@lvlaw.com

*Attorneys for Defendant*
*CREDIT PAYMENT SERVICES, INC.*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| FLEMMING KRISTENSEN, individually, and on behalf of a class of similarly situated individuals,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>CREDIT PAYMENT SERVICES, INC., a Nevada corporation, f/k/a MYCASHNOW.COM INC., ENOVA INTERNATIONAL, INC., an Illinois corporation, PIONEER FINANCIAL SERVICES, INC., a Missouri corporation, LEADPILE LLC, a Delaware limited liability company, and CLICKMEDIA, LLC d/b/a NET1PROMOTIONS LLC, a Georgia limited liability company,<br><br>　　　　　　　　Defendants. | Case No. 2:12-CV-00528-APG (PAL)<br><br>DEFENDANTS' MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL L.R. 10-5 |

1

82290166\V-1

1        COME NOW Defendants Credit Payment Services, Inc. f/k/a MyCashNow.com, Inc. ("CPS"), Pioneer Services ("Pioneer"), LeadPile LLC ("LeadPile"), and Enova International, Inc. (Enova) (collectively, "Defendants"), by and through their respective counsel, pursuant to Civil Local Rule 10-5, and hereby submit this Motion for leave to file certain documents under seal in connection with Defendants' Reply to Second Joint Motion to Extend the Deadlines for Discovery, Dispositive Motions, and Proposed Joint Pretrial Order.  Further, Defendants state as follows:

        1.    A Stipulated Protective Order was entered in this case on January 11, 2013. (Dkt. 32), to provide guidelines regarding the exchange of confidential information between the Plaintiff and all Defendants (the "Parties").  A First Amended Stipulated Protective Order was entered in this case on January 30, 2014 (Doc. 145) to add provisions for highly confidential information exchanged between the Parties (together, Doc 32 and Doc 145 are hereafter referred to as (the "Protective Order").

        2.    Defendants seek to file under seal pursuant to Civil L.R. 10-5 Exhibit 3 to the Declaration of Gregory T. Wolf in Support of Defendants' Defendants' Reply to Second Joint Motion to Extend the Deadlines for Discovery, Dispositive Motions, and Proposed Joint Pretrial Order (the "Wolf Decl."), further described as the deposition transcript containing testimony of Plaintiff Flemming Kristensen, taken January 21, 2014 in this litigation.  This deposition transcript was designated as Confidential pursuant to the Protective Order, and as such, this document is requested to be filed under seal.

        3.    The document in paragraph 2 above has been designated as "Confidential" pursuant to the Protective Order because it contains confidential and proprietary business information.  The Protective Order contemplates that confidential, proprietary, or private information may be disclosed during the course of discovery, and that the Parties shall follow the procedures set forth in Civil Local Rule 10-5 for filing confidential documents under seal.

        4.    Protective orders and filings under seal are "the primary means by which the courts ensure full disclosure of relevant information, while still preserving the parties' (and third parties') legitimate expectation that confidential business information, proprietary technology and trade secrets will not be publicly disseminated." *In re Adobe Sys., Inc., Sec. Litig.*, 141 F.R.D. 155, 161-

62 (N.D. Cal. 1992). The party seeking to seal documents attached to a nondispositive motion must only demonstrate "good cause," as opposed to the "compelling reasons" standard for documents attached to dispositive motions, because "the cognizable public interest in judicial records that underlies the compelling reasons standard does not exist for documents produced between private litigants." *Golden Boy Promotions, Inc. v. Top Rank, Inc.*, No. 10-CV-01619-RLH, 2011 WL 686362, at *1 (D. Nev. Feb. 17, 2011).

5. Additionally, when a district court grants a protective order to seal documents during discovery, "it already has determined that good cause exists to protect this information from being disclosed to the public by balancing the needs for discovery against the need for confidentiality." *Phillips v. General Motors Corp.*, 307 F.3d 1206, 1213 (9th Cir. 2002)).

