# EXHIBIT A

**O'Meara, Brian P.**

On Mon, Oct 7, 2013 at 1:22 PM, O'Meara, Brian P. <bomeara@mcguirewoods.com> wrote:

David:

Pre-December 2011 emails are housed with the parent company, Cash America. They have an old archiving system that cannot run the searches requested. Even simplified searches can take months. Accordingly, Cash America is in the process of moving to a new archiving system. It will take 10-12 weeks for that system to be functional. Once the emails are in that system, they can run the requested searches.

I am now expecting the results for the post December 2011 search early next week, which will require a review. I will know more once I find out how many emails/documents come back.

Brian

1