UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FLEMMING KRISTENSEN,<br><br>                          Plaintiff,<br>v.<br>CREDIT PAYMENT SERVICES, INC., et al.,<br><br>                          Defendants. | Case No. 2:12-cv-00528-APG-PAL<br><br>ORDER<br><br>(Mot Appear Telephonically – Dkt. #203) |

Before the court is Defendant Leadpile LLC's Request for its Lead Counsel to Appear Telephonically at Oral Argument on Plaintiff's Motion to Compel (Dkt. #203). The court has reviewed the motion and finds that it should be granted. Accordingly,

**IT IS ORDERED** that Defendant Leadpile LLC's Request for its Lead Counsel to Appear Telephonically at Oral Argument on Plaintiff's Motion to Compel (Dkt. #203) is **GRANTED**, and Defendant Leadpile LLC's counsel is instructed to call Jeff Miller, Courtroom Deputy, at (702) 464-5420 **before 4:00 p.m., June 30, 2014** to indicate the name of the party participating and a telephone number where that party may be reached. The courtroom deputy will initiate the call at the hearing.

DATED this 30th day of June, 2014.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE