Steven Martin Aaron, Esq. (MO Bar No. 41653)
*Admitted Pro Hac Vice*
Gregory T. Wolf, Esq. (MO Bar No. 43717)
*Admitted Pro Hac Vice*
DENTONS US LLP
4520 Main Street, 11th Floor
Kansas City, MO 64111-7700
Telephone: (816) 460-2400
Facsimile: (816) 531-7545
steven.aaron@dentons.com
gregory.wolf@dentons.com

Martin L. Welsh, Esq.
Nevada State Bar No. 8720
LAW OFFICE OF HAYES & WELSH
199 North Arroyo Grande Blvd., Suite 200
Henderson, Nevada 89074
Telephone: (702) 434-3444
Facsimile: (702) 434-3729
mwelsh@lvlaw.com

*Attorneys for Defendant*
*CREDIT PAYMENT SERVICES, INC.*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FLEMMING KRISTENSEN, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT PAYMENT SERVICES, INC., a Nevada corporation, f/k/a MYCASHNOW.COM INC., ENOVA INTERNATIONAL, INC., an Illinois corporation, PIONEER FINANCIAL SERVICES, INC., a Missouri corporation, LEADPILE LLC, a Delaware limited liability company, and CLICKMEDIA, LLC d/b/a NET1PROMOTIONS LLC, a Georgia limited liability company,<br><br>Defendants. | Case No. 2:12-CV-00528-APG (PAL)<br><br>**CREDIT PAYMENT SERVICES, INC.'S MOTION FOR SUMMARY JUDGMENT** |

Defendant Credit Payment Services ("CPS"), pursuant to Federal Rule of Civil Procedure 56 and Local Rules 7.2 and 56-1 of the United States District Court of Nevada, and hereby moves this Court to enter summary judgment in favor of CPS and against the Class on all claims.

WHEREFORE, for the reasons set forth in the accompanying Suggestions in Support of this Motion, and all accompanying Declarations and Exhibits, CPS respectfully requests the Court grant its Motion for Summary Judgment.

DATED:  October 24, 2014    DENTONS US LLP

　　　　　　　　　　　　　　　　　　　　　/s/ Gregory T. Wolf
　　　　　　　　　　　　　　　　　　Steven Martin Aaron, Esq.
　　　　　　　　　　　　　　　　　　(*Pro hac vice*) MO Bar # 41653
　　　　　　　　　　　　　　　　　　Gregory T. Wolf, Esq.
　　　　　　　　　　　　　　　　　　(*Pro hac vice*) MO Bar #43717
　　　　　　　　　　　　　　　　　　4520 Main Street, 11th Floor
　　　　　　　　　　　　　　　　　　Kansas City, MO 64111-7100

　　　　　　　　　　　　　　　　　　LAW OFFICE OF HAYES & WELSH

　　　　　　　　　　　　　　　　　　　　　/s/ Martin L. Welsh
　　　　　　　　　　　　　　　　　　Martin L. Welsh, Esq.
　　　　　　　　　　　　　　　　　　Nevada State Bar No. 8720
　　　　　　　　　　　　　　　　　　199 North Arroyo Grande Blvd., Suite 200
　　　　　　　　　　　　　　　　　　Henderson, Nevada 89074

　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　*Credit Payment Services, Inc.*

## **CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that on October 24, 2014, I caused the above and foregoing document entitled CREDIT PAYMENT SERVICES, INC.'S MOTION FOR SUMMARY JUDGMENT to be served on all counsel of record through the Court's CM/ECF system.

　　　　　　　　　　　　　　　　　　　　　/s/ Gregory T. Wolf
　　　　　　　　　　　　　　　　　　An attorney for Credit Payment Services, Inc.

83257214\V-1