1  Chad R. Fears (Nevada Bar No. 6970)
   SNELL & WILMER L.L.P.
2  3883 Howard Hughes Parkway, Suite 1100
   Las Vegas, NV 89169
3  cfears@swlaw.com
   Telephone:  (702) 784-5200
4  Facsimile:   (702) 784-5252

5  Russell S. Jones, Jr.  (*Pro Hac Vice*)
   James M. Humphrey, IV (*Pro Hac Vice*)
6  Robert V. Spake, Jr. (*Pro Hac Vice*)
   POLSINELLI PC
7  900 W. 48th Place, Suite 900
   Kansas City, MO 64112
8  rjones@polsinelli.com
   jhumphrey@polsinelli.com
9  rspake@polsinelli.com
   Telephone:  (816) 753-1000
10 Facsimile:   (816) 753-1536

11 *Attorneys for Defendant Pioneer Services*

12            **UNITED STATES DISTRICT COURT**
                  **DISTRICT OF NEVADA**
13
   FLEMMING KRISTENSEN,
14                                          Case No. 2:12-CV-00528-APG (PAL)
                 Plaintiff,
15                                          **DECLARATION OF ROBERT V.**
   v.                                       **SPAKE, JR. IN SUPPORT OF**
16                                          **DEFENDANT PIONEER SERVICES'**
   CREDIT PAYMENT SERVICES INC., *et al.*,  **FIRST FED. R. CIV. P. 56 MOTION**
17                                          **FOR SUMMARY JUDGMENT ON**
                 Defendants.                **PLAINTIFF'S CLAIM FOR RELIEF**
18
19
20
21
22
23
24
25
26
27
28

**Decl. of Robert V. Spake, Jr.**                    **Case No. 12-cv-00528-APG (PAL)**

49037965.2

I, ROBERT V. SPAKE, JR., hereby aver, pursuant to 28 U.S.C. § 1746, that I have personal knowledge of all matters set forth herein unless otherwise indicated, and would testify thereto if called as a witness in this matter.

1.      I am an adult over the age of 18 and a resident of the State of Kansas.  I am an attorney representing Defendant Pioneer Services in this matter and am admitted *Pro Hac Vice* before this Court.  I am fully competent to make this Declaration and make such Declaration in support of Pioneer Services' <u>First</u> Fed. R. Civ. P. Motion for Summary Judgment on Plaintiff's Claim for Relief.

2.      Attached to this Declaration is a true and accurate copy of the following exhibits, some of which Pioneer Services is simultaneously moving for leave to file under seal:

EXHIBIT A:   American Financial Services Association:  Traditional Installment vs. Payday Loans

EXHIBIT B:   Plaintiff Flemming Kristensen Deposition (excerpts) (moved to file under seal)

EXHIBIT C:   Pioneer Services Website, www.pioneermilitaryloans.com/pioneer-services/awards (excerpts)

EXHIBIT D:   AC Referral's / James Gee's Deposition (excerpts) (moved to file under seal)

EXHIBIT E:   360 Data's / Michael N. Ferry's Deposition (excerpts) (moved to file under seal)

EXHIBIT F:   Declaration of Lisa C. Snow

EXHIBIT G:   LeadPile Excel Spreadsheet containing lead data from ClickMedia (*i.e.*, "thesmartcreditsoultion.securelinkcorp.com") and Buyer Companies, March 2011 through February 2012 (moved to file under seal)

EXHIBIT H:   Pioneer Services Internet Affiliate – Lead Generator Report, November 2011

EXHIBIT I:   Pioneer Services Internet Affiliate – Lead Generator Report, December 2011 (moved to file under seal)

**Decl. of Robert V. Spake, Jr.**                                          **Case No. 12-cv-00528-APG (PAL)**
49037965.2

1    EXHIBIT J:    Pioneer Services Internet Affiliate – Lead Generator Report, January 2012 (moved to file under seal)

2

3    EXHIBIT K:    LeadPile Excel Spreadsheet, March 2011 through October 2012 (LEAD000020 – LEAD000286) (moved to file under seal)

4

5    EXHIBIT L:    Plaintiff's Response to Pioneer Services' First Document Request (excerpts)

6    EXHIBIT M:    Pioneer Services' Letter to Plaintiff, Dec. 16, 2013

7    EXHIBIT N:    Deposition Exhibit 18:  Text Message, Dec. 6, 2011

8        I declare under penalty of perjury that the foregoing is true and correct.  Executed on

9    October 24, 2014.

10

11                                        /s/ Robert V. Spake, Jr.
                                        Robert V. Spake, Jr.

12

13                                        Chad R. Fears (Nevada Bar No. 6970)
                                        SNELL & WILMER L.L.P.

14                                        3883 Howard Hughes Parkway, Suite 1100
                                        Las Vegas, NV 89169

15                                        cfears@swlaw.com
                                        Telephone:  (702) 784-5200

16                                        Facsimile:   (702) 784-5252

17                                        Russell S. Jones, Jr. (*Pro Hac Vice*)

18                                        James M. Humphrey, IV (*Pro Hac Vice*)
                                        Robert V. Spake, Jr. (*Pro Hac Vice*)

19                                        POLSINELLI PC
                                        900 W. 48th Place, Suite 900

20                                        Kansas City, MO 64112
                                        rjones@polsinelli.com

21                                        jhumphrey@polsinelli.com
                                        rspake@polsinelli.com

22                                        Telephone:  (816) 753-1000
                                        Facsimile:   (816) 753-1536

23                                        *Attorneys for Defendant Pioneer Services*

24

25

26

27

28

**Decl. of Robert V. Spake, Jr.**                              **Case No. 12-cv-00528-APG (PAL)**

49037965.2