John Benedict, Esq.
LAW OFFICES OF JOHN BENEDICT
Nevada Bar No. 005581
2190 E. Pebble Road, Suite 260
Las Vegas, Nevada 89123
Telephone: (702) 333-3770
Facsimile: (702) 361-3685

Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Ryan D. Andrews (Admitted *Pro Hac Vice*)
randrews@edelson.com
John C. Ochoa (Admitted *Pro Hac Vice*)
jochoa@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff Flemming Kristensen and the Class*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| FLEMMING KRISTENSEN, individually and on behalf of a class of similarly situated individuals, | Case No. 2:12-CV-00528-APG-(PAL) |
| | CLASS ACTION |
| Plaintiff, | Judge: Hon. Andrew P. Gordon |
| v. | Magistrate: Hon. Peggy Leen |
| CREDIT PAYMENT SERVICES INC., a Nevada corporation, f/k/a MY CASHNOW.COM INC., ENOVA INTERNATIONAL, INC., an Illinois corporation, PIONEER FINANCIAL SERVICES, INC., a Missouri corporation, LEADPILE LLC, a Delaware limited liability company, and CLICKMEDIA LLC d/b/a NET1PROMOTIONS LLC, a Georgia limited liability company, | **PLAINTIFF'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL L.R. 10-5** |
| Defendants. | |

Pursuant to Civil Local Rule 10-5, Plaintiff Flemming Kristensen ("Plaintiff") submits this Motion for Leave to file documents under seal in connection with Plaintiff's Opposition to Defendants LeadPile LLC and Credit Payment Services, Inc.'s Motion for Terminating Sanctions. These documents have been designated as "Confidential" by Defendant Net1Promotions LLC d/b/a Click Media ("Click Media") under the First Amended Stipulated Protective Order entered by this Court on January 29, 2014. (Dkt. 145.) The Stipulated Protective Order acknowledges that certain confidential, proprietary, or private information may be disclosed during the course of discovery, and that the Parties shall follow the procedures set forth in Civil Local Rule 10-5 for filing documents under seal.

Plaintiff seeks to file the following document designated "Confidential" by Plaintiff under seal pursuant to Civil L.R. 10-5:

- Exhibit H to the Declaration of John C. Ochoa in Support of Plaintiff's Opposition to Defendants LeadPile LLC and Credit Payment Services, Inc.'s Motion for Terminating Sanctions. Exhibit H is a true and accurate copy of excerpts of documents produced by Click Media in response to Plaintiff's Document Requests, bates labeled "CM 000134." Click Media has designated these documents as "Confidential," and as such, Plaintiff is filing them under seal.

Protective orders and filings under seal are "the primary means by which the courts ensure full disclosure of relevant information, while still preserving the parties' (and third parties') legitimate expectation that confidential business information, proprietary technology and trade secrets will not be publicly disseminated." *In re Adobe Sys., Inc., Sec. Litig.*, 141 F.R.D. 155, 161–62 (N.D. Cal. 1992). The party seeking to seal documents attached to a non-dispositive motion must only demonstrate "good cause," as opposed to the "compelling reasons" standard for documents attached to dispositive motions, because "the cognizable public interest in judicial records that underlies the compelling reasons standard does not exist for documents produced between private litigants." *Golden Boy Promotions, Inc. v. Top Rank, Inc.*, No. 10-CV-01619-RLH, 2011 WL

1

Pl.'s Mot. for Leave to File Docs. Under Seal                                             No. 2:12-cv-00528-APG-(PAL)

686362, at *1 (D. Nev. Feb. 17, 2011).

Additionally, when a district court grants a protective order to seal documents during discovery, "it already has determined that good cause exists to protect this information from being disclosed to the public by balancing the needs for discovery against the need for confidentiality." *Phillips v. General Motors Corp.*, 307 F.3d 1206, 1213 (9th Cir. 2002). Further, a court may order the sealing of court records when they contain confidential or otherwise sensitive business information. *IMAX Corp. v. Cinema Tech., Inc.*, 152 F.3d 1161, 1168 (9th Cir. 1998) (noting that confidential and proprietary business information is "to be filed under seal."); *In re Dual-Deck Video Cassette Recorder Antitrust Litig.*, 10 F.3d 693, 694 (9th Cir. 1993). (stating that it "is common now in business litigation" to seal confidential business information by a stipulated protective order).

Here, good cause exists for allowing Plaintiff to file the above-referenced exhibit under seal because, as set forth in the Declaration of John C. Ochoa, they have been designated as "Confidential" by Click Media pursuant to the First Amended Stipulated Protective Order entered into by the Parties. Pursuant to Local Rule 10-5 and the District of Nevada's ECF Filing Procedures, contemporaneously with the filing of his Opposition, Plaintiff will file the exhibit that Defendant has marked confidential under seal and serve a paper copy on Defendants, in addition to delivering a paper copy to this Court.

WHEREFORE, Plaintiff respectfully requests that this Court enter an Order granting Plaintiff's Motion for Leave to File Documents Under Seal.

Dated: December 4, 2014                    Respectfully submitted,

                                           FLEMMING KRISTENSEN, individually and
                                           on behalf of a class of similarly situated
                                           individuals

                                           By:       /s/  John C. Ochoa
                                                  One of Plaintiff's attorneys

                                           John Benedict, Esq. (Nevada Bar No. 005581)
                                           LAW OFFICES OF JOHN BENEDICT
                                           2190 E. Pebble Road, Suite 260

2

Pl.'s Mot. for Leave to File Docs. Under Seal                    No. 2:12-cv-00528-APG-(PAL)

Las Vegas, Nevada 89123
Telephone: (702) 333-3770
Facsimile: (702) 361-3685
Email: john.benedict.esq@gmail.com

Ryan D. Andrews (Admitted *Pro Hac Vice*)
randrews@edelson.com
Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
John C. Ochoa (Admitted *Pro Hac Vice*)
jochoa@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff Flemming Kristensen and the Class*

3

**Pl.'s Mot. for Leave to File Docs. Under Seal**             **No. 2:12-cv-00528-APG-(PAL)**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2014, I electronically filed the foregoing *Plaintiff's Motion for Leave to File Documents Under Seal* with the Clerk of the Court using the CM/ECF system. Notice of this filing is sent to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: December 4, 2014				By:	/s/  John C. Ochoa

4

Pl.'s Mot. for Leave to File Docs. Under Seal					No. 2:12-cv-00528-APG-(PAL)