6. Further, a court may order the sealing of court records when they contain confidential or otherwise sensitive business information. *IMAX Corp. v. Cinema Tech, Inc.*, 152 F.3d 1161, 1168 (9th Cir. 1998) (noting that confidential and proprietary business information is "to be filed under seal."); In re *Dual-Deck Video Cassette Recorder Antitrust Litigation*, 10 F.3d 693, 694 (9th Cir. 1993). (stating that it "is common now in business litigation" to seal confidential business information by a stipulated protective order).

7. Good cause exists for allowing Defendants to file the above-referenced exhibit under seal in order to avoid disclosure of confidential or proprietary business information; because the subject document has been designated as "Confidential" pursuant to the Protective Order entered into by the Parties; and because the document was produced or generated during discovery subject to the same Protective Order.

8. Pursuant to Local Rule 10-5 and the District of Nevada's ECF Filing Procedures, contemporaneously with the filing of this Motion, Defendants will file the exhibits referenced in paragraph 2 above under seal and will serve a paper copy on all parties, in addition to delivering a paper copy to this Court.

WHEREFORE, Defendants respectfully requests that this Court enter an Order granting Defendants' Motion for Leave to File Document Under Seal.

82290166\V-1

| | | |
|---|---|---|
| 1 | DATED: May 28, 2014 | DENTONS US LLP |
| 2 | | */s/ Gregory T. Wolf* |
| | | Steven Martin Aaron, Esq. |
| 3 | | (*Pro hac* vice) MO Bar # 41653 |
| | | Gregory T. Wolf, Esq. |
| 4 | | (*Pro hac vice*) MO Bar #43717 |
| 5 | | 4520 Main Street, 11th Floor |
| | | Kansas City, MO 64111-7100 |

LAW OFFICE OF HAYES & WELSH

*/s/ Martin L. Welsh*

Martin L. Welsh, Esq.
Nevada State Bar No. 8720
199 North Arroyo Grande Blvd., Suite 200
Henderson, Nevada 89074
**Attorneys for Defendant**
**Credit Payment Services, Inc.**

POLSINELLI PC

*/s/ James M. Humphrey, IV*

Russell S. Jones, Jr. (*Pro hac vice*)
James M. Humphrey, IV (*Pro hac vice*)
900 W. 48th Place, Suite 900
Kansas City, MO 64112

SNELL & WILMER, L.L.P.

*/s/ Chad R. Fears*

Chad R. Fears, Esq., Nevada Bar No. 6970
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
**Attorneys for Defendant Pioneer Services**

HUSCH BLACKWELL LLP

*/s/ Ryan W. Mitchem*

Ryan W. Mitchem, TN #022196 (*Pro hac vice*)
Michael K. Alston, TN #013697 (*Pro hac vice*)
736 Georgia Avenue, Suite 300
Chattanooga, Tennessee 37402

4

82290166\V-1

HUTCHISON & STEFFEN
Patricia Lee, Nevada Bar No. 8287
Joseph R. Ganley, Nevada Bar No. 5643
Telia U. Williams, Nevada Bar No. 9359
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145

*Attorneys for Defendant LeadPile LLC*

MCGUIRE WOODS LLP

　　　*/s/ Brian O'Meara*
Brian O'Meara, IL #6275625 (*Pro hac vice*)
77 West Wacker Drive, Suite 4100
Chicago, IL 60601-1818
Telephone: 312-849-8100
Facsimile: 312-920-6132
bomeara@mcguirewoods.com

LEWIS ROCA ROTHGERBER LLP

　　　*/s/ Dan R. Waite*
Dan R. Waite, NV #4078
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, NV 89169
Telephone: 702-949-8200
Facsimile: 702-949-8398
dwaite@lrlaw.com

*Attorneys for Defendant Enova International, Inc.*

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that on May 28, 2014, I caused the above and foregoing document entitled MOTION FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL to be served on all counsel of record through the Court's CM/ECF system.

　　　*/s/ Gregory T. Wolf*
An Attorney for Defendants

5

82290166\V-1