# EXHIBIT A

1  Steven Martin Aaron, Esq. (MO Bar No. 41653)
   *Admitted Pro Hac Vice*
2  Gregory T. Wolf, Esq. (MO Bar No. 43717)
   *Admitted Pro Hac Vice*
3  DENTONS US LLP
   4520 Main Street, 11th Floor
4  Kansas City, MO 64111-7700
   Telephone: (816) 460-2400
5  Facsimile:  (816) 531-7545
   steven.aaron@dentons.com
6  gregory.wolf@dentons.com

7  Martin L. Welsh, Esq.
   Nevada State Bar No. 8720
8  LAW OFFICE OF HAYES & WELSH
   199 North Arroyo Grande Blvd., Suite 200
9  Henderson, Nevada 89074
   Telephone: (702) 434-3444
10 Facsimile:  (702) 434-3729
   mwelsh@lvlaw.com

11

   *Attorneys for Defendant*
12 *CREDIT PAYMENT SERVICES, INC.*

13               **IN THE UNITED STATES DISTRICT COURT**
                         **DISTRICT OF NEVADA**
14

15 FLEMMING KRISTENSEN, individually,    )  Case No. 2:12-CV-00528-APG (PAL)
   and on behalf of a class of similarly situated  )
   individuals,                          )  **DECLARATION MICHELE R. HALL**
16                                        )  **IN SUPPORT OF CREDIT**
                                          )  **PAYMENT SERVICES, INC.'S**
17              Plaintiff,                )  **RESPONSE TO THIS COURT'S**
   v.                                     )  **ORDER (DKT 272) GRANTING IN**
                                          )  **PART, AND DENYING IN PART,**
18 CREDIT PAYMENT SERVICES, INC.,         )  **PLAINTIFF'S MOTION TO**
   a Nevada corporation,                  )  **COMPEL DEFENDANT CREDIT**
19 f/k/a MYCASHNOW.COM INC.,              )  **PAYMENT SERVICES, INC. (DKT**
   ENOVA INTERNATIONAL, INC.,             )  **199)**
20 an Illinois corporation,               )
   PIONEER FINANCIAL SERVICES, INC.,      )
21 a Missouri corporation,                )
   LEADPILE LLC,                          )
22 a Delaware limited liability company, and  )
   CLICKMEDIA, LLC d/b/a NET1PROMOTIONS   )
23 LLC, a Georgia limited liability company,  )
                                          )
24              Defendants.               )

25

26                              1

   83465528\V-1

I, Michele R. Hall, hereby aver pursuant to 28 U.S.C. § 1746, that I have personal knowledge of all matters set forth herein unless otherwise indicated, and would testify thereto if called as a witness in this matter.

1.      I am an adult over the age of 18 years of age and am a resident of the State of Missouri.  I am a paralegal with Dentons US LLP.  I work with the attorneys Gregory T. Wolf ("Wolf") and Steven M. Aaron ("Aaron") who represent Defendant Credit Payment Services, Inc. ("CPS") in this matter and who are admitted *Pro Hac Vice* before this Court.  I have worked extensively on discovery matters in this case, including but not limited to, investigating and managing document collections and document productions, as well as work on all additional supplemental document productions.  I am fully competent to make this Declaration, and make it in support of CPS' Response to Court Order, Docket 272.

2.      On or about November 1, 2013, Dentons US LLP ("Dentons") was retained as counsel for CPS, replacing Timothy Walton of Walton TWU LLP ("Walton") and David Hutton ("Hutton") with Scenic City Legal Group ("SCLG"). (*See* Entry of Appearance (Dkt. 115), and Notice of Withdrawal (Dkt. 116), filed November 1 and 4, 2013).

3.      Shortly after the instant lawsuit was filed, Hutton advised CPS to retain all documents and electronic information potentially relevant to this suit (*see* ¶ 4, Declaration of David Hutton, dated May 15, 2014 (inadvertently dated May 15, 2015) ("Hutton Decl."), attached to this declaration as Exhibit 1.

4.      On January 26, 2012, CPS issued a Litigation Hold directed to "All CPS Staff", via email, marked with high importance, and with the subject "URGENT: Your immediate attention and action required." ("CPS Litigation Hold.")  The CPS Litigation Hold directed all CPS employees to "cease deleting any CPS-related data indefinitely.  If there is a need to delete data (i.e. for space purposes, etc.) please preserve the data in some form prior to deletion…".  The CPS Litigation Hold included names of persons to contact if employees had questions, and contained extensive directions, definitions, directives and information regarding the litigation hold.  Pursuant to the CPS Litigation Hold, CPS' routine document retention policies were suspended regarding

"all documents and data during the Legal Hold."  The time frame for the CPS Litigation Hold, as noted in the hold notice is "01/2001 - present and indefinitely."

5.      On July 30, 2013, and prior to Dentons Entry of Appearance, Plaintiff filed a Motion to Compel document production from Defendant CPS (Dkt. 95).   The Court entered a minute order as to the hearing held on the matter August 27, 2013 (Dkt. 104), in which CPS was ordered to use the specified search terms as set forth in Dkt. 95 (the "Specified Search Terms") as follows:

> SMS
> "text message*"
> LeadPile
> Net1promotions
> net1
> Click Media
> Clickmedia
> TCPA
> text message spam
> text spam
> ATDS
> autodial*
> A203LeadGen@area203.com
> (text* OR sms) w/10 (blast* OR messag* OR automat* OR market* OR campaign*)
> ((text* OR sms) AND message*) w/5 (policy OR approv* OR legal OR advertis*)
>
> And communications between [CPS] and Area203 Marketing discussing text message lead generation marketing

6.      After Dentons took over as counsel for CPS, we requested Walton provide the data collected from CPS, pursuant to the minute order (Dkt. 104), or otherwise, as well as any document productions made.  On November 22, 2013, Walton electronically transmitted all the native documents that had been collected and those documents which were produced on behalf of CPS in the case.

7.      I spoke with Walton by telephone on December 12, 2013 (12/12/13 Walton Conversation") to further investigate and determine the status of CPS' document collection and document production efforts.  I was informed by Walton that prior to Dentons' engagement as counsel for CPS, Walton made three document productions on behalf of CPS:

83465528\V-1

a)      On September 10, 2013, a document production was made, producing emails, documents and attachments in native without bates numbers, from documents collected from custodians Lisa Dake and Sharon Roberson.

b)      On September 25, 2013, a second document production was made, producing emails, documents and attachments in native without bates numbers, from documents collected from custodians Andrew Moore, Elayne Gordy, John Ballantyne, Keith Goldman, and Liane Shifflett.

c)      On October 31, 2013, a third final native document production was made, producing emails, documents and attachments in native without bates numbers, from documents collected from custodians Liane Shifflett, Ben Underwood and Matthew Williams.

(The September 10, 2013, September 25, 2013 and October 31, 2013 CPS productions by Walton are hereinafter referred to as the "Walton Prior Productions")

8.      During the 12/12/13 Walton Conversation, and in later communications with Hutton, Dentons determined Walton worked with Hutton and representatives at CPS, working primarily with Viola Elayne Gordy, former CPS Compliance Director ("Gordy"), to conduct the document collection (*see* Ex. 1, Hutton Decl. ¶¶ 6, 7, as well as an April 24, 2014 telephone conversation between Aaron and Gordy, memorialized by privileged memorandum by Aaron dated April 24, 2014 ("4/24/14 Gordy Conversation").  Hutton, along with Walton advised and guided CPS, and CPS, including its IT department, applied the Specified Search Terms to all CPS computers and the CPS network to gather potentially relevant Electronically Stored Information ("ESI"). (12/12/13 Walton Conversation, Ex. 1, Hutton Decl., ¶ 6, 4/24/14 Gordy Conversation). Potentially relevant documents were found from the following custodians:

Dake, Lisa
Fletcher, Garry
Ginoza, Justin
Gordy, Elayne
Joly, Stacy
McCord, Chris
Moore, Andrew

O'Conor, Michael
Roberson, Sharon
Shiflett, Liane
Underwood, Ben
Walia, Micky
Williams, Matthew

9.     In addition to conducting ESI searches, Gordy reached out to individuals at CPS who might have potentially relevant information in order to conduct a thorough, diligent document collection for potentially relevant documents.  (4/24/14 Gordy Conversation).

10.     The 12/12/13 Walton Conversation, along with the later communications with Hutton, and the 4/24/14 Gordy Conversation, confirmed that the potentially responsive documents from the custodians listed in paragraph 7 above, which resulted from CPS applying the Specified Search Terms across the CPS computers, were delivered to Walton. (12/12/13 Walton Conversation, Ex. 1, Hutton Decl., ¶ 6, 4/24/14 Gordy Conversation).

11.     At the time Dentons took over as counsel for CPS, there were 7,221 emails and attachments (this count results after attachments were extracted from mails), which comprised the Walton Prior Productions.  Additionally, there were 9,883 emails and extracted attachments which had not yet been reviewed or produced by Walton.

12.     During the course of discovery, CPS has produced 5,789 documents consisting of 30,216 pages. Following is detailed information pertaining to document productions made by CPS:

| Date Produced | Beginning Bates No | Ending Bates No | Pgs | Docs | Description of Production |
|---|---|---|---|---|---|
| 09/10/2013 | | | | | Walton Prior Production, with documents from custodians Lisa Dake and Sharon Roberson (*No identifying bates numbers, no redactions for privilege or confidential consumer information, no confidentiality designations made*) |
| 09/25/2013 | | | | | Walton Prior Production custodians Andrew Moore, Elayne Gordy, John Ballantyne, Keith Goldman, Susan Shiflett |

83465528\V-1

| Date Produced | Beginning Bates No | Ending Bates No | Pgs | Docs | Description of Production |
|---|---|---|---|---|---|
| 10/31/2013 | | | | | Walton Prior Production from custodians Liane Shifflett, Underwood, Williams (*No identifying bates numbers, no redactions for privilege or confidential consumer information, no confidentiality designations made*) |
| 12/30/2013 | CPS00000001 | CPS00000484 | 484 | 92 | Vol. CPS001 (*documents not previously produced*) |
| 12/31/2013 | CPS00000485 | CPS00000838 | 354 | 120 | Vol. CPS002 (*documents not previously produced*) |
| 01/02/2014 | CPS00000839 | CPS00000949 | 111 | 46 | Vol. CPS003 (*documents not previously produced*) |
| 01/03/2014 | CPS00000950 | CPS00001343 | 394 | 141 | Vol. CPS004 (*documents not previously produced*) |
| 01/06/2014 | CPS00001344 | CPS00002102 | 759 | 256 | Vol. CPS005 (*documents not previously produced*) |
| 01/07/2014 | CPS00002103 | CPS00003214 | 1112 | 168 | Vol. CPS006 (*documents not previously produced*) |
| 01/08/2014 | CPS00003215 | CPS00003350 | 136 | 56 | Vol. CPS007 (*documents not previously produced*) |
| 01/09/2014 | CPS00003351 | CPS00003734 | 384 | 97 | Vol. CPS008 (*documents not previously produced*) |
| | | **TOTAL** | **3734** | **976** | |
| | | | | | |
| 03/29/2014 | CPS00003735 | CPS00006931 | 3197 | 490 | Vol. CPS009 (*reproduction of Walton Prior Productions*) |
| 03/29/2014 | CPS00006932 | CPS00029654 | 22723 | 3883 | Vol. CPS010 (*reproduction of Walton Prior Productions*) |
| 12/05/2014 | CPS00029655 | CPS00030216 | 562 | 440 | Vol. CPS011 (*Additional ESI production*) Vol. CPS012 (*Additional paper files*) |
| | | **TOTAL** | **26482** | **4813** | |
| | **GRAND TOTAL PRODUCED** | | **30216** | **5789** | |

13.     During the 12/12/13 Walton Conversation, Walton explained he reviewed the documents only to determine whether they should be fully withheld for privilege.  He did not review them for responsiveness, or confidentiality considerations.  Mr. Walton withheld from

6

83465528\V-1

production emails he deemed fully privileged, and produced a privilege log with each production delivery.  He produced all other documents not otherwise withheld for privilege in native format.

14.     Because Walton produced in native format, there was no opportunity to give the documents identifiers (bates numbers), nor was there consideration given for confidentiality designations, or for partially privileged documents that otherwise would have been produced, redacting privileged information, or for documents which otherwise would have been produced, redacting confidential, third party consumer information.

15.     A cursory look through the Walton Prior Productions by Dentons revealed there was a large amount of spam, personal, and other wholly non-responsive emails and documents. Dentons confirmed there were documents that should have been partially redacted for privilege or confidential, third party consumer information. Dentons also confirmed there were fully privileged documents, including documents containing legal advice concerning this particular lawsuit, which had been produced in the Walton Prior Productions.  When Dentons reviewed and re-produced the Walton Prior Productions, there were found to be:

(a)     455 fully privileged documents that had been produced in the Walton Prior Production, which we clawed back pursuant to the Protective Order entered in this case, many of which were non-responsive and/or outside the agreed date range;

(b)     108 partially privileged documents that had been produced in the Walton Prior Production without redactions, which we reproduced, redacting privileged information which were also clawed back pursuant to the Protective Order entered in this case.  Many of these documents were also non-responsive and/or outside the date range;

(c)     726 "Confidential" documents that had been produced in the Walton Prior Production without any confidentiality designations or redactions, which were clawed back pursuant to the Protective Order in this case, and re-produced imprinted with the appropriate confidentiality designations, and/or with redactions for confidential, third-party consumer information.  Many of these documents were also non-responsive and/or outside the date range;

7

83465528\V-1

(d)      704 highly confidential "AEO" documents that had been produced in the Walton Prior Production without any confidentiality designations or redactions, which were clawed back pursuant to the Protective Order in this case, and re-produced imprinted with the appropriate confidentiality designations, and/or with redactions for confidential, third-party consumer information.   Many of these documents were also non-responsive and/or outside the date range.

16.      Because of the issues identified in paragraph 15 above, Dentons determined it necessary to re-review the Walton Prior Productions on behalf of CPS, reproduce the documents with bates number identifiers, with appropriate confidentiality designations where applicable, and with redactions for privileged or confidential, third party consumer information.   Although there was a very high percentage of wholly non-responsive documents, including spam, personal emails, because Mr. Walton had previously produced these documents, Dentons re-produced every document, withholding only documents deemed privileged which should not have been produced in Walton's Prior Productions in the first place.

17.      Dentons made the reproductions of the Walton Prior Productions on March 29, 2014.  With the production, Dentons presented a Claw-Back letter, requesting all counsel destroy the Walton Prior Productions and accept the replacement productions with proper bates number identifiers, redactions and confidentiality designations.

18.      Any of the documents referred to in paragraphs 15 (a) through (d) above which were determined to be fully or partially privileged, or which were redacted in any way were properly logged on CPS' detailed Privilege Log and Log of Redactions on behalf of CPS served on Plaintiff May 28, 2014 (the "5/28/14 CPS Privilege Log"), attached as Exhibit 2 hereto.

19.      During the course of Dentons' review of documents to finish CPS' document production, Dentons also discovered documents which should be designated as "CONFIDENTIAL" pursuant to the terms of the protective order entered in this case January 11, 2013 (Dkt. 32).  Dentons also discovered, and confirmed after consulting with CPS, there were documents that should be designated as "AEO", a higher level of confidentiality that did not yet

8

exist in the January 11, 2013 protective order (Dkt. 32) entered in this case at that time.  CPS drafted and circulated an Amended Protective Order to build in this additional layer of protection. The Amended Protective Order was entered by the Court January 30, 2014 (Dkt. 145).

20.     April 30, 2014 CPS responded to Plaintiff's Second Interrogatories and Second Request for Production of Documents, and First Request for Admissions (the "April, 2014 CPS Discovery Responses").

21.     CPS has always endeavored to respond to discovery requests to the best of its knowledge, information and belief.  Prior to and during this time frame, CPS essentially stopped functioning as a viable company and began winding down its operations.  As a result, several of the employees were let go.  Despite this, efforts were made by Dentons and the few remaining employees of CPS to contact those employees let go in order to complete the discovery requests by Plaintiff and to obtain relevant documents.  Contact was made with Doug Freeman ("Freeman"), who no longer works at CPS, but is the former President of CPS.

22.     At the time CPS was winding down and letting employees go, all employees' hard drives were imaged, and the hard copy documents belonging to Elayne Gordy, the only employee believed to have kept paper files, were maintained in her personal office.  *See* ¶ 34.

23.     In April, 2014 while were working on responses to the discovery requests with Freeman and with the few CPS employees left, Aaron with Dentons contacted Elayne Gordy, former CPS employee and Compliance Officer.   In Dentons' prior investigation into who assisted Walton with document collection, it was determined Gordy was the main person at CPS who assisted with reaching out to all the employees to determine what documents CPS had. Additionally, Gordy was one of the most critical custodians for the collection, because as Compliance Officer, she would have had the most involvement with matters related to the subject matter of the lawsuit.

24.     As mentioned in paragraph 8 above, on April 24, 2014, Gordy and Aaron spoke at length.  During that conversation, Aaron went through the discovery requests to get as much input and answers from Gordy has she could offer.  In addition to that, Aaron spoke with her about the

9

document collection and the lawsuit to confirm the Specified Search Terms were run, and CPS employees were consulted as to whether they had potentially responsive documents.  Ms. Gordy confirmed what Dentons had learned during prior investigations into the document collection, including during the 12/12/13 Walton Conversation, and discussions with Hutton (*see* Hutton Decl., ¶¶ 5, 6, 7.)

25.     On April 24, 2014, Aaron also drafted a list of detailed questions to pose to CPS to assist with responding to the April, 2014 discovery, seeking answers and clarification as to CPS and industry terminology, CPS policies and procedures, and as well as listing and detailing documents CPS should conduct additional searches for, which would be potentially responsive to the April, 2014 CPS Discovery Responses.  Aaron provided the list of questions and documents to CPS and Freeman, and also discussed it by telephone with Gordy, Freeman and CPS employee John Ballantyne, and former CPS employee Keith Goldman, in order to ensure Dentons and CPS were doing everything possible to respond to the best of CPS' knowledge, information and belief, to the April, 2014 CPS Discovery Requests and to find any additional documents that were not already part of what had been collected by Walton, Gordy, Hutton and others at CPS.

26.     During this same period of time, and after Dentons received Plaintiff's second round of discovery, other attorneys and paralegals at Dentons were also diligently working on the discovery responses and document review and production, running searches and constructing detailed queries from among the 17,100 documents collected by Walton, Gordy, Hutton and others at CPS, to confirm documents responsive to the discovery requests were produced or were going to be produced. Dentons also performed extensive searches in the document review and production database, constructing queries, and reviewing documents to re-confirm CPS had produced documents responsive to Plaintiff's document requests.

27.     In June, 2014, in recognition of CPS' obligations under the Federal Rules of Civil Procedure, as well as out of an abundance of caution, Dentons re-reviewed CPS' Answers to First Interrogatories, and Responses to First Request for Production of Documents, which were first responded to by former counsel Walton on behalf of CPS in December, 2012.  It was determined

83465528\V-1

supplemental responses should be provided to Plaintiff, and so on June 3, 2014, CPS did serve its Amended and Supplemental Answers to Plaintiff's First Interrogatories and Amended and Supplemental Responses to Requests for Production of Documents.

28.     Plaintiff filed a second Motion to Compel against CPS on June 19, 2014 (Dkt. 199). Although prior extensive work had been conducted to ensure documents were collected utilizing the Specified Search Terms along with the expertise of Gordy, Walton, and Hutton (*see* Hutton Decl., ¶ 6), and that the April, 2014 discovery responses were replied to and CPS responded to the best of its knowledge, information and belief, in an effort to be as diligent and responsive as possible, Dentons and CPS endeavored to re-confirm yet again, that any and all potentially responsive documents had been gathered, another look was given at the prior discovery responses, another round of additional investigations and conversations were pursued with CPS to determine if there were any additional details, responses, or documents that could be supplemented to Plaintiff.

29.     In July 2014, in yet another further effort to ensure CPS had fully complied with this Court's Order (Dkt 104), as well as to endeavor to be diligent because of Plaintiff's second Motion to Compel (Dkt. 199), Aaron contacted Randy Gibson, an IT employee with CPS ("Gibson").   Aaron provided Gibson with a list of the custodians for which CPS had already delivered potentially responsive documents (*see* ¶ 8 above), and asked Gibson to re-confirm CPS had gathered all potentially responsive documents from the existing custodians or any other custodians.   Gibson again conducted the searches, utilizing the Specified Search Terms on the following individuals' computers for potentially responsive data, and found no new or additional documents:

          Ballantyne, John
          Cloutier, Christine
          Fletcher, Garry
          Freeman, Douglas
          Goldman, Keith
          Gordy, Viola Elayne
          Hamby, Ben
          Joly, Stacy
          Lin, Chan

McCord, Christopher
Roach, Larry
Sanchez, Leilani
Shifflett, Liane
Underwood, Douglas
Walia, Paramveer
Hyden-Berger, Dawn

Dentons has privileged emails between Aaron, and Gibson, discussing and memorializing these efforts and conversations.

30.     Additionally, during that same time frame, Plaintiff requested a 30(b)(6) deposition of CPS' corporate representative, which could have covered CPS' document retention and collection policy, as well as collection efforts in this case, however, Plaintiff subsequently elected not to do so.

31.     On July 21, 2014, CPS served (i) Amended Answers to Plaintiff's First Request for Production of Documents; (ii) Amended Answers to Plaintiff's Second Interrogatories; and (iii) First Amended Responses to Plaintiff's Second Request for Production of Documents, which attached a 32 page document listing and identifying bates ranges of responsive documents which had already been produced.

32.     Additionally, in yet another effort to ensure CPS is in full compliance with this Court's most recent order, and to also ensure that CPS fully complies with its discovery obligations, Tyler Page, an attorney with Dentons flew to CPS' offices on December 3, 2014 to conduct, in person, another investigation into the document collection, and to physically review any paper files and documents.

33.     Ms. Page determined there were 13 banker boxes of potentially responsive documents, one free standing notebook, and a two-part corporate notebook carefully retained pursuant to the CPS Litigation Hold. The boxes and free standing notebook are segregated, and have been carefully maintained, first in the office of Gordy, and then in a locked, three room records area, which requires a security badge for entry. The boxes are labeled and posted with an instructional note that no one is to touch them or get into them. Additional bankers boxes

83465528\V-1

containing American Express receipts, wire transfer logs, and other non-responsive CPS financial document have also been carefully maintained and preserved in a separate section of the same records area.

34.     Ms. Page reviewed the documents in these 13 boxes, one free standing notebook, and a two-part corporate notebook and pulled potentially responsive documents. Many of the documents from the boxes have been already produced by CPS in its electronic productions, but in an effort to do everything possible to ensure Dentons and CPS are in full compliance with this Court's November 25 Order (Dkt. 272), Dentons, on behalf of CPS, is producing documents from these paper files at CPS00030089-CPS00030216.

35.     In response to this Court's November 25, 2014 Order (Dkt. 272), with respect to Document Request number 61, in addition to producing the agreement at CPS00016010-12, CPS, Walton and Hutton applied the Specified Search Terms which would have gathered any and all documents potentially responsive to this document request, and CPS has produced all responsive, non-privileged documents. (12/12/13 Walton Conversation, Ex. 1, Hutton Decl., ¶ 6, 4/24/14 Gordy Conversation.  Furthermore, Dentons conducted additional searches in electronic and paper files, as described in this Declaration, and followed up with CPS to again ensure that all responsive documents have been produced).

36.     In response to this Court's November 25, 2014 Order (Dkt. 272), with respect to Document Request number 63, after a good faith effort to search, no responsive documents have been found.  (*see also* Leadpile's First Amended Objections and Responses to Plaintiff's Second Request for Production of Documents, dated July 17, 2014, Request No. 91).  Further, CPS, Walton and Hutton applied the Specified Search Terms which would have gathered any and all documents potentially responsive to this document request, and CPS has produced all responsive, non-privileged documents. (12/12/13 Walton Conversation, Ex. 1, Hutton Decl., ¶ 6, 4/24/14 Gordy Conversation.  Furthermore, Dentons conducted additional searches in electronic and paper files, as described in this Declaration, and followed up with CPS to again ensure that all responsive documents have been produced).

37.     In response to this Court's November 25, 2014 Order (Dkt. 272), with respect to Document Request number 64, on December 1, 2014, Aaron, Wolf and I spoke by telephone with Gibson.  Gibson confirmed that Carey Brown did not originally, nor does he now, have a CPS email address.  Gibson also confirmed that Carey Brown uses a gmail account: suburban7@gmail.com.  Further, to the extent there appear to be entity email addresses associated with Carey Brown (for example, carey.brown@terenine.com), those email addresses were only set up to automatically forward received emails to Carey Brown's gmail account.  Therefore, none of what seem to be company email addresses associated with Carey Brown were actually accessed or used by Carey Brown.

38.     Dentons confirmed that at the time of the collection managed by Walton, Gordy and Hutton, CPS conducted manual searches from within Carey's gmail account using the Specified Search Terms.   On December 1, 2014, Gibson conducted a search for the word "Leadpile" in Carey Brown's gmail account.  From that search, Gibson delivered 180 emails where Carey Brown was the author and 977 emails where Carey Brown was a recipient, and which hit on the word LeadPile.  Many of those documents were well-outside the responsive date range.  Dentons loaded all of the documents into our document review platform.

39.     Dentons has reviewed the documents and found 355 responsive documents which we are producing today, identified as Bates Numbered CPS00029655 - CPS00029920, an additional 1,144 pages produced on behalf of CPS.   From these documents, there are 22 responsive documents which CPS is withholding for privilege.  A supplemental privilege log for the 22 documents is also being produced today, a copy of which is attached hereto as Exhibit 3.

40.     In response to this Court's November 25, 2014 Order (Dkt. 272), with respect to Document Request number 75, CPS produced voluminous materials related to CPS' policies, procedures, and protocols regarding compliance with the TCPA.  *See* Exhibit 4, attached hereto listing bates ranges of documents produced on this topic.  Further, CPS, Walton and Hutton applied the Specified Search Terms which would have gathered any and all documents potentially responsive to this document request, and CPS has produced all responsive, non-privileged

83465528\V-1

documents. (12/12/13 Walton Conversation, Ex. 1, Hutton Decl., ¶ 6, 4/24/14 Gordy Conversation.  Furthermore, Dentons conducted additional searches in electronic and paper files, as described in this Declaration, and followed up with CPS to again ensure that all responsive documents have been produced).

41.     In response to this Court's November 25, 2014 Order (Dkt. 272), with respect to Document Request number 83, CPS is producing today, documents identified as Bates Number CPS00029921-CPS00030186. (12/12/13 Walton Conversation, Ex. 1, Hutton Decl., ¶ 6, 4/24/14 Gordy Conversation.  Furthermore, Dentons conducted additional searches in electronic and paper files, as described in this Declaration, and followed up with CPS to again ensure that all responsive documents have been produced).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was signed on December 5, 2014 in Kansas City, Missouri.


DATED:  December 5, 2014              _____*/s/ Michele R. Hall*_____

                                      Paralegal
                                      DENTONS US LLP
                                      4520 Main Street, 11th Floor
                                      Kansas City, MO 64111-7100

83465528\V-1

# EXHIBIT 1

Steven Martin Aaron, Esq. (MO Bar No. 41653)
*Admitted Pro Hac Vice*
Gregory T. Wolf, Esq. (MO Bar No. 43717)
*Admitted Pro Hac Vice*
DENTONS US LLP
4520 Main Street, 11th Floor
Kansas City, MO 64111-7700
Telephone: (816) 460-2400
Facsimile:  (816) 531-7545
steven.aaron@dentons.com
gregory.wolf@dentons.com

Martin L. Welsh, Esq.
Nevada State Bar No. 8720
LAW OFFICE OF HAYES & WELSH
199 North Arroyo Grande Blvd., Suite 200
Henderson, Nevada 89074
Telephone: (702) 434-3444
Facsimile:  (702) 434-3729
mwelsh@lvlaw.com

*Attorneys for Defendant*
*CREDIT PAYMENT SERVICES, INC.*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| FLEMMING KRISTENSEN, individually, and on behalf of a class of similarly situated individuals, | Case No. 2:12-CV-00528-APG (PAL) |
| Plaintiff, | DECLARATION OF DAVID HUTTON |
| v. | |
| CREDIT PAYMENT SERVICES, INC., a Nevada corporation, f/k/a MYCASHNOW.COM INC., ENOVA INTERNATIONAL, INC., an Illinois corporation, PIONEER FINANCIAL SERVICES, INC., a Missouri corporation, LEADPILE LLC, a Delaware limited liability company, and CLICKMEDIA, LLC d/b/a NET1PROMOTIONS LLC, a Georgia limited liability company, | |
| Defendants. | |

### DECLARATION OF DAVID HUTTON

I, David Hutton, hereby aver pursuant to 28 U.S.C. § 1746 that I have personal knowledge of all matters set forth herein unless otherwise indicated, and if called upon to testify would do so as follows:

1.    I am an adult over the age of 18, and a resident of the State of Tennessee.

2.    I am currently employed as an attorney at Scenic City Legal Group, PC.

3.    As an attorney with Scenic City Legal Group, I represented Credit Payment Service Inc., ("CPS") with respect to the above-captioned matter from its filing until October 2013.

4.    Shortly after this suit was filed, I advised CPS to retain all documents and electronic information potentially relevant to this suit.

5.    I also advised CPS to collect documents and electronic information potentially relevant to this suit.

6.     To do this, I advised CPS to apply the search parameters and terms defined in the Court's Motion to Compel Order issued on August 27, 2013.  I advised CPS to apply these terms to all CPS computers and files that may potentially contain relevant information.

7.    I gave all responsive documents and electronic information that was provided to me from this search to either Timothy Walton, who was counsel for CPS at the time, or opposing counsel.

8.    It is my opinion that CPS has complied with the Court Order issued on August 27, 2013.

I declare under my oath as an officer of the Court that the foregoing is true and correct to the best of my knowledge.

Date:  _May 15, 2015_ _____        _____

                                                    David Hutton

# EXHIBIT 2

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA**
**Kristensen v. Credit Payment Services, Inc., et al. , Case No. 2:12-CV-00528-AGP (PAL)**

**PRIVILEGE LOG OF CREDIT PAYMENT SERVICES, INC.**

*See Key of privileged parties at the end*

| Doc ID | Beg Bates | End Bates | Privilege Assertion | Doc Type | Date | Email From | Email To | Email CC | Email BCC | Description / Redaction Description |
|---|---|---|---|---|---|---|---|---|---|---|
| **DOCUMENTS WITHHELD FROM PRODUCTION AS FULLY PRIVILEGED** | | | | | | | | | | |
| CPS_Review0001578 | | | Atty-Client; Atty Work Prod. | Email | 4/1/2013 | Elayne Gordy | Amanda.Farmer @envisionmanage mentgroup; Doug Freeman | Garry Fletcher | | Email discussing contract language revisions from Pete Johnson, discussing advise of counsel. |
| CPS_Review0001579 | | | Atty-Client; Atty Work Prod. | Email | 3/25/2013 | Elayne Gordy | Garry Fletcher | | | Email discussing contract language revisions from Pete Johnson re Cloudswell Master Services Agreement with draft agreement attached, discussing advise of counsel. |
| CPS_Review0001582 | | | Atty-Client; Atty Work Prod. | Attach. | 4/1/2013 | | | | | Attachment to prior email - Cloudswell Master Services Agreement, red-lined |
| CPS_Review0001583 | | | Atty-Client; Atty Work Prod. | Attach. | 4/1/2013 | | | | | Attachment to prior email - Cloudswell Master Services Agreement, clean |
| CPS_Review0003076 | | | Atty-Client; Atty Work Prod. | Email | 3/6/2011 | Casey Lomber | Operations_cpsloans.ne t | Adam Wolcott; Justin Ginoza | | Email discussing CPS conversion funnel for February |
| CPS_Review0003077 | | | Atty-Client; Atty Work Prod. | Attach. | 3/6/2011 | | | | | Attachment to prior email - CPS conversion funnel for February |
| CPS_Review0004011 | | | Atty-Client; Atty Work Prod. | Email | 3/14/2013 | John Ballantyne | Pete Johnson; SCL Legal Review | Stacy Joly; Justin Ginoza; Elayne Gordy; Doug Freeman | | Email discussing policy and rules with respect to outbound call campaign for existing customers |
| CPS_Review0004016 | | | Atty-Client; Atty Work Prod. | Attach. | 3/14/2013 | | | | | Attachment to prior email - chart |
| CPS_Review0004268 | | | Atty-Client; Atty Work Prod. | Email | 4/15/2013 | Stacy Joly | SCL Legal Review | Elayne Gordy | Stacy Joly | Email discussing and circulating draft CPS / LeadPile Reseller Agreement for iOvation |
| CPS_Review0004269 | | | Atty-Client; Atty Work Prod. | Attach. | 4/15/2013 | | | | | Attachment to prior email - logo .jpg |
| CPS_Review0004270 | | | Atty-Client; Atty Work Prod. | Attach. | 4/15/2013 | | | | | Attachment to prior email - draft CPS / LeadPile Reseller Agreement for iOvation |
| CPS_Review0004271 | | | Atty-Client; Atty Work Prod. | Email | 4/15/2013 | Stacy Joly | SCL Legal Review | Elayne Gordy | | Email discussing and circulating draft CPS/LeadPile Reseller Agreement for iOvation |
| CPS_Review0004272 | | | Atty-Client; Atty Work Prod. | Attach. | 4/15/2013 | | | | | Attachment to prior email - logo .jpg |

| Doc ID | Beg Bates | End Bates | Privilege Assertion | Doc Type | Date | Email From | Email To | Email CC | Email BCC | Description / Redaction Description |
|---|---|---|---|---|---|---|---|---|---|---|
| CPS_Review0004273 | | | Atty-Client; Atty Work Prod. | Attach. | 4/15/2013 | | | | | Attachment to prior email - draft CPS / LeadPile Reseller Agreement for iOvation |
| CPS_Review0004303 | | | Atty-Client; Atty Work Prod. | Email | 3/6/2013 | Stacy Joly | elayne.gordy@cpsloans.net | | | Email discussing and outlining Pete Johnson's review of terms, conditions, policies with respect to Twilio; received from counsel, discussing advise of counsel. |
| CPS_Review0004422 | | | Atty-Client | Email | 2/17/2012 | Stacy Joly | Stacy Joly | | | Email discussing and attaching items for agenda, action items and notes for Quarterly Compliance Meeting Minutes received from counsel, discussing advise of counsel. |
| CPS_Review0004423 | | | Atty-Client; Atty Work Prod. | Attach. | 2/17/2012 | | | | | Attachment to prior email - list of action items and notes |
| CPS_Review0005541 | | | Atty-Client; Atty Work Prod. | Email | 4/27/2012 | Chris McCord | david.hutton@sceniccitylegalgroup.com | | | Email circulating and discussing SMS Questions and trigger scenarios |
| CPS_Review0005543 | | | Atty-Client; Atty Work Prod. | Attach. | 4/27/2012 | | | | | Attachment to prior email - SMS Questions and trigger scenarios |
| CPS_Review0005697 | | | Atty-Client; Atty Work Prod. | Email | 12/12/2011 | Lian Torralbas | Chris McCord; Leilani Sanchez; Dawn Hyde-Burger; Jessica Campbell; Jordan Vasileff; Whitney Phillips | Chris Enter; Matthew Butt; Melissa Harper; Amber Hayes | | Email discussing SCLG advice as to text messaging, discussing advise of counsel. |
| CPS_Review0006116 | | | Atty-Client; Atty Work Prod. | Email | 11/21/2011 | Elayne Gordy | Lian Torralbas; Chris McCord | | | Email discussing SCLG advice as to text messaging, discussing advise of counsel. |
| CPS_Review0006248 | | | Atty-Client; Atty Work Prod. | Email | 3/8/2010 | Leilani Sanchez | Chris McCord | Casey Lomber | | Email discussing project with Sprint regarding CCS notifications; discussing status of project |
| CPS_Review0006250 | | | Atty-Client; Atty Work Prod. | Email | 3/8/2010 | Casey Lomber | Leilani Sanchez; Chris McCord | | | Email discussing project with Sprint regarding CCS notifications; discussing status of project |
| CPS_Review0006330 | | | Atty-Client; Atty Work Prod. | Email | 2/9/2009 | Casey Lomber | chris.mccord@supportseven.com | | | Email discussing advice of counsel and draft language as to Autodialer Warning |
| CPS_Review0006370 | | | Atty-Client; Atty Work Prod. | Email | 10/13/2011 | Chris McCord | Rona Hutchison | A203LeadGen@area203.com; Lian Torralbas | | Email discussing advice of counsel and draft language as to Military Lead Redirect, discussing advise of counsel. |
| CPS_Review0006372 | | | Atty-Client; Atty Work Prod. | Email | 10/13/2011 | Rona Hutchison | Chris McCord | A203LeadGen@area203.com; Lian Torralbas | | Email discussing advice of counsel and draft language as to Military Lead Redirect, discussing advise of counsel. |

| Doc ID | Beg Bates | End Bates | Privilege Assertion | Doc Type | Date | Email From | Email To | Email CC | Email BCC | Description / Redaction Description |
|---|---|---|---|---|---|---|---|---|---|---|
| CPS_Review0006382 | | | Atty-Client; Atty Work Prod. | Email | 10/19/2010 | Tony Willingham | Casey Lomber; Chris McCord | | | Email discussing text marketing inquiry from vendor at CFSA show, discussing advise of counsel. |
| CPS_Review0006384 | | | Atty-Client; Atty Work Prod. | Email | 10/19/2010 | Tony Willingham | Casey Lomber; Chris McCord | | | Email discussing text marketing inquiry from vendor at CFSA show, discussing advise of counsel. |
| CPS_Review0006386 | | | Atty-Client; Atty Work Prod. | Email | 9/27/2010 | Tony Willingham | Casey Lomber; Chris McCord | | | Email discussing text marketing inquiry from vendor at CFSA show, discussing advise of counsel. |
| CPS_Review0006388 | | | Atty-Client; Atty Work Prod. | Email | 10/20/2010 | Casey Lomber | Tony Willingham; Chris McCord | | | Email discussing text marketing inquiry from vendor at CFSA show, discussing advise of counsel. |
| CPS_Review0006820 | | | Atty-Client | Email | 12/12/2011 | Lian Torralbas | Chris McCord; Leilani Sanchez; Dawn Hyde-Burger; Jessica Campbell; Jordan Vasileff; Whitney Phillips | Chris Enter; Matthew Butt; Melissa Harper; Amber Hayes; Elayne Gordy | | Email discussing SCLG advice as to text messaging, discussing advise of counsel. |
| CPS_Review0006824 | | | Atty-Client; Atty Work Prod. | Email | 12/12/2011 | Chris McCord | Lian Torralbas; Leilani Sanchez; Dawn Hyde-Burger; Jessica Campbell; Jordan Vasileff; Whitney Phillips | Chris Enter; Matthew Butt; Melissa Harper; Amber Hayes | | Email discussing SCLG advice as to text messaging, discussing advise of counsel. |
| CPS_Review0007166 | | | Atty-Client; Atty Work Prod. | Email | 11/30/2011 | Lian Torralbas | Dawn Hyde-Burger; Jessica Campbell | Melissa Harper; Amber Hayes; Chris McCord; Elayne Gordy | | Email discussing legal advice and input regarding SMS Text Messaging, discussing advise of counsel. |
| CPS_Review0007790 | | | Atty-Client; Atty Work Prod. | Email | 11/17/2011 | Casey Lomber | Elayne Gordy; Joanna Temple | Chris McCord | | Email discussing legal advice and input regarding SMS Text Messaging |
| CPS_Review0008151 | | | Atty-Client | Email | 1/18/2011 | Dawn Hyde-Burger | Chris McCord | Ben Hamby; Casey Lomber; Heather Parker | | Email discussing legal advice and input regarding SMS Text Messaging |
| CPS_Review0008185 | | | Atty-Client | Email | 12/6/2010 | Elayne Gordy | Heather Parker; Chris McCord | Casey Lomber; Adam Wolcott | | Email discussing legal advice and input regarding senarios for SMS Text Messaging |
| CPS_Review0008201 | | | Atty-Client; Atty Work Prod. | Email | 11/17/2011 | Elayne Gordy | Casey Lomber; Joanna Temple | Chris McCord | | Email discussing legal advice and input regarding senarios for SMS Text Messaging |
| | | | Atty-Client; Atty Work Prod. | | | | | | | Joint Defense Agreement between counsel for Credit Payment Services, Inc., Pioneer Financial Services, Inc., LeadPile, LLC, and Enova International, Inc. |
| **DOCUMENTS PRODUCED REDACTED DUE TO PRIVILEGE OR CONFIDENTIAL INFORMATION** | | | | | | | | | | |

| Doc ID | Beg Bates | End Bates | Privilege Assertion | Doc Type | Date | Email From | Email To | Email CC | Email BCC | Description / Redaction Description |
|---|---|---|---|---|---|---|---|---|---|---|
| | CPS00006933 | CPS00006967 | Atty-Client | Attach. | 5/21/2012 | | | | | Redacted line item regarding Scenic City Legal Group. |
| | CPS00006971 | CPS00007001 | Atty-Client | Attach. | 5/16/2012 | | | | | Redacted line items regarding Scenic City Legal Group. |
| | CPS00007028 | CPS00007074 | Atty-Client | Attach. | 6/17/2012 | | | | | Redacted line items regarding Scenic City Legal Group. |
| | CPS00007184 | CPS00007185 | Atty-Client; Atty Work Prod. | Attach. | 12/22/2011 | | | | | Redacted line items regarding Scenic City Legal Group, and status notes by counsel. |
| | CPS00007200 | CPS00007201 | Atty-Client | Email | 11/7/2011 | Elayne Gordy | Chris McCord | | | Redacted recitation of advice of counsel Scenic City Legal Group regarding draft language |
| | CPS00007251 | CPS00007253 | Atty-Client | Email | 5/31/2012 | Jeremy.Davis@envisionmanagementgroup.com | Elayne Gordy; Chris McCord | Adam.Wolcott@envisionmanagementgroup.com; ohn Ballantyne | | Redacted email from Elayne Gordy to Jeremy Davis, Chris McCord, Adam Wlcott, John Ballantyne re: California Customer emails, discussing advise of counsel. |
| | CPS00007254 | CPS00007257 | Atty-Client | Email | 5/31/2012 | Elayne Gordy | Jeremy.Davis@envisionmanagementgroup.com; Chris McCord | Adam.Wolcott@envisionmanagementgroup.com; John Ballantyne | | Redacted email from Elayne Gordy to Jeremy Davis, Chris McCord, Adam Wlcott, John Ballantyne re: California Customer emails, discussing advise of counsel. |
| | CPS00007264 | CPS00007277 | Atty-Client; Atty Work Prod. | Email | 12/12/2011 | Chris McCord | Lian Torralbas; Leilani Sanchez; Dawn Hyde-Burger; Jessica Campbell; Jordan Vasileff; Whitney Phillips | Chris Enter; Matthew Butt; Melissa Harper; Amber Hayes; Elayne Gordy | | Redacted emails between Elayne Gordy, Lian Torralbas, Casey Lomber, Joanna Temple discussing clarification on retention of records and text messages |
| | CPS00007341 | CPS00007360 | Atty-Client | Attach. | 3/20/2012 | | | | | Redacted line item regarding Scenic City Legal Group |
| | | | | | | | | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **DOCUMENTS WITHHELD FROM PRODUCTION AS FULLY PRIVILEGED** | | | | | | | | | | |
| **[IDENTIFYING DOCUMENTS THAT WERE SUBJECT TO CPS' RE-REVIEW OF PRIOR PRODUCED NATIVE DOCUMENTS THAT WERE THE SUBJECT OF CPS' CLAWBACK REQUEST]** | | | | | | | | | | |
| CPS_Review0010932 | | | Atty-Client | Email | 5/9/2013 | Ben Underwood | SCL Legal Review | Doug Freeman; John Ballantyne; Elayne Gordy; Susan Shiflett | | After the date of the lawsuit, non-responsive, but previously produced; Email regarding Durbin Bill introduced-36% rate cap |
| CPS_Review0010935 | | | Atty-Client | Attach. | 5/9/2013 | | | | | Attachment to privileged email, Durbin Bill |
| CPS_Review0010948 | | | Atty-Client | Email | 10/19/2011 | Melissa Harper | Elayne Gordy | Casey Lomber; Lian Torralbas; Amber Hayes | | Email discussing debt |
| CPS_Review0010950 | | | Atty-Client | Email | 10/19/2011 | Melissa Harper | Elayne Gordy | Casey Lomber; Lian Torralbas; Amber Hayes | | Email discussing debt |
| CPS_Review0010958 | | | Atty-Client | Email | 11/15/2011 | Elayne Gordy | Casey Lomber | | | Email regarding Green Billow approval - Proposed FSC SMS Text messages |

| Doc ID | Beg Bates | End Bates | Privilege Assertion | Doc Type | Date | Email From | Email To | Email CC | Email BCC | Description / Redaction Description |
|---|---|---|---|---|---|---|---|---|---|---|
| CPS_Review0010962 | | | Atty-Client | Email | 11/15/2011 | Casey Lomber | Elayne Gordy | | | Email regarding Green Billow approval - Proposed FSC SMS Text messages |
| CPS_Review0010966 | | | Atty-Client | Email | 12/14/2010 | Leilani Sanchez | Casey Lomber | Christine Cloutier; Elayne Gordy; Chris McCord | | Email regarding Four Seasons Cash Staging |
| CPS_Review0010989 | | | Atty-Client | Email | 10/13/2011 | Casey Lomber | Amber Hayes; Lian Torralbas; Melissa Harper | Elayne Gordy | | Email regarding drafts and discussing FSC Legal Changes |
| CPS_Review0010990 | | | Atty-Client | Attach. | 10/13/2011 | | | | | Attachment to privileged email regarding affiliate legal changes |
| CPS_Review0010991 | | | Atty-Client | Attach. | 10/13/2011 | | | | | Attachment to privileged email regarding text links |
| CPS_Review0010992 | | | Atty-Client | Attach. | 10/13/2011 | | | | | Attachment to privileged email regarding banner ads |
| CPS_Review0010993 | | | Atty-Client | Attach. | 10/13/2011 | | | | | Attachment to privileged email regarding consumer site |
| CPS_Review0010995 | | | Atty-Client | Attach. | 10/13/2011 | | | | | Attachment to privileged email regarding PPC legal changes for FSC |
| CPS_Review0011014 | | | Atty-Client | Email | 10/19/2011 | Casey Lomber | Lian Torralbas | Joanna Temple; Elayne Gordy | | Email discussing guidelines for dotcoms, with legals changes |
| CPS_Review0011015 | | | Atty-Client | Attach. | 10/19/2011 | | | | | Attachment to privileged email regarding legal and compliance regulations with SLCG notes |
| CPS_Review0011019 | | | Atty-Client | Email | 5/17/2013 | Elayne Gordy | carol.taylor@leadpile.net ;Amanda.Farmer@ envisionmanage mentgroup.com | | | After the date of the lawsuit, non-responsive, but previously produced; Email discussing meeting With Pete Johnson at SCLG, discussing advise of counsel. |
| CPS_Review0011021 | | | Atty-Client | Email | 5/17/2013 | Elayne Gordy | carol.taylor@leadpile.net ;Amanda.Farmer@ envisionmanage mentgroup.com | | | After the date of the lawsuit, non-responsive, but previously produced; Email discussing meeting With Pete Johnson at SCLG, discussing advise of counsel. |
| CPS_Review0011026 | | | Atty-Client | Email | 12/14/2012 | Elayne Gordy | Doug Freeman | | | After the date of the lawsuit, but previously produced - Email discussing re the SMS text lawsuit, discussing advise of counsel. |
| CPS_Review0011029 | | | Atty-Client | Email | 12/13/2012 | Doug Freeman 2 | Elayne Gordy | | | After the date of the lawsuit, but previously produced - Email discussing re the SMS text lawsuit, discussing advise of counsel. |
| CPS_Review0011032 | | | Atty-Client | Email | 12/14/2010 | Elayne Gordy | Joanna Temple; Casey Lomber | | | Email regarding GB consumer note |

| Doc ID | Beg Bates | End Bates | Privilege Assertion | Doc Type | Date | Email From | Email To | Email CC | Email BCC | Description / Redaction Description |
|---|---|---|---|---|---|---|---|---|---|---|
| CPS_Review0011034 | | | Atty-Client | Email | 8/20/2012 | Pete Johnson | Monica Vo; SCL Legal Review | Elayne Gordy; Amanda Farmer | | After the date of the lawsuit, non-responsive, but previously produced; Email discussing GLBA Policy |
| CPS_Review0011037 | | | Atty-Client | Attach. | 8/20/2012 | | | | | Attachment to prior email regarding GLBA policy |
| CPS_Review0011046 | | | Atty-Client | Email | 9/4/2012 | Elayne Gordy | Casey Lee Lomber | | | After the date of the lawsuit, non-responsive, but previously produced; Email discussing Google Alert - "PayDayMax" |
| CPS_Review0011055 | | | Atty-Client | Email | 10/26/2011 | Casey Lomber | Lian Torralbas | Elayne Gordy; Joanna Temple | | Email discussing guidelines for dotcoms, with legals changes |
| CPS_Review0011056 | | | Atty-Client | Attach. | 10/26/2011 | | | | | Attachment to privileged email regarding legal and compliance regulations with SLCG notes |
| CPS_Review0011060 | | | Atty-Client | Email | 8/9/2011 | Joanna Temple | Elayne Gordy | | | Email discussing draft language for vendor compliance and privacy language |
| CPS_Review0011063 | | | Atty-Client | Email | 8/9/2011 | Elayne Gordy | Joanna Temple | | | Email discussing draft language for vendor compliance and privacy language |
| CPS_Review0011066 | | | Atty-Client | Email | 8/9/2011 | Elayne Gordy | Joanna Temple | | | Email discussing draft language for vendor compliance and privacy language |
| CPS_Review0011069 | | | Atty-Client | Email | 8/9/2011 | Elayne Gordy | Joanna Temple | | | Email discussing draft language for vendor compliance and privacy language |
| CPS_Review0011072 | | | Atty-Client | Email | 8/9/2011 | Joanna Temple | Elayne Gordy | | | Email discussing draft language for vendor compliance and privacy language |
| CPS_Review0011075 | | | Atty-Client | Email | 2/7/2013 | Jennifer Peters | Elayne Gordy; SCL Legal Review | | | After the date of the lawsuit, non-responsive, but previously produced; Email discussing legal review related |
| CPS_Review0011079 | | | Atty-Client | Email | 7/20/2011 | Joanna Temple | Doug Freeman 2; Elayne Gordy; Ben Underwood; Frank Pazera | Adam Wolcott; Russ Scudder; Kim Hawes; Ron Beaver; Adam Sragovicz | | Email discussing help with ACH Federal win new banks |
| CPS_Review0011087 | | | Atty-Client | Email | 9/25/2012 | Elayne Gordy | Dawn Hyde-Burger | Sylvia Cintron | | After the date of the lawsuit, non-responsive, but previously produced; Email discussing inquriy regarding business relationship |
| CPS_Review0011107 | | | Atty-Client | Email | 9/26/2012 | Elayne Gordy | Casey Lee Lomber | | | After the date of the lawsuit, non-responsive, but previously produced; Email discussing inquiry regarding business relationship |

| Doc ID | Beg Bates | End Bates | Privilege Assertion | Doc Type | Date | Email From | Email To | Email CC | Email BCC | Description / Redaction Description |
|---|---|---|---|---|---|---|---|---|---|---|
| CPS_Review0011110 | | | Atty-Client | Email | 9/26/2012 | Elayne Gordy | Casey Lee Lomber | | | After the date of the lawsuit, non-responsive, but previously produced; Email discussing inquiry regarding business relationship |
| CPS_Review0011113 | | | Atty-Client | Email | 9/26/2012 | Elayne Gordy | Casey Lee Lomber | | | After the date of the lawsuit, non-responsive, but previously produced; Email discussing inquiry regarding business relationship |
| CPS_Review0011116 | | | Atty-Client | Email | 9/25/2012 | Elayne Gordy | Dawn Hyde-Burger | Sylvia Cintron | | After the date of the lawsuit, non-responsive, but previously produced; Email discussing inquiry regarding business relationship, discussing advise of counsel. |
| CPS_Review0011118 | | | Atty-Client | Email | 9/26/2012 | Elayne Gordy | Casey Lee Lomber | | | After the date of the lawsuit, non-responsive, but previously produced; Email discussing inquiry regarding business relationship, discussing advise of counsel. |
| CPS_Review0011121 | | | Atty-Client | Email | 9/25/2012 | Elayne Gordy | Dawn Hyde-Burger | Sylvia Cintron | | After the date of the lawsuit, non-responsive, but previously produced; Email discussing inquiry regarding business relationship, discussing advise of counsel. |
| CPS_Review0011123 | | | Atty-Client | Email | 9/25/2012 | Sylvia Cintron | Elayne Gordy; Dawn Hyde-Burger | | | After the date of the lawsuit, non-responsive, but previously produced; Email discussing inquiry regarding business relationship |
| CPS_Review0011125 | | | Atty-Client | Email | 9/24/2012 | Elayne Gordy | Casey Lee Lomber | | | After the date of the lawsuit, non-responsive, but previously produced; Email discussing inquiry regarding business relationship, discussing advise of counsel. |
| CPS_Review0011134 | | | Atty-Client | Email | 4/30/2013 | Stacy Joly | Pete Johnson | SCL Legal Review; Elayne Gordy | | After the date of the lawsuit, non-responsive, but previously produced; Email discussing  iOvation agreement - half executed |
| CPS_Review0011151 | | | Atty-Client | Email | 3/21/2012 | Casey Lomber | Stacy Joly | Elayne Gordy; SCL Legal Review | | After the date of the lawsuit, non-responsive, but previously produced; Email discussing poaching |

| Doc ID | Beg Bates | End Bates | Privilege Assertion | Doc Type | Date | Email From | Email To | Email CC | Email BCC | Description / Redaction Description |
|---|---|---|---|---|---|---|---|---|---|---|
| CPS_Review0011156 | | | Atty-Client | Email | 3/20/2012 | Stacy Joly | Pete Johnson | Elayne Gordy; Casey Lee Lomber | | After the date of the lawsuit, non-responsive, but previously produced; Email discussing poaching |
| CPS_Review0011159 | | | Atty-Client | Email | 3/21/2012 | Stacy Joly | Casey Lee Lomber | Elayne Gordy; SCL Legal Review | | After the date of the lawsuit, non-responsive, but previously produced; Email discussing poaching |
| CPS_Review0011167 | | | Atty-Client; Atty Work Prod. | Email | 12/17/2012 | Elayne Gordy | Anthony Lopreto | | | After the date of the lawsuit, but previously produced - Email discussing Kristensen lawsuit |
| CPS_Review0011170 | | | Atty-Client; Atty Work Prod. | Email | 12/14/2012 | Anthony Lopreto | Elayne Gordy | | | After the date of the lawsuit, but previously produced - Email discussing Kristensen lawsuit |
| CPS_Review0011225 | | | Atty-Client | Email | 11/21/2011 | Lian Torralbas | Elayne Gordy; Chris McCord | | | Email discussing legal team input regarding SMS Text Messaging, discussing advise of counsel. |
| CPS_Review0011228 | | | Atty-Client | Email | 11/21/2011 | Lian Torralbas | Elayne Gordy; Chris McCord | | | Email discussing legal team input regarding SMS Text Messaging, discussing advise of counsel. |
| CPS_Review0011231 | | | Atty-Client | Email | 11/30/2011 | Lian Torralbas | Dawn Hyde-Burger; Jessica Campbell | Melissa Harper; Amber Hayes; Chris McCord; Elayne Gordy | | Email discussing legal team input regarding SMS Text Messaging, discussing advise of counsel. |
| CPS_Review0011239 | | | Atty-Client | Email | 9/14/2012 | Pete Johnson | Elayne Gordy; SCL Legal Review | | | After the date of the lawsuit, non-responsive, but previously produced; Email discussing Legal Review: |
| CPS_Review0011357 | | | Atty-Client | Email | 3/26/2012 | Elayne Gordy | Casey Lee Lomber | | | Non-responsive, but previously produced; Email discussing legal docs for translation for Spanish offering |
| CPS_Review0011358 | | | Atty-Client | Attach. | 3/26/2012 | | | | | Attachment to privileged email; Legal disclosures for Spanish translation |
| CPS_Review0011375 | | | Atty-Client | Email | 8/24/2011 | Elayne Gordy | Casey Lomber; Heather Parker | | | Email discussing Privacy Policy |
| CPS_Review0011376 | | | Atty-Client | Attach. | 8/24/2011 | | | | | Attachment to privileged email; OBA Self-Reg Compliance Guide - Full Text |
| CPS_Review0011377 | | | Atty-Client | Attach. | 8/24/2011 | | | | | Attachment to privileged email; Microsoft Ad Remessaging Policy |
| CPS_Review0011378 | | | Atty-Client | Attach. | 8/24/2011 | | | | | Attachment to privileged email; principle approved layout |
| CPS_Review0011379 | | | Atty-Client | Email | 11/4/2011 | Casey Lomber | Dawn Hyde-Burger | Melissa Harper; Amber Hayes; Lian Torralbas; Elayne Gordy | | Email discussing Privacy Policy Changes, discussing advise of counsel. |

| Doc ID | Beg Bates | End Bates | Privilege Assertion | Doc Type | Date | Email From | Email To | Email CC | Email BCC | Description / Redaction Description |
|---|---|---|---|---|---|---|---|---|---|---|
| CPS_Review0011392 | | | Atty-Client; Atty Work Prod. | Email | 8/12/2013 | Dawn Hyde-Burger | Elayne Gordy | | | After the date of the lawsuit, non-responsive, but previously produced; Email discussing conference call, discussing advise of counsel. |
| CPS_Review0011415 | | | Atty-Client | Email | 2/2/2012 | Casey Lomber | Monica Vo | Joanna Temple; SCL Legal Review; Elayne Gordy | | Email discussing regulations questions |
| CPS_Review0011418 | | | Atty-Client | Email | 2/2/2012 | Monica Vo | Elayne Gordy | | | Email discussing regulations questions, discussing advise of counsel. |
| CPS_Review0011419 | | | Atty-Client | Email | 2/1/2012 | Monica Vo | Casey Lee Lomber | Joanna Temple; SCL Legal Review; Elayne Gordy | | Email discussing regulations questions |
| CPS_Review0011420 | | | Atty-Client | Email | 2/1/2012 | Casey Lomber | Monica Vo | Joanna Temple; SCL Legal Review; Elayne Gordy | | Email discussing regulations questions |
| CPS_Review0011424 | | | Atty-Client | Email | 2/2/2012 | Monica Vo | Casey Lee Lomber | Joanna Temple; SCL Legal Review; Elayne Gordy | | Email discussing regulations questions |
| CPS_Review0011438 | | | Atty-Client | Email | 1/4/2011 | Casey Lomber | Joanna Temple; Elayne Gordy | | | Email discussing SMS Marketing Consent language and other information |
| CPS_Review0011446 | | | Atty-Client | Email | 11/17/2011 | Elayne Gordy | Casey Lomber | | | Email discussing SMS Marketing Consent language and other information |
| CPS_Review0011450 | | | Atty-Client | Email | 3/1/2013 | Elayne Gordy | Pete Johnson | | | After the date of the lawsuit, non-responsive, but previously produced; Email discussing Social Media Proposed Guidance and language |
| CPS_Review0011455 | | | Atty-Client | Email | 11/17/2011 | Casey Lomber | Elayne Gordy; Joanna Temple | Chris McCord | | Email discussing SMS Text Messaging proposed language and guidelines |
| CPS_Review0011459 | | | Atty-Client | Email | 2/4/2013 | Pete Johnson | Jennifer Peters; Elayne Gordy; SCL Legal Review | | | After the date of the lawsuit, non-responsive, but previously produced; Email discussing Social Media Proposed Guidance and language |
| CPS_Review0011464 | | | Atty-Client | Email | 1/31/2013 | Jennifer Peters | Elayne Gordy; SCL Legal Review | | | After the date of the lawsuit, non-responsive, but previously produced; Email discussing Social Media Proposed Guidance and language |

| Doc ID | Beg Bates | End Bates | Privilege Assertion | Doc Type | Date | Email From | Email To | Email CC | Email BCC | Description / Redaction Description |
|---|---|---|---|---|---|---|---|---|---|---|
| CPS_Review0011468 | | | Atty-Client | Email | 2/4/2013 | Pete Johnson | Jennifer Peters; Elayne Gordy; SCL Legal Review | | | After the date of the lawsuit, non-responsive, but previously produced; Email discussing Social Media Proposed Guidance and language |
| CPS_Review0011473 | | | Atty-Client | Email | 3/4/2013 | Elayne Gordy | Pete Johnson | | | After the date of the lawsuit, non-responsive, but previously produced; Email discussing Social Media Proposed Guidance and language |
| CPS_Review0011479 | | | Atty-Client | Email | 3/1/2013 | Elayne Gordy | Pete Johnson | | | After the date of the lawsuit, non-responsive, but previously produced; Email discussing Social Media Proposed Guidance and language |
| CPS_Review0011484 | | | Atty-Client | Email | 2/4/2013 | Pete Johnson | Jennifer Peters; Elayne Gordy; SCL Legal Review | | | After the date of the lawsuit, non-responsive, but previously produced; Email discussing Social Media Proposed Guidance and language |
| CPS_Review0011489 | | | Atty-Client | Email | 3/4/2013 | Elayne Gordy | Pete Johnson | | | After the date of the lawsuit, non-responsive, but previously produced; Email discussing Social Media Proposed Guidance and language |
| CPS_Review0011495 | | | Atty-Client | Email | 3/1/2013 | Elayne Gordy | Pete Johnson | | | After the date of the lawsuit, non-responsive, but previously produced; Email discussing Social Media Proposed Guidance and language |
| CPS_Review0011500 | | | Atty-Client | Email | 3/4/2013 | Elayne Gordy | Pete Johnson | | | After the date of the lawsuit, non-responsive, but previously produced; Email discussing Social Media Proposed Guidance and language |
| CPS_Review0011508 | | | Atty-Client | Email | 3/1/2013 | Elayne Gordy | Pete Johnson | | | After the date of the lawsuit, non-responsive, but previously produced; Email discussing Social Media Proposed Guidance and language |
| CPS_Review0011513 | | | Atty-Client | Email | 3/4/2013 | Pete Johnson | Elayne Gordy | | | After the date of the lawsuit, non-responsive, but previously produced; Email discussing Social Media Proposed Guidance and language |
| CPS_Review0011530 | | | Atty-Client | Email | 3/14/2013 | Elayne Gordy | Pete Johnson | SCL Legal Review | | After the date of the lawsuit, non-responsive, but previously produced; Email discussing Survey questions |

| Doc ID | Beg Bates | End Bates | Privilege Assertion | Doc Type | Date | Email From | Email To | Email CC | Email BCC | Description / Redaction Description |
|---|---|---|---|---|---|---|---|---|---|---|
| CPS_Review0011533 | | | Atty-Client | Email | 3/14/2013 | Pete Johnson | Elayne Gordy | SCL Legal Review | | After the date of the lawsuit, non-responsive, but previously produced; Email discussing Survey questions |
| CPS_Review0011537 | | | Atty-Client | Email | 1/14/2013 | Elayne Gordy | Pete Johnson | | | After the date of the lawsuit, but previously produced - Email discussing TCPA Policy |
| CPS_Review0011539 | | | Atty-Client | Email | 3/7/2013 | Pete Johnson | Elayne Gordy; SCL Legal Review | | | After the date of the lawsuit, non-responsive, but previously produced; Email discussing whether Telephone surveys are permissible. |
| CPS_Review0011543 | | | Atty-Client | Email | 3/7/2013 | Elayne Gordy | Pete Johnson | | | After the date of the lawsuit, non-responsive, but previously produced; Email discussing whether Telephone surveys are permissible. |
| CPS_Review0011547 | | | Atty-Client | Email | 3/7/2013 | Elayne Gordy | Pete Johnson | | | After the date of the lawsuit, non-responsive, but previously produced; Email discussing whether Telephone surveys are permissible. |
| CPS_Review0011551 | | | Atty-Client | Email | 3/4/2013 | Jennifer Peters | Elayne Gordy; SCL Legal Review | | | After the date of the lawsuit, non-responsive, but previously produced; Email discussing whether Telephone surveys are permissible. |
| CPS_Review0011555 | | | Atty-Client | Email | 12/13/2012 | Elayne Gordy | David Hutton | SCL Legal Review | | After the date of the lawsuit, but previously produced - Email discussing Terenine Employees Who Dealt with SMS, regarding this lawsuit |
| CPS_Review0011557 | | | Atty-Client | Email | 12/13/2012 | Elayne Gordy | Chris McCord | | | After the date of the lawsuit, but previously produced - Email discussing Terenine Employees Who Dealt with SMS, discussing advise of counsel and this lawsuit. |
| CPS_Review0011561 | | | Atty-Client | Email | 12/13/2012 | David Hutton | Elayne Gordy | | | After the date of the lawsuit, but previously produced - Email discussing Terenine Employees Who Dealt with SMS, discussing advise of counsel and this lawsuit. |
| CPS_Review0011566 | | | Atty-Client | Email | 12/9/2011 | Casey Lomber | Elayne Gordy | | | Email discussing exact target text messages |

| Doc ID | Beg Bates | End Bates | Privilege Assertion | Doc Type | Date | Email From | Email To | Email CC | Email BCC | Description / Redaction Description |
|---|---|---|---|---|---|---|---|---|---|---|
| CPS_Review0011581 | | | Atty-Client | Email | 8/23/2011 | Lian Torralbas | Ben Underwood | Doug Freeman; Larry Roach; Dawn Hyde-Burger; Elayne Gordy; eugen@leadpile.com Hemant Butti; Joanna Temple; Tavis Salazar | | Email discussing poaching compilation |
| CPS_Review0011582 | | | Atty-Client | Attach. | 8/23/2011 | | | | | Attachment to privileged email, FSC Site Poaching Compilation 8-23-11 |
| CPS_Review0011583 | | | Atty-Client | Email | 8/23/2011 | Ben Underwood | Doug Freeman; Tavis Salazar; Hemant Butti; Joanna Temple | Larry Roach; Dawn Hyde-Burger; Lian Torralbas; Elayne Gordy; eugen@leadpile.com | | Email discussing poaching compilation |
| CPS_Review0011584 | | | Atty-Client | Email | 8/25/2011 | Ben Underwood | Lian Torralbas | Doug Freeman; Larry Roach; Dawn Hyde-Burger; Elayne Gordy; eugen@leadpile.com; Hemant Butti; Joanna Temple; Tavis Salazar | | Email discussing poaching compilation |
| CPS_Review0011585 | | | Atty-Client | Attach. | 8/25/2011 | | | | | Attachment to privileged email, Select Complaint |
| CPS_Review0011686 | | | Atty-Client | Email | 12/14/2011 | Elayne Gordy | Casey Lee Lomber | | | Email discussing updated copy guidelines document |
| CPS_Review0011791 | | | Atty-Client | Email | 1/25/2012 | Casey Lomber | Elayne Gordy | SCL Legal Review | | Non-responsive but previously produced; email discussing sites need a warning about phony debt collection |
| CPS_Review0011795 | | | Atty-Client | Email | 4/15/2013 | Dawn Hyde-Burger | Elayne Gordy | Sylvia Cintron; Chris McCord | | After the date of the lawsuit, but previously produced - Email discussing this lawsuit and questions posed by Timothy Walton |
| CPS_Review0011797 | | | Atty-Client; Atty Work Prod. | Email | 4/15/2013 | Elayne Gordy | Dawn Hyde-Burger | Sylvia Cintron; Chris McCord | | After the date of the lawsuit, but previously produced - Email discussing this lawsuit and questions posed by Timothy Walton |
| CPS_Review0011800 | | | Atty-Client; Atty Work Prod. | Email | 4/16/2013 | Chris McCord | Elayne Gordy; Dawn Hyde-Burger | | | After the date of the lawsuit, but previously produced - Email discussing this lawsuit and questions posed by Timothy Walton |
| CPS_Review0011801 | | | Atty-Client; Atty Work Prod. | Attach. | 4/16/2013 | | | | | Attachment to privileged email; test account receipt of text message admin site |

| Doc ID | Beg Bates | End Bates | Privilege Assertion | Doc Type | Date | Email From | Email To | Email CC | Email BCC | Description / Redaction Description |
|---|---|---|---|---|---|---|---|---|---|---|
| CPS_Review0011804 | | | Atty-Client; Atty Work Prod. | Email | 4/4/2013 | Sylvia Cintron | Dawn Hyde-Burger; Elayne Gordy | | | After the date of the lawsuit, but previously produced - Email discussing this lawsuit and questions posed by Timothy Walton |
| CPS_Review0011806 | | | Atty-Client; Atty Work Prod. | Email | 4/4/2013 | Dawn Hyde-Burger | Sylvia Cintron; Elayne Gordy | | | After the date of the lawsuit, but previously produced - Email discussing this lawsuit and questions posed by Timothy Walton |
| CPS_Review0011808 | | | Atty-Client; Atty Work Prod. | Email | 4/4/2013 | Sylvia Cintron | Elayne Gordy; Dawn Hyde-Burger | | | After the date of the lawsuit, but previously produced - Email discussing this lawsuit and questions posed by Timothy Walton |
| CPS_Review0011810 | | | Atty-Client; Atty Work Prod. | Email | 4/4/2013 | Dawn Hyde-Burger | Elayne Gordy; Sylvia Cintron | | | After the date of the lawsuit, but previously produced - Email discussing this lawsuit and questions posed by Timothy Walton |
| CPS_Review0011813 | | | Atty-Client; Atty Work Prod. | Email | 4/4/2013 | Sylvia Cintron | Dawn Hyde-Burger; Elayne Gordy | | | After the date of the lawsuit, but previously produced - Email discussing this lawsuit and questions posed by Timothy Walton |
| CPS_Review0011815 | | | Atty-Client; Atty Work Prod. | Email | 4/4/2013 | Dawn Hyde-Burger | Sylvia Cintron; Elayne Gordy | | | After the date of the lawsuit, but previously produced - Email discussing this lawsuit and questions posed by Timothy Walton |
| CPS_Review0011817 | | | Atty-Client; Atty Work Prod. | Email | 4/4/2013 | Sylvia Cintron | Elayne Gordy; Dawn Hyde-Burger | | | After the date of the lawsuit, but previously produced - Email discussing this lawsuit and questions posed by Timothy Walton |
| CPS_Review0011819 | | | Atty-Client; Atty Work Prod. | Email | 4/4/2013 | Elayne Gordy | Dawn Hyde-Burger; Sylvia Cintron | | | After the date of the lawsuit, but previously produced - Email discussing this lawsuit and questions posed by Timothy Walton |
| CPS_Review0011823 | | | Atty-Client; Atty Work Prod. | Email | 4/4/2013 | Elayne Gordy | Sylvia Cintron; Dawn Hyde-Burger | | | After the date of the lawsuit, but previously produced - Email discussing this lawsuit and questions posed by Timothy Walton |
| CPS_Review0011826 | | | Atty-Client; Atty Work Prod. | Email | 4/4/2013 | Elayne Gordy | Dawn Hyde-Burger; Sylvia Cintron | | | After the date of the lawsuit, but previously produced - Email discussing this lawsuit and questions posed by Timothy Walton |

| Doc ID | Beg Bates | End Bates | Privilege Assertion | Doc Type | Date | Email From | Email To | Email CC | Email BCC | Description / Redaction Description |
|---|---|---|---|---|---|---|---|---|---|---|
| CPS_Review0011829 | | | Atty-Client; Atty Work Prod. | Email | 4/4/2013 | Elayne Gordy | Dawn Hyde-Burger; Sylvia Cintron | | | After the date of the lawsuit, but previously produced - Email discussing this lawsuit and questions posed by Timothy Walton |
| CPS_Review0011833 | | | Atty-Client; Atty Work Prod. | Email | 4/4/2013 | Elayne Gordy | Sylvia Cintron; Dawn Hyde-Burger | | | After the date of the lawsuit, but previously produced - Email discussing this lawsuit and questions posed by Timothy Walton |
| CPS_Review0011836 | | | Atty-Client; Atty Work Prod. | Email | 4/4/2013 | Elayne Gordy | Dawn Hyde-Burger; Sylvia Cintron | | | After the date of the lawsuit, but previously produced - Email discussing this lawsuit and questions posed by Timothy Walton |
| CPS_Review0011839 | | | Atty-Client; Atty Work Prod. | Email | 4/4/2013 | Dawn Hyde-Burger | Elayne Gordy; Sylvia Cintron | | | After the date of the lawsuit, but previously produced - Email discussing this lawsuit and questions posed by Timothy Walton |
| CPS_Review0011842 | | | Atty-Client; Atty Work Prod. | Email | 4/4/2013 | Dawn Hyde-Burger | Sylvia Cintron | Elayne Gordy | | After the date of the lawsuit, but previously produced - Email discussing this lawsuit and questions posed by Timothy Walton |
| CPS_Review0011844 | | | Atty-Client; Atty Work Prod. | Email | 3/14/2013 | John Ballantyne | Pete Johnson; SCL Legal Review | Stacy Joly; Justin Ginoza; Elayne Gordy; Doug Freeman | | After the date of the lawsuit, non-responsive, but previously produced; Email discussing Outbound Call Campaing for Existing Customers |
| CPS_Review0011848 | | | Atty-Client | Email | 3/14/2013 | Elayne Gordy | Pete Johnson | | | After the date of the lawsuit, non-responsive, but previously produced; Email discussing Outbound Call Campaign for Existing Customers |
| CPS_Review0011852 | | | Atty-Client | Email | 3/13/2013 | Pete Johnson | Stacy Joly; SCL Legal Review | Justin Ginoza; John Ballantyne; Elayne Gordy; Doug Freeman | | After the date of the lawsuit, non-responsive, but previously produced; Email discussing Outbound Call Campaign for Existing Customers |
| CPS_Review0011856 | | | Atty-Client | Email | 3/14/2013 | John Ballantyne | Pete Johnson; SCL Legal Review | Stacy Joly; Justin Ginoza; Elayne Gordy; Doug Freeman 2 | | After the date of the lawsuit, non-responsive, but previously produced; Email discussing Outbound Call Campaign for Existing Customers |

| Doc ID | Beg Bates | End Bates | Privilege Assertion | Doc Type | Date | Email From | Email To | Email CC | Email BCC | Description / Redaction Description |
|---|---|---|---|---|---|---|---|---|---|---|
| CPS_Review0011861 | | | Atty-Client | Attach. | 3/14/2013 | | | | | After the date of the lawsuit, but previously produced - Attachment to privileged email, state volume |
| CPS_Review0011869 | | | Atty-Client | Email | 9/6/2012 | Elayne Gordy | Garry Fletcher | | | After the date of the lawsuit, non-responsive, but previously produced; Email discussing vendor management policy (advice of counsel). |
| CPS_Review0011874 | | | Atty-Client | Attach. | 9/6/2012 | | | | | After the date of the lawsuit, but previously produced - Attachment to privileged email, vendor management policy final version |
| CPS_Review0011931 | | | Atty-Client; Atty Work Prod. | Email | 4/4/2013 | Elayne Gordy | David Hutton | | | After the date of the lawsuit, but previously produced - Email discussing information needed for this lawsuit |
| CPS_Review0011963 | | | Atty-Client | Email | 8/24/2011 | Casey Lomber | Elayne Gordy | | | Email discussing revisions to powerpoint on Compliance update |
| CPS_Review0011964 | | | Atty-Client | Attach. | | | | | | Attachment to privileged email, powerpoint presentation on compliance update |
| CPS_Review0011975 | | | Atty-Client | Email | 11/7/2011 | Elayne Gordy | Casey Lomber | | | Email discussing separation of disclosures information for final approval |
| CPS_Review0011976 | | | Atty-Client | Attach. | 11/7/2011 | | | | | Attachment to privileged email; proposed separation of disclosures |
| CPS_Review0011977 | | | Atty-Client | Attach. | 11/7/2011 | | | | | Attachment to privileged email, draft Online Application New Customer |
| CPS_Review0011982 | | | Atty-Client | Email | 1/3/2011 | Elayne Gordy | Casey Lomber | Joanna Temple | | Email discussing SMS Marketing Consent language and information |
| CPS_Review0011983 | | | Atty-Client | Attach. | 1/3/2011 | | | | | Attachment to privileged email, draft SMS Consent Language |
| CPS_Review0011988 | | | Atty-Client; Atty Work Prod. | Email | 12/6/2010 | Elayne Gordy | Heather Parker; Chris McCord | Casey Lomber; Adam Wolcott | | Email discussing SMS messaging response from legal department |
| CPS_Review0011993 | | | Atty-Client | Email | 11/17/2011 | Elayne Gordy | Casey Lomber; Joanna Temple | Chris McCord | | Email discussing SMS Text Messaging policy |
| CPS_Review0011999 | | | Atty-Client; Atty Work Prod. | Email | 6/3/2013 | Amanda.Farmer@ envisionmanage mentgroup.com | Elayne Gordy | | | After the date of the lawsuit, but previously produced - Email discussing a draft of the Social Media Policy (advice of counsel). |
| CPS_Review0012003 | | | Atty-Client; Atty Work Prod. | Attach. | 6/3/2013 | | | | | After the date of the lawsuit, but previously produced - Attachment to privileged email, Social Media Policy - DRAFT (Clean) |

| Doc ID | Beg Bates | End Bates | Privilege Assertion | Doc Type | Date | Email From | Email To | Email CC | Email BCC | Description / Redaction Description |
|---|---|---|---|---|---|---|---|---|---|---|
| CPS_Review0012004 | | | Atty-Client; Atty Work Prod. | Attach. | 6/3/2013 | | | | | After the date of the lawsuit, but previously produced - Attachment to privileged email, Social Media Policy - DRAFT (Redline with Comments) |
| CPS_Review0012005 | | | Atty-Client; Atty Work Prod. | Attach. | 6/3/2013 | | | | | After the date of the lawsuit, but previously produced - Attachment to privileged email, M 12-59 Report of the Acting General Counsel Concerning Social Media Cases |
| CPS_Review0012029 | | | Atty-Client; Atty Work Prod. | Email | 1/14/2013 | Pete Johnson | Elayne Gordy | SCL Legal Review | | After the date of the lawsuit, but previously produced - Email discussing legal review of TCPA Policy |
| CPS_Review0012032 | | | Atty-Client; Atty Work Prod. | Email | 3/13/2013 | Elayne Gordy | Leeann Moore | | | After the date of the lawsuit, but previously produced - Email discussing telephone surveys feedback (advice of counsel). |
| CPS_Review0012035 | | | Atty-Client; Atty Work Prod. | Email | 3/4/2013 | Elayne Gordy | SCL Legal Review | | | After the date of the lawsuit, but previously produced - Email discussing whether telephone surveys are permissible |
| CPS_Review0012044 | | | Atty-Client; Atty Work Prod. | Attach. | 3/4/2013 | | | | | After the date of the lawsuit, but previously produced - Attachment to privileged email - CPS SMS screen shots |
| CPS_Review0012069 | | | Atty-Client; Atty Work Prod. | Email | 4/13/2012 | David Hutton | Doug Freeman; Elayne Gordy | | | After the date of the lawsuit, but previously produced - Email discussing CPS Submission to the State of Tennessee Dept. of Banking - Financial Institutions Division |
| CPS_Review0012072 | | | Atty-Client; Atty Work Prod. | Attach. | 4/13/2012 | | | | | After the date of the lawsuit, but previously produced - Attachment to privileged email submission to Tennessee Department of Financial Institutions |
| CPS_Review0012075 | | | Atty-Client; Atty Work Prod. | Attach. | 6/8/2011 | | | | | Attachment to privileged email - 11-28-07-New Affiliate Marketing Notices Coming in 2008 |
| CPS_Review0012092 | | | Atty-Client | Email | 5/21/2013 | Elayne Gordy | SCL Legal Review | | | After the date of the lawsuit, but previously produced - Email regarding CPS policies for review - Info Security & Security Awareness and Training |

| Doc ID | Beg Bates | End Bates | Privilege Assertion | Doc Type | Date | Email From | Email To | Email CC | Email BCC | Description / Redaction Description |
|---|---|---|---|---|---|---|---|---|---|---|
| CPS_Review0012093 | | | Atty-Client; Atty Work Prod. | Attach. | 5/21/2013 | | | | | After the date of the lawsuit, but previously produced - Attachment to privileged email - draft CPS Information Security Policy |
| CPS_Review0012094 | | | Atty-Client; Atty Work Prod. | Attach. | 5/21/2013 | | | | | After the date of the lawsuit, but previously produced - Attachment to privileged email - Draft Security Awareness and Training Policy |
| CPS_Review0012246 | | | Atty-Client | Email | 6/25/2012 | Elayne Gordy | David Hutton | | | After the date of the lawsuit, but previously produced - Updated regulations presentation |
| CPS_Review0012247 | | | Atty-Client; Atty Work Prod. | Attach. | 6/25/2012 | | | | | After the date of the lawsuit, but previously produced - Attachment to privileged email - PowerPoint Presentation on updated regulations |
| CPS_Review0012253 | | | Atty-Client; Atty Work Prod. | Email | 4/15/2013 | Elayne Gordy | Chris McCord Dawn Hyde-Burger | | | After the date of the lawsuit, but previously produced - Email discussing this lawsuit and communications with Timothy Walton |
| CPS_Review0012255 | | | Atty-Client; Atty Work Prod. | Email | 4/4/2013 | Elayne Gordy | Dawn Hyde-Burger; Sylvia Cintron | | | After the date of the lawsuit, but previously produced - Email discussing this lawsuit and communications with Timothy Walton |
| CPS_Review0012285 | | | Atty-Client; Atty Work Prod. | Email | 8/23/2011 | Elayne Gordy | Casey Lomber | | | Email discussing poaching |
| CPS_Review0012297 | | | Atty-Client; Atty Work Prod. | Email | 8/6/2013 | Elayne Gordy | Dawn Hyde-Burger | | | After the date of the lawsuit, but previously produced - Email discussing this lawsuit and communications with Timothy Walton |
| CPS_Review0012307 | | | Atty-Client; Atty Work Prod. | Email | 2/3/2012 | Elayne Gordy | Casey Lomber | | | Email discussing legal opinion with respect to MediaTrust emails |
| CPS_Review0012308 | | | Atty-Client; Atty Work Prod. | Attach. | 2/3/2012 | | | | | Attachment to privileged email - comments to Media Trust emails- compliance |
| CPS_Review0012309 | | | Atty-Client; Atty Work Prod. | Attach. | 2/3/2012 | | | | | Attachment to privileged email - logo |
| CPS_Review0012327 | | | Atty-Client; Atty Work Prod. | Email | 9/21/2011 | Casey Lomber | Elayne Gordy | | | Email discussing Online Application Process re Terms and Conditions |
| CPS_Review0012328 | | | Atty-Client; Atty Work Prod. | Attach. | 9/21/2011 | | | | | Attachment to privileged email - Online Application New Customer |

| Doc ID | Beg Bates | End Bates | Privilege Assertion | Doc Type | Date | Email From | Email To | Email CC | Email BCC | Description / Redaction Description |
|---|---|---|---|---|---|---|---|---|---|---|
| CPS_Review0012329 | | | Atty-Client; Atty Work Prod. | Email | 9/21/2011 | Casey Lomber | Elayne Gordy | | | Email discussing Online Application Process re Terms and Conditions |
| CPS_Review0012330 | | | Atty-Client; Atty Work Prod. | Attach. | 9/21/2011 | | | | | Attachment to privileged email - Online Application New Customer |
| CPS_Review0012335 | | | Atty-Client; Atty Work Prod. | Email | 9/21/2011 | Casey Lomber | Elayne Gordy | | | Email discussing Online Application Process re Terms and Conditions |
| CPS_Review0012336 | | | Atty-Client; Atty Work Prod. | Attach. | 9/21/2011 | | | | | Attachment to privileged email - Online Application New Customer |
| CPS_Review0012410 | | | Atty-Client; Atty Work Prod. | Email | 8/6/2013 | Elayne Gordy | SCL Legal Review | | | After the date of the lawsuit, but previously produced - Email discussing a review of Cloudswell's VISR response |
| CPS_Review0012411 | | | Atty-Client; Atty Work Prod. | Attach. | 8/6/2013 | | | | | After the date of the lawsuit, but previously produced - Attachment to privileged email - Appendix A - Vendor InfoSec Requirements - redline draft |
| CPS_Review0012412 | | | Atty-Client; Atty Work Prod. | Attach. | 8/6/2013 | | | | | After the date of the lawsuit, but previously produced - Attachment to privileged email - Appendix A - Vendor InfoSec Requirements - clean copy |
| CPS_Review0012414 | | | Atty-Client; Atty Work Prod. | Email | 3/15/2013 | Elayne Gordy | SCL Legal Review | Garry Fletcher | | After the date of the lawsuit, but previously produced - Email discussing the review of a Master Services Agreement |
| CPS_Review0012415 | | | Atty-Client; Atty Work Prod. | Attach. | 3/15/2013 | | | | | After the date of the lawsuit, but previously produced - Attachment to privileged email - Master Services Agreement |
| CPS_Review0012450 | | | Atty-Client; Atty Work Prod. | Email | 8/25/2011 | Elayne Gordy | Ron Beaver; Doug Freeman; Larry Roach; Joanna Temple; Adam Wolcott | | | Email discussing draft Quarterly Compliance Meeting powerpoint presentation |
| CPS_Review0012451 | | | Atty-Client; Atty Work Prod. | Attach. | 8/25/2011 | | | | | Attachment to privileged email - PowerPoint Presentation, quarterly compliance deck |
| CPS_Review0012452 | | | Atty-Client; Atty Work Prod. | Attach. | 8/25/2011 | | | | | Attachment to privileged email - Deceptive Trade Practices |
| CPS_Review0012454 | | | Atty-Client; Atty Work Prod. | Email | 8/25/2011 | Elayne Gordy | Ron Beaver; Doug Freeman; Larry Roach; Joanna Temple; Adam Wolcott | | | Email discussing draft Quarterly Compliance Meeting powerpoint presentation |

| Doc ID | Beg Bates | End Bates | Privilege Assertion | Doc Type | Date | Email From | Email To | Email CC | Email BCC | Description / Redaction Description |
|---|---|---|---|---|---|---|---|---|---|---|
| CPS_Review0012455 | | | Atty-Client; Atty Work Prod. | Attach. | 8/25/2011 | | | | | Attachment to privileged email - PowerPoint Presentation, quarterly compliance deck |
| CPS_Review0012456 | | | Atty-Client; Atty Work Prod. | Attach. | 8/25/2011 | | | | | Attachment to privileged email - Deceptive Trade Practices |
| CPS_Review0012458 | | | Atty-Client; Atty Work Prod. | Email | 8/25/2011 | Elayne Gordy | Ron Beaver; Doug Freeman; Larry Roach; Joanna Temple; Adam Wolcott | | | Email discussing draft Quarterly Compliance Meeting powerpoint presentation |
| CPS_Review0012459 | | | Atty-Client; Atty Work Prod. | Attach. | 8/25/2011 | | | | | Attachment to privileged email - PowerPoint Presentation, quarterly compliance deck |
| CPS_Review0012460 | | | Atty-Client; Atty Work Prod. | Attach. | 8/25/2011 | | | | | Attachment to privileged email - Deceptive Trade Practices |
| CPS_Review0012462 | | | Atty-Client; Atty Work Prod. | Email | 8/25/2011 | Elayne Gordy | Casey Lomber | | | Email discussing draft Quarterly Compliance Meeting powerpoint presentation |
| CPS_Review0012463 | | | Atty-Client; Atty Work Prod. | Attach. | 8/25/2011 | | | | | Attachment to privileged email - PowerPoint Presentation, quarterly compliance deck |
| CPS_Review0012464 | | | Atty-Client; Atty Work Prod. | Attach. | 8/25/2011 | | | | | Attachment to privileged email - Deceptive Trade Practices |
| CPS_Review0012466 | | | Atty-Client; Atty Work Prod. | Email | 12/14/2010 | Elayne Gordy | Joanna Temple | Casey Lomber | | Email discussing language language for documents related to Green Billow |
| CPS_Review0012467 | | | Atty-Client; Atty Work Prod. | Attach. | 12/14/2010 | | | | | Attachment to privileged email - logo |
| CPS_Review0012468 | | | Atty-Client; Atty Work Prod. | Attach. | 12/14/2010 | | | | | Attachment to privileged email - Green Billow language inserts |
| CPS_Review0012470 | | | Atty-Client; Atty Work Prod. | Email | 5/13/2013 | Elayne Gordy | SCL Legal Review | | | After the date of the lawsuit, but previously produced - Email regarding lead gen adverse actions |
| CPS_Review0012473 | | | Atty-Client; Atty Work Prod. | Email | 8/12/2013 | Elayne Gordy | Dawn Hyde-Burger | | | After the date of the lawsuit, but previously produced -email regarding discovery in this lawsuit and conversation with Timothy Walton |
| CPS_Review0012651 | | | Atty-Client; Atty Work Prod. | Email | 8/23/2012 | Elayne Gordy | Pete Johnson; Monica Vo; SCL Legal Review | Amanda Farmer | | After the date of the lawsuit, but previously produced - Email regarding Regulations |
| CPS_Review0012654 | | | Atty-Client; Atty Work Prod. | Email | 8/23/2012 | Elayne Gordy | Pete Johnson; Monica Vo; SCL Legal Review | | | After the date of the lawsuit, but previously produced - Email regarding Regulations |
| CPS_Review0012657 | | | Atty-Client; Atty Work Prod. | Email | 8/23/2012 | Elayne Gordy | Pete Johnson; Monica Vo; SCL Legal Review | Amanda Farmer | | After the date of the lawsuit, but previously produced - Email regarding Regulations |

| Doc ID | Beg Bates | End Bates | Privilege Assertion | Doc Type | Date | Email From | Email To | Email CC | Email BCC | Description / Redaction Description |
|---|---|---|---|---|---|---|---|---|---|---|
| CPS_Review0012660 | | | Atty-Client; Atty Work Prod. | Email | 8/23/2012 | Pete Johnson | Elayne Gordy; Monica Vo; SCL Legal Review | Amanda Farmer | | After the date of the lawsuit, but previously produced - Email regarding Regulations |
| CPS_Review0012665 | | | Atty-Client; Atty Work Prod. | Email | 8/22/2012 | Pete Johnson | Monica Vo; SCL Legal Review | Elayne Gordy | | After the date of the lawsuit, but previously produced - Email regarding Regulations |
| CPS_Review0012680 | | | Atty-Client; Atty Work Prod. | Email | 8/31/2012 | Monica Vo | Pete Johnson | SCL Legal Review; Elayne Gordy | | After the date of the lawsuit, but previously produced - Email regarding Regulations |
| CPS_Review0012720 | | | Atty-Client; Atty Work Prod. | Email | 6/2/2011 | Elayne Gordy | Rona Hutchison | Dawn Hyde-Burger | | Email regarding call back email language (advice of counsel). |
| CPS_Review0012722 | | | Atty-Client; Atty Work Prod. | Email | 6/2/2011 | Elayne Gordy | Rona Hutchison | Dawn Hyde-Burger | | Email regarding call back email language (advice of counsel). |
| CPS_Review0012724 | | | Atty-Client; Atty Work Prod. | Email | 5/18/2011 | Elayne Gordy | Joanna Temple | | | Email regarding call back email language (advice of counsel). |
| CPS_Review0012725 | | | Atty-Client; Atty Work Prod. | Email | 5/18/2011 | Elayne Gordy | Joanna Temple | | | Email regarding call back email language (advice of counsel). |
| CPS_Review0012726 | | | Atty-Client; Atty Work Prod. | Email | 5/18/2011 | Joanna Temple | Elayne Gordy | | | Email regarding call back email language (advice of counsel). |
| CPS_Review0012727 | | | Atty-Client; Atty Work Prod. | Email | 6/1/2011 | Joanna Temple | Elayne Gordy | | | Email regarding call back email language (advice of counsel). |
| CPS_Review0012729 | | | Atty-Client; Atty Work Prod. | Email | 6/2/2011 | Rona Hutchison | Elayne Gordy | | | Email regarding call back email language (advice of counsel). |
| CPS_Review0012742 | | | Atty-Client; Atty Work Prod. | Email | 9/4/2012 | Elayne Gordy | Dawn Hyde-Burger | Sylvia Cintron; Michael Kinyanjui | | After the date of the lawsuit, but previously produced - Email regarding call back email language (advice of counsel). |
| CPS_Review0012746 | | | Atty-Client; Atty Work Prod. | Email | 9/3/2012 | Dawn Hyde-Burger | Elayne Gordy | Sylvia Cintron; Michael Kinyanjui | | After the date of the lawsuit, but previously produced - Email regarding call back email language (advice of counsel). |
| CPS_Review0012749 | | | Atty-Client; Atty Work Prod. | Email | 8/10/2011 | Elayne Gordy | Joanna Temple | | | Email regarding Casey Lomber |
| CPS_Review0012752 | | | Atty-Client; Atty Work Prod. | Email | 12/9/2011 | Lian Torralbas | Elayne Gordy | | | Email regarding advice from SCLG regarding text messages |
| CPS_Review0012756 | | | Atty-Client; Atty Work Prod. | Email | 12/9/2011 | Lian Torralbas | Elayne Gordy | | | Email regarding advice from SCLG regarding text messages |
| CPS_Review0012761 | | | Atty-Client; Atty Work Prod. | Email | 12/9/2011 | Lian Torralbas | Elayne Gordy | | | Email regarding advice from SCLG regarding text messages |
| CPS_Review0012765 | | | Atty-Client; Atty Work Prod. | Email | 12/9/2011 | Lian Torralbas | Elayne Gordy | | | Email regarding advice from SCLG regarding text messages |
| CPS_Review0012769 | | | Atty-Client; Atty Work Prod. | Email | 12/9/2011 | Lian Torralbas | Elayne Gordy | | | Email regarding advice from SCLG regarding text messages |
| CPS_Review0012774 | | | Atty-Client; Atty Work Prod. | Email | 12/12/2011 | Casey Lomber | Elayne Gordy | | | Email regarding advice from SCLG regarding text messages |
| CPS_Review0012780 | | | Atty-Client; Atty Work Prod. | Email | 12/12/2011 | Elayne Gordy | Lian Torralbas | | | Email regarding advice from SCLG regarding text messages |
| CPS_Review0012784 | | | Atty-Client; Atty Work Prod. | Email | 12/9/2011 | Elayne Gordy | Lian Torralbas | | | Email regarding advice from SCLG regarding text messages |

| Doc ID | Beg Bates | End Bates | Privilege Assertion | Doc Type | Date | Email From | Email To | Email CC | Email BCC | Description / Redaction Description |
|---|---|---|---|---|---|---|---|---|---|---|
| CPS_Review0012788 | | | Atty-Client; Atty Work Prod. | Email | 12/9/2011 | Elayne Gordy | Lian Torralbas | | | Email regarding advice from SCLG regarding text messages |
| CPS_Review0012792 | | | Atty-Client; Atty Work Prod. | Email | 12/9/2011 | Lian Torralbas | Elayne Gordy | | | Email regarding advice from SCLG regarding text messages |
| CPS_Review0012863 | | | Atty-Client; Atty Work Prod. | Email | 4/1/2013 | Elayne Gordy | Amanda Farmer; Doug Freeman | Garry Fletcher | | After the date of the lawsuit, but previously produced - Email regarding review of Cloudswell Master Services Agreement (advice of counsel) |
| CPS_Review0012864 | | | Atty-Client; Atty Work Prod. | Email | 3/25/2013 | Elayne Gordy | Garry Fletcher | | | After the date of the lawsuit, but previously produced - Email regarding review of Cloudswell Master Services Agreement (advice of counsel). |
| CPS_Review0012867 | | | Atty-Client; Atty Work Prod. | Attach. | 3/25/2013 | | | | | After the date of the lawsuit, but previously produced - Attachment to privileged email - Cloudswell Master Services Agreement |
| CPS_Review0012868 | | | Atty-Client; Atty Work Prod. | Attach. | 3/25/2013 | | | | | After the date of the lawsuit, but previously produced - Attachment to privileged email - SLCG comments to Cloudswell Master Services Agreement |
| CPS_Review0012892 | | | Atty-Client; Atty Work Prod. | Email | 4/1/2013 | Elayne Gordy | Amanda Farmer; Doug Freeman | Garry Fletcher | | After the date of the lawsuit, but previously produced - Email regarding review of Cloudswell Master Services Agreement (advice of counsel). |
| CPS_Review0012893 | | | Atty-Client; Atty Work Prod. | Email | 3/25/2013 | Elayne Gordy | Garry Fletcher | | | After the date of the lawsuit, but previously produced - Email regarding Cloudswell Master Services Agreement (advice of counsel). |
| CPS_Review0012896 | | | Atty-Client; Atty Work Prod. | Attach. | 3/25/2013 | | | | | After the date of the lawsuit, but previously produced - Attachment to privileged email - Cloudswell Master Services Agreement |
| CPS_Review0012897 | | | Atty-Client; Atty Work Prod. | Attach. | 3/25/2013 | | | | | After the date of the lawsuit, but previously produced - Attachment to privileged email - SLCG comments to Cloudswell Master Services Agreement |
| CPS_Review0012900 | | | Atty-Client; Atty Work Prod. | Email | 3/14/2013 | Elayne Gordy | Leeann Moore | Brittany Lloyd | | After the date of the lawsuit, but previously produced - Email regarding CPS survey questions (advice of counsel). |
| CPS_Review0012985 | | | Atty-Client; Atty Work Prod. | Email | 7/18/2013 | Elayne Gordy | Ben Underwood | Amanda Farmer | | After the date of the lawsuit, but previously produced - Email regarding do not call regulations by state (advice of counsel). |

| Doc ID | Beg Bates | End Bates | Privilege Assertion | Doc Type | Date | Email From | Email To | Email CC | Email BCC | Description / Redaction Description |
|---|---|---|---|---|---|---|---|---|---|---|
| CPS_Review0012990 | | | Atty-Client; Atty Work Prod. | Email | 7/18/2013 | Elayne Gordy | Ben Underwood; Amanda Farmer | | | After the date of the lawsuit, but previously produced - Email regarding do not call regulations by state (advice of counsel). |
| CPS_Review0012993 | | | Atty-Client; Atty Work Prod. | Email | 7/18/2013 | Elayne Gordy | Ben Underwood | Amanda Farmer | | After the date of the lawsuit, but previously produced - Email regarding do not call regulations by state (advice of counsel). |
| CPS_Review0012996 | | | Atty-Client; Atty Work Prod. | Email | 7/18/2013 | Elayne Gordy | Ben Underwood; Amanda Farmer | | | After the date of the lawsuit, but previously produced - Email regarding do not call regulations by state (advice of counsel). |
| CPS_Review0012999 | | | Atty-Client; Atty Work Prod. | Email | 7/18/2013 | Ben Underwood | Elayne Gordy | Amanda Farmer | | After the date of the lawsuit, but previously produced - Email regarding do not call regulations by state (advice of counsel). |
| CPS_Review0013023 | | | Atty-Client; Atty Work Prod. | Email | 4/18/2013 | Elayne Gordy | Dawn Hyde-Burger | | | After the date of the lawsuit, but previously produced - discussing discovery in this lawsuit and conversation with Timothy Walton |
| CPS_Review0013061 | | | Atty-Client; Atty Work Prod. | Email | 8/7/2012 | Elayne Gordy | Adam Wolcott; jeremy.davis@ envisionmanage mentgroup.com | SCL Legal Review | | After the date of the lawsuit, but previously produced - Email regarding article - Sending Collection Letter 'In Care of' Debtor's Employer Violates FDCPA, Ninth Circuit Holds |
| CPS_Review0013125 | | | Atty-Client; Atty Work Prod. | Email | 5/22/2013 | Elayne Gordy | SCL Legal Review | | | After the date of the lawsuit, but previously produced - Email discussing B2B regulations |
| CPS_Review0013126 | | | Atty-Client | Attach. | 5/22/2013 | | | | | After the date of the lawsuit, but previously produced - Attachment to privileged email - overview of Consumer lending regulations |
| CPS_Review0013128 | | | Atty-Client | Email | 10/24/2011 | Melissa Harper | Elayne Gordy | Casey Lomber; Lian Torralbas; Amber Hayes | | Email regarding debt phone numbers |
| CPS_Review0013129 | | | Atty-Client | Attach. | 10/24/2011 | | | | | Attachment to privileged email - campaign to track phone numbers |
| CPS_Review0013137 | | | Atty-Client; Atty Work Prod. | Email | 6/1/2011 | Elayne Gordy | Joanna Temple | | | Email discussing call back email language |
| CPS_Review0013139 | | | Atty-Client | Email | 6/15/2011 | Elayne Gordy | Rachel Fisher | | | Email discussing draft loan agreement with comments by counsel |
| CPS_Review0013141 | | | Atty-Client; Atty Work Prod. | Email | 4/30/2013 | David Hutton | Elayne Gordy | | | After the date of the lawsuit, but previously produced - Email discussing this lawsuit. |

| Doc ID | Beg Bates | End Bates | Privilege Assertion | Doc Type | Date | Email From | Email To | Email CC | Email BCC | Description / Redaction Description |
|---|---|---|---|---|---|---|---|---|---|---|
| CPS_Review0013144 | | | Atty-Client; Atty Work Prod. | Attach. | 4/30/2013 | | | | | After the date of the lawsuit, but previously produced - Attachment to privileged email - information regarding this lawsuit |
| CPS_Review0013150 | | | Atty-Client; Atty Work Prod. | Email | 10/22/2012 | Elayne Gordy | Casey Lee Lomber | | | After the date of the lawsuit, but previously produced - Email regarding cell and text consent in use by CPS clients |
| CPS_Review0013151 | | | Atty-Client; Atty Work Prod. | Attach. | 10/22/2012 | | | | | After the date of the lawsuit, but previously produced - Attachment to privileged email - |
| CPS_Review0013161 | | | Atty-Client; Atty Work Prod. | Email | 12/9/2011 | Elayne Gordy | Lian Torralbas | | | Email discussing advice from SCLG regarding text messages |
| CPS_Review0013170 | | | Atty-Client; Atty Work Prod. | Email | 7/11/2013 | Elayne Gordy | SCL Legal Review | | | After the date of the lawsuit, but previously produced - Email discussing Clarity's response to CPS Info Sec Requirements |
| CPS_Review0013208 | | | Atty-Client; Atty Work Prod. | Email | 4/12/2011 | Adam Sragovicz | Elayne Gordy | Casey Lomber; Joanna Temple | | Email discussing compliance |
| CPS_Review0013218 | | | Atty Work Prod. | Email | 4/22/2013 | Elayne Gordy | Susanne Myers | | | After the date of the lawsuit, but previously produced - Email discussing contracts between CPS and AREA203 (advice of counsel). |
| CPS_Review0013234 | | | Atty-Client | Email | 10/25/2012 | Elayne Gordy | Adam Wolcott | | | After the date of the lawsuit, but previously produced - email discussing CPD Policies status (advice of counsel). |
| CPS_Review0013357 | | | Atty-Client; Atty Work Prod. | Email | 12/20/2011 | Cheryl Bogue | Martin Webb | | | Email discussing customer and loan rep scripts and manuals (advice of counsel). |
| CPS_Review0013378 | | | Atty-Client; Atty Work Prod. | Email | 8/29/2012 | Elayne Gordy | Jennifer Peters | | | After the date of the lawsuit, but previously produced - Email discussing GLBA policy draft |
| CPS_Review0013379 | | | Atty-Client; Atty Work Prod. | Attach. | 8/29/2012 | | | | | After the date of the lawsuit, but previously produced - Attachment to privileged email - GLBA Policy v 1.0 Draft |
| CPS_Review0013385 | | | Atty-Client; Atty Work Prod. | Email | 4/22/2013 | Elayne Gordy | Dawn Hyde-Burger | | | After the date of the lawsuit, but previously produced - Email discussing discovery in this lawsuit and conversation with Timothy Walton |
| CPS_Review0013425 | | | Atty-Client | Email | 4/10/2013 | Ben Underwood | SCL Legal Review | Doug Freeman; John Ballantyne; Elayne Gordy; Susan Shiflett | | After the date of the lawsuit, but previously produced - Email regarding Durbin Bill introduced-36% rate cap |

| Doc ID | Beg Bates | End Bates | Privilege Assertion | Doc Type | Date | Email From | Email To | Email CC | Email BCC | Description / Redaction Description |
|---|---|---|---|---|---|---|---|---|---|---|
| CPS_Review0013438 | | | Atty-Client | Email | 4/19/2012 | Elayne Gordy | Adam Wolcott | SCL Legal Review | | After the date of the lawsuit, but previously produced - Email regarding article on managing TCPA risk |
| CPS_Review0013445 | | | Atty-Client | Email | 6/25/2012 | Elayne Gordy | David Hutton | | | After the date of the lawsuit, but previously produced - Email regarding Federal consumer financial services regulations |
| CPS_Review0013463 | | | Atty-Client | Email | 2/3/2012 | Monica Vo | Sam Valenzuela; Elayne Gordy | Casey Lee Lomber | | Email regarding language for Compliance Meeting |
| CPS_Review0013468 | | | Atty-Client | Email | 6/26/2012 | Elayne Gordy | David Hutton | | | After the date of the lawsuit, but previously produced -Email regarding logos |
| CPS_Review0013479 | | | Atty-Client | Email | 11/15/2011 | Elayne Gordy | Casey Lomber | | | Email regarding Green Billow langugae approval regarding Proposed FSC SMS Text messages |
| CPS_Review0013480 | | | Atty-Client | Attach. | 11/15/2011 | | | | | Attachment to privileged email - language regarding FSC SMS Text Messaging |
| CPS_Review0013489 | | | Atty-Client | Email | 8/27/2012 | Elayne Gordy | SCL Legal Review | Amanda Farmer | | After the date of the lawsuit, but previously produced - For reveiw and comment - CPS GLBA Policy draft |
| CPS_Review0013490 | | | Atty-Client | Attach. | 8/27/2012 | | | | | After the date of the lawsuit, but previously produced - Attachment to privileged email - GLBA Policy draft |
| CPS_Review0013492 | | | Atty-Client | Email | 8/27/2012 | Elayne Gordy | SCL Legal Review | Amanda Farmer | | After the date of the lawsuit, but previously produced - For review & comment - CPS Vendor Management Policy draft |
| CPS_Review0013493 | | | Atty-Client | Attach. | 8/27/2012 | | | | | After the date of the lawsuit, but previously produced - Attachment to privileged email - Vendor Management Policy v 1.0 - Draft |
| CPS_Review0013514 | | | Atty-Client; Atty Work Prod. | Email | 8/7/2012 | Pete Johnson | Adam Wolcott Elayne Gordy | | | After the date of the lawsuit, but previously produced - Email regarding How long to keep call recordings |
| CPS_Review0013519 | | | Atty-Client; Atty Work Prod. | Email | 5/29/2013 | Dawn Hyde-Burger | Pete Johnson | SCL Legal Review; Elayne Gordy; John Ballantyne; Chris McCord; Susan Shiflett | | After the date of the lawsuit, but previously produced - Email regarding AAN's |

| Doc ID | Beg Bates | End Bates | Privilege Assertion | Doc Type | Date | Email From | Email To | Email CC | Email BCC | Description / Redaction Description |
|---|---|---|---|---|---|---|---|---|---|---|
| CPS_Review0013523 | | | Atty-Client; Atty Work Prod. | Email | 5/29/2013 | Dawn Hyde-Burger | Brittany Lloyd; John Ballantyne; Susan Shiflett; Elayne Gordy; Chris McCord | | | After the date of the lawsuit, but previously produced - Email regarding AAN's (advice of counsel). |
| CPS_Review0013525 | | | Atty-Client; Atty Work Prod. | Email | 5/29/2013 | Dawn Hyde-Burger | Brittany Lloyd; John Ballantyne; Susan Shiflett; Elayne Gordy; Chris McCord | | | After the date of the lawsuit, but previously produced - Email regarding AAN's (advice of counsel). |
| CPS_Review0013527 | | | Atty-Client; Atty Work Prod. | Email | 5/15/2012 | Pete Johnson | Adam Wolcott; Elayne Gordy | | | After the date of the lawsuit, but previously produced - Email regarding ACA News Link: Cases Claims and Compliance News |
| CPS_Review0013542 | | | Atty-Client; Atty Work Prod. | Email | 1/20/2012 | Elayne Gordy | Adam Wolcott | Casey Lee Lomber; Joanna Temple; Pete Johnson | | Email regarding Alert: 10th Circuit: FDCPA 'Communication' Must Reveal Existence of Debt |
| CPS_Review0013544 | | | Atty-Client; Atty Work Prod. | Email | 12/6/2012 | Elayne Gordy | SCL Legal Review | | | After the date of the lawsuit, but previously produced - Email regarding Alert: ALI Launches Restatement Project for Consumer Contracts |
| CPS_Review0013545 | | | Atty-Client; Atty Work Prod. | Email | 7/10/2012 | Elayne Gordy | SCL Legal Review | | | After the date of the lawsuit, but previously produced - Email regarding Alert: CFPB Adopts Privilege Waiver Rule As Originally Proposed |
| CPS_Review0013548 | | | Atty-Client | Email | 3/28/2012 | Elayne Gordy | SCL Legal Review | | | After the date of the lawsuit, but previously produced - Email regarding Alert: CFPB Rulemaking Portends Unilateral Modification of Privileges |
| CPS_Review0013550 | | | Atty-Client | Email | 10/4/2012 | Elayne Gordy | SCL Legal Review | | | After the date of the lawsuit, but previously produced - Email regarding Alert: CFPB Settlement Requires $112.5 Million Payment by American Express |
| CPS_Review0013552 | | | Atty-Client | Email | 5/11/2012 | Elayne Gordy | SCL Legal Review | Adam Wolcott | | After the date of the lawsuit, but previously produced - Email regarding Alert: Debt Collector's Voicemail Not a 'Communication' under FDCPA |
| CPS_Review0013553 | | | Atty-Client | Email | 10/19/2012 | Elayne Gordy | SCL Legal Review | Jim Cole | | After the date of the lawsuit, but previously produced - Email regarding Alert: Employers Must Update FCRA-Required Forms |

| Doc ID | Beg Bates | End Bates | Privilege Assertion | Doc Type | Date | Email From | Email To | Email CC | Email BCC | Description / Redaction Description |
|---|---|---|---|---|---|---|---|---|---|---|
| CPS_Review0013562 | | | Atty-Client | Email | 4/9/2012 | Elayne Gordy | SCL Legal Review | | | After the date of the lawsuit, but previously produced - Email regarding Alert: FTC Outlines Best Practices in Final Privacy Report |
| CPS_Review0013564 | | | Atty-Client; Atty Work Prod. | Email | 6/18/2012 | Pete Johnson | | | | After the date of the lawsuit, but previously produced - Email regarding Alert: Online Data Seller Settles with FTC |
| CPS_Review0013567 | | | Atty-Client; Atty Work Prod. | Email | 9/9/2011 | Ben Underwood | Joanna Temple; Elayne Gordy | | | Email regarding Alert: Prior Consent to Creditor/Æs Cell Phone Calls Covers Debt Collector/Æs Calls |
| CPS_Review0013571 | | | Atty-Client | Email | 2/1/2012 | Elayne Gordy | Adam Wolcott | SCL Legal Review | | Email regarding Alert: Tennessee Federal Court Allows FDCPA Claims Based on Documentation Challenge |
| CPS_Review0013572 | | | Atty-Client | Email | 3/20/2012 | Elayne Gordy | SCL Legal Review | | | Email regarding Alert: Text Spamming by Outside Marketer Poses Risk of Vicarious Liability |
| CPS_Review0013573 | | | Atty-Client | Email | 3/16/2012 | Elayne Gordy | SCL Legal Review | | | Email regarding Alert: Third Circuit Orders Arbitration of Employment Claims |
| CPS_Review0013574 | | | Atty-Client | Email | 3/15/2012 | Elayne Gordy | SCL Legal Review | | | Email regarding Alert: White House Privacy Plan Includes Strong FTC Enforcement |
| CPS_Review0013587 | | | Atty-Client | Email | 4/20/2012 | Elayne Gordy | Casey Lee Lomber | | | After the date of the lawsuit, but previously produced - Email regarding CPS Incident Report - April 19 |
| CPS_Review0013588 | | | Atty-Client | Attach. | 4/20/2012 | | | | | After the date of the lawsuit, but previously produced - Attachment to privileged email - |
| CPS_Review0013590 | | | Atty-Client | Email | 12/12/2011 | Elayne Gordy | Casey Lee Lomber | | | Email regarding Clarification from SCLG re: text messages |
| CPS_Review0013594 | | | Atty-Client; Atty Work Prod. | Email | 3/25/2013 | Elayne Gordy | Garry Fletcher | | | After the date of the lawsuit, but previously produced - Email regarding Cloudswell MSA (advice of counsel). |
| CPS_Review0013597 | | | Atty-Client; Atty Work Prod. | Attach. | 3/25/2013 | | | | | After the date of the lawsuit, but previously produced - Attachment to privileged email - |
| CPS_Review0013598 | | | Atty-Client; Atty Work Prod. | Attach. | 3/25/2013 | | | | | After the date of the lawsuit, but previously produced - Attachment to privileged email - |
| CPS_Review0013619 | | | Atty-Client; Atty Work Prod. | Email | 12/6/2012 | Elayne Gordy | David Hutton | | | After the date of the lawsuit, but previously produced - Email regarding Consent to receive text messages from application process |

| Doc ID | Beg Bates | End Bates | Privilege Assertion | Doc Type | Date | Email From | Email To | Email CC | Email BCC | Description / Redaction Description |
|---|---|---|---|---|---|---|---|---|---|---|
| CPS_Review0013621 | | | Atty-Client; Atty Work Prod. | Attach. | 12/6/2012 | | | | | After the date of the lawsuit, but previously produced - Attachment to privileged email - SMS Text Agreement from Application |
| CPS_Review0013622 | | | Atty Work Prod. | Email | 4/22/2013 | Susanne Myers | KJ Minchew; Fallon Skinner | Elayne Gordy | | After the date of the lawsuit, but previously produced - Email regarding Contracts between CPS & AREA203 (advice of counsel). |
| CPS_Review0013668 | | | Atty-Client; Atty Work Prod. | Email | 11/18/2012 | Elayne Gordy | Adam Wolcott | | | After the date of the lawsuit, but previously produced - Email regarding CPS Response v1 Bank Questionnaire (advice of counsel). |
| CPS_Review0013669 | | | Atty-Client; Atty Work Prod. | Attach. | 11/18/2012 | | | | | After the date of the lawsuit, but previously produced - Attachment to privileged email - Counsel approved CPS Response v1 Bank Questionnaire |
| CPS_Review0013671 | | | Atty-Client; Atty Work Prod. | Attach. | 11/18/2012 | | | | | After the date of the lawsuit, but previously produced - Attachment to privileged email - draft CPS Response v1 Bank Questionnaire |
| CPS_Review0013738 | | | Atty-Client; Atty Work Prod. | Email | 12/14/2010 | Joanna Temple | Casey Lomber | Elayne Gordy | | Email regarding Green Billow consumer note draft language |
| CPS_Review0013740 | | | Atty-Client; Atty Work Prod. | Attach. | 12/14/2010 | | | | | Attachment to privileged email - Green Billow inserts |
| CPS_Review0013741 | | | Atty-Client; Atty Work Prod. | Attach. | 12/14/2010 | | | | | Attachment to privileged email - FSC Loan Agreement redacted |
| CPS_Review0013743 | | | Atty-Client | Email | 12/19/2011 | Casey Lomber | Elayne Gordy | | | Email regarding Google Alert - "MyCashNow" |
| CPS_Review0013746 | | | Atty-Client | Email | 10/17/2011 | Elayne Gordy | Rona Hutchison; Dawn Hyde-Burger | | | Email regarding Google Alert - "PayDayMax" (advice of counsel). |
| CPS_Review0013749 | | | Atty-Client; Atty Work Prod. | Email | 10/20/2011 | Lian Torralbas | Casey Lomber | Elayne Gordy | | Email regarding Guideline Document for DotComs, with suggested changes by legal |
| CPS_Review0013751 | | | Atty-Client; Atty Work Prod. | Attach. | 10/20/2011 | | | | | Attachment to privileged email - Guideline Document for DotComs, with suggested changes by legal |
| CPS_Review0013760 | | | Atty-Client; Atty Work Prod. | Email | 9/25/2012 | Elayne Gordy | Casey Lee Lomber | | | After the date of the lawsuit, but previously produced - Email regarding Inquiry regarding business relationship |
| CPS_Review0013762 | | | Atty-Client; Atty Work Prod. | Email | 9/25/2012 | Elayne Gordy | Casey Lee Lomber | | | After the date of the lawsuit, but previously produced - Email regarding Inquiry regarding business relationship |

| Doc ID | Beg Bates | End Bates | Privilege Assertion | Doc Type | Date | Email From | Email To | Email CC | Email BCC | Description / Redaction Description |
|---|---|---|---|---|---|---|---|---|---|---|
| CPS_Review0013764 | | | Atty-Client; Atty Work Prod. | Email | 9/25/2012 | Elayne Gordy | Casey Lee Lomber | | | After the date of the lawsuit, but previously produced - Email regarding Inquiry regarding business relationship |
| CPS_Review0013766 | | | Atty-Client; Atty Work Prod. | Email | 9/25/2012 | Elayne Gordy | Casey Lee Lomber | | | After the date of the lawsuit, but previously produced - Email regarding Inquiry regarding business relationship |
| CPS_Review0013768 | | | Atty-Client; Atty Work Prod. | Email | 9/25/2012 | Elayne Gordy | Casey Lee Lomber | | | After the date of the lawsuit, but previously produced - Email regarding Inquiry regarding business relationship |
| CPS_Review0013770 | | | Atty-Client; Atty Work Prod. | Email | 9/25/2012 | Elayne Gordy | Casey Lee Lomber | | | After the date of the lawsuit, but previously produced - Email regarding Inquiry regarding business relationship |
| CPS_Review0013772 | | | Atty-Client; Atty Work Prod. | Email | 9/25/2012 | Elayne Gordy | Casey Lee Lomber | | | After the date of the lawsuit, but previously produced - Email regarding Inquiry regarding business relationship |
| CPS_Review0013774 | | | Atty-Client; Atty Work Prod. | Email | 9/25/2012 | Dawn Hyde-Burger | Elayne Gordy | Sylvia Cintron | | After the date of the lawsuit, but previously produced - Email regarding Inquiry regarding business relationship (advice of counsel). |
| CPS_Review0013846 | | | Atty-Client; Atty Work Prod. | Email | 1/16/2012 | Elayne Gordy | Lian Torralbas | Sylvia Cintron | | Email regarding CPS Serviced lenders affiliates |
| CPS_Review0013847 | | | Atty-Client; Atty Work Prod. | Attach. | 1/16/2012 | | | | | Attachment to privileged email - Logo |
| CPS_Review0013848 | | | Atty-Client; Atty Work Prod. | Attach. | 1/16/2012 | | | | | Attachment to privileged email - CPS serviced lenders most wanted affiliates |
| CPS_Review0013850 | | | Atty-Client; Atty Work Prod. | Email | 8/8/2013 | Ben Underwood | SCL Legal Review | Susan Shiflett; Doug Freeman; John Ballantyne; Elayne Gordy | | After the date of the lawsuit, but previously produced - Email regarding LST/Colton correspondence |
| CPS_Review0013867 | | | Atty-Client | Email | 8/8/2013 | Elayne Gordy | SCL Legal Review | | | After the date of the lawsuit, but previously produced - Email regarding media alert - article about LeadPile from timesfreepress.com |
| CPS_Review0013888 | | | Atty-Client | Email | 4/25/2013 | Amanda Farmer | Elayne Gordy; Cyndi Ybarra; Carol Taylor | | | After the date of the lawsuit, but previously produced - Email regarding OLA spring show (advice of counsel). |
| CPS_Review0013890 | | | Atty-Client | Attach. | 4/25/2013 | | | | | After the date of the lawsuit, but previously produced - Attachment to privileged email - OLA spring show presentation copy |

| Doc ID | Beg Bates | End Bates | Privilege Assertion | Doc Type | Date | Email From | Email To | Email CC | Email BCC | Description / Redaction Description |
|---|---|---|---|---|---|---|---|---|---|---|
| CPS_Review0013928 | | | Atty-Client; Atty Work Prod. | Email | 11/21/2011 | Elayne Gordy | Melissa Harper; Lian Torralbas; Amber Hayes | | | Email regarding Question on SEO state regulations (advice of counsel). |
| CPS_Review0013932 | | | Atty-Client; Atty Work Prod. | Email | 11/21/2011 | Casey Lomber | Elayne Gordy | | | Email regarding Question on SEO state regulations |
| CPS_Review0013942 | | | Atty-Client; Atty Work Prod. | Email | 6/20/2013 | Amanda.Farmer@envisionmanagementgroup.com | Elayne Gordy | | | After the date of the lawsuit, but previously produced - Email regarding redlined policies from SCLG |
| CPS_Review0013943 | | | Atty-Client; Atty Work Prod. | Attach. | 6/20/2013 | | | | | After the date of the lawsuit, but previously produced - Attachment to privileged email - revised Area 203 ROSCA (Redlines) |
| CPS_Review0013944 | | | Atty-Client; Atty Work Prod. | Attach. | 6/20/2013 | | | | | After the date of the lawsuit, but previously produced - Attachment to privileged email - Area 203 UDAAP(Redline.Comment) |
| CPS_Review0013945 | | | Atty-Client; Atty Work Prod. | Attach. | 6/20/2013 | | | | | After the date of the lawsuit, but previously produced - Attachment to privileged email - CANSPAM AREA 203(Redline.Comments) |
| CPS_Review0013946 | | | Atty-Client; Atty Work Prod. | Email | 12/21/2011 | Casey Lomber | Elayne Gordy | | | Email regarding requested information |
| CPS_Review0013955 | | | Atty-Client; Atty Work Prod. | Email | 11/21/2011 | Casey Lomber | Elayne Gordy | | | Email regarding SMS Text Messaging going live |
| CPS_Review0013963 | | | Atty-Client; Atty Work Prod. | Email | 1/29/2013 | Elayne Gordy | SCL Legal Review | | | After the date of the lawsuit, but previously produced - Email regarding Social Media - Proposed Guidance |
| CPS_Review0013965 | | | Atty-Client; Atty Work Prod. | Email | 2/5/2013 | Elayne Gordy | Amanda Farme | | | After the date of the lawsuit, but previously produced - Email regarding Social Media - Proposed Guidance (advice of counsel). |
| CPS_Review0013970 | | | Atty-Client; Atty Work Prod. | Email | 3/22/2012 | Elayne Gordy | Lian Torralbas | Leilani Sanchez | | Email regarding spanish translations (advice of counsel). |
| CPS_Review0013973 | | | Atty-Client; Atty Work Prod. | Email | 12/13/2012 | Elayne Gordy | David Hutton | SCL Legal Review | | After the date of the lawsuit, but previously produced - Email regarding Terenine Employees Who Dealt with SMS |
| CPS_Review0013978 | | | Atty-Client; Atty Work Prod. | Email | 12/13/2012 | Chris McCord | Elayne Gordy | | | After the date of the lawsuit, but previously produced - Email regarding Terenine Employees Who Dealt with SMS |
| CPS_Review0013987 | | | Atty-Client; Atty Work Prod. | Email | 5/16/2013 | Stacy Joly | John Ballantyne | Garry Fletcher; Elayne Gordy | | After the date of the lawsuit, but previously produced - Email regarding Twilio (advice of counsel). |
| CPS_Review0013998 | | | Atty-Client | Email | 4/6/2011 | Casey Lomber | Elayne Gordy | | | Email regarding UK presentation material |

| Doc ID | Beg Bates | End Bates | Privilege Assertion | Doc Type | Date | Email From | Email To | Email CC | Email BCC | Description / Redaction Description |
|---|---|---|---|---|---|---|---|---|---|---|
| CPS_Review0013999 | | | Atty-Client | Attach. | 4/6/2011 | | | | | Attachment to privileged email - UK Lending Project Discussion |
| CPS_Review0014000 | | | Atty-Client | Attach. | 4/6/2011 | | | | | Attachment to privileged email - UK profitability exercise for 3-29-2011 meeting |
| CPS_Review0014001 | | | Atty-Client | Attach. | 4/6/2011 | | | | | Attachment to privileged email - slide re UK Profitability |
| CPS_Review0014010 | | | Atty-Client; Atty Work Prod. | Email | 3/18/2013 | John Ballantyne | Justin Ginoza; Stacy Joly; Elayne Gordy | Doug Freeman | | After the date of the lawsuit, but previously produced - Email regarding Outbound Call Campaing for Existing Customers (advice of counsel). |
| CPS_Review0014016 | | | Atty-Client; Atty Work Prod. | Attach. | 3/18/2013 | | | | | After the date of the lawsuit, but previously produced - Attachment to privileged email - California Department of Corporations-Desist and Refrain Order |
| CPS_Review0014017 | | | Atty-Client; Atty Work Prod. | Attach. | 3/18/2013 | | | | | After the date of the lawsuit, but previously produced - Attachment to privileged email - California Department of Corporations-Desist and Refrain Order |
| CPS_Review0014018 | | | Atty-Client; Atty Work Prod. | Attach. | 3/18/2013 | | | | | After the date of the lawsuit, but previously produced - Attachment to privileged email - California Department of Corporations-Desist and Refrain Order |
| CPS_Review0014019 | | | Atty-Client; Atty Work Prod. | Attach. | 3/18/2013 | | | | | After the date of the lawsuit, but previously produced - Attachment to privileged email - Florida Intro summary |
| CPS_Review0014020 | | | Atty-Client; Atty Work Prod. | Attach. | 3/18/2013 | | | | | After the date of the lawsuit, but previously produced - Attachment to privileged email - Florida Summary |
| CPS_Review0014023 | | | Atty-Client; Atty Work Prod. | Email | 3/15/2013 | Elayne Gordy | Amanda Farmer | | | After the date of the lawsuit, but previously produced - Email regarding Outbound Call Campaing for Existing Customers (advice of counsel). |
| CPS_Review0014027 | | | Atty-Client; Atty Work Prod. | Attach. | 3/15/2013 | | | | | After the date of the lawsuit, but previously produced - Attachment to privileged email - State Volume |
| CPS_Review0014029 | | | Atty-Client; Atty Work Prod. | Email | 3/15/2013 | Elayne Gordy | Amanda Farmer | | | After the date of the lawsuit, but previously produced - Email regarding Outbound Call Campaing for Existing Customers (advice of counsel). |

| Doc ID | Beg Bates | End Bates | Privilege Assertion | Doc Type | Date | Email From | Email To | Email CC | Email BCC | Description / Redaction Description |
|---|---|---|---|---|---|---|---|---|---|---|
| CPS_Review0014034 | | | Atty-Client; Atty Work Prod. | Email | 3/18/2013 | John Ballantyne | Justin Ginoza; Stacy Joly; Elayne Gordy | | | Email regarding Outbound Call Campaing for Existing Customers (advice of counsel). |
| CPS_Review0014035 | | | Atty-Client; Atty Work Prod. | Attach. | 3/18/2013 | | | | | After the date of the lawsuit, but previously produced - Attachment to privileged email - NC PDL Analysis |
| CPS_Review0014041 | | | Atty-Client; Atty Work Prod. | Attach. | 3/18/2013 | | | | | After the date of the lawsuit, but previously produced - Attachment to privileged email - TX PDL Analysis |
| CPS_Review0014063 | | | Atty-Client; Atty Work Prod. | Email | 2/1/2012 | Monica Vo | Elayne Gordy | | | Email regarding Regulations questions (advice of counsel). |
| CPS_Review0014076 | | | Atty-Client | Email | 3/21/2012 | Monica Vo | SCL Legal Review; Elayne Gordy | | | Email regarding Updated Draft of Advertising and Marketing Best Practices, requesting input |
| CPS_Review0014078 | | | Atty-Client | Attach. | 3/21/2012 | | | | | Attachment to privileged email - logo |
| CPS_Review0014081 | | | Atty-Client | Attach. | 3/21/2012 | | | | | Attachment to privileged email - Draft language |
| CPS_Review0014083 | | | Atty-Client | Attach. | 3/21/2012 | | | | | Attachment to privileged email - redlined draft language |
| CPS_Review0014086 | | | Atty-Client; Atty Work Prod. | Email | 6/22/2012 | Elayne Gordy | John Ballantyne | | | After the date of the lawsuit, but previously produced - Email regarding Max Amount Emails for Approval |
| CPS_Review0014092 | | | Atty-Client | Email | 8/14/2012 | Monica Vo | SCL Legal Review | Elayne Gordy; Amanda Farmer | | After the date of the lawsuit, but previously produced - Email regarding GLBA Policy |
| CPS_Review0014093 | | | Atty-Client | Attach. | | | | | | After the date of the lawsuit, but previously produced - Attachment to privileged email - GLBA policy |
| CPS_Review0014098 | | | Atty-Client | Email | 12/22/2011 | Elayne Gordy | Casey Lee Lomber | | | Email regarding information circulated |
| CPS_Review0014099 | | | Atty-Client | Attach. | 12/22/2011 | | | | | Attachment to privileged email - FSC Customer Service PPGs |
| CPS_Review0014100 | | | Atty-Client | Attach. | 12/22/2011 | | | | | Attachment to privileged email - FSC Loan Documents since launch |
| CPS_Review0014101 | | | Atty-Client | Attach. | 12/22/2011 | | | | | Attachment to privileged email - FSC SMS Messages |
| CPS_Review0014102 | | | Atty-Client | Attach. | 12/22/2011 | | | | | Attachment to privileged email - Microsoft Word - FSC Email |
| CPS_Review0014104 | | | Atty-Client; Atty Work Prod. | Email | 12/27/2011 | Casey Lomber | Elayne Gordy | | | Email regarding Google Alerts |
| CPS_Review0014107 | | | Atty-Client; Atty Work Prod. | Email | 12/27/2011 | legal.team@sceniccity legalgroup.com | Casey Lee Lomber | | | Email regarding Google Alert - "DiscountAdvances" |
| CPS_Review0014108 | | | Atty-Client; Atty Work Prod. | Email | 12/27/2011 | legal.team@sceniccity legalgroup.com | Casey Lee Lomber | | | Email regarding Google Alert - "MyCashNow" |

| Doc ID | Beg Bates | End Bates | Privilege Assertion | Doc Type | Date | Email From | Email To | Email CC | Email BCC | Description / Redaction Description |
|---|---|---|---|---|---|---|---|---|---|---|
| CPS_Review0014109 | | | Atty-Client; Atty Work Prod. | Email | 12/27/2011 | legal.team@sceniccity legalgroup.com | Casey Lee Lomber | | | Email regarding Google Alert - "PayDayMax" |
| CPS_Review0014110 | | | Atty-Client; Atty Work Prod. | Email | 12/26/2011 | legal.team@sceniccity legalgroup.com | Casey Lee Lomber | | | Email regarding Google Alert - "MyCashNow" |
| CPS_Review0014111 | | | Atty-Client; Atty Work Prod. | Email | 12/25/2011 | legal.team@sceniccity legalgroup.com | Casey Lee Lomber | | | Email regarding Google Alert - "MyCashNow" |
| CPS_Review0014112 | | | Atty-Client; Atty Work Prod. | Email | 12/25/2011 | legal.team@sceniccity legalgroup.com | Casey Lee Lomber | | | Email regarding Google Alert - "PayDayMax" |
| CPS_Review0014113 | | | Atty-Client; Atty Work Prod. | Email | 12/24/2011 | legal.team@sceniccity legalgroup.com | Casey Lee Lomber | | | Email regarding Google Alert - "DiscountAdvances" |
| CPS_Review0014114 | | | Atty-Client; Atty Work Prod. | Email | 12/24/2011 | legal.team@sceniccity legalgroup.com | Casey Lee Lomber | | | Email regarding Google Alert - "PayDayMax" |
| CPS_Review0014115 | | | Atty-Client; Atty Work Prod. | Email | 12/23/2011 | legal.team@sceniccity legalgroup.com | Casey Lee Lomber | | | Email regarding Google Alert - "DiscountAdvances" |
| CPS_Review0014116 | | | Atty-Client; Atty Work Prod. | Email | 12/23/2011 | legal.team@sceniccity legalgroup.com | Casey Lee Lomber | | | Email regarding Google Alert - "FourSeasonsCash" |
| CPS_Review0014117 | | | Atty-Client; Atty Work Prod. | Email | 12/23/2011 | legal.team@sceniccity legalgroup.com | Casey Lee Lomber | | | Email regarding Google Alert - "MyCashNow" |
| CPS_Review0014118 | | | Atty-Client; Atty Work Prod. | Email | 12/22/2011 | legal.team@sceniccity legalgroup.com | Casey Lee Lomber | | | Email regarding Google Alert - "FourSeasonsCash" |
| CPS_Review0014119 | | | Atty-Client; Atty Work Prod. | Email | 12/22/2011 | legal.team@sceniccity legalgroup.com | Casey Lee Lomber | | | Email regarding Google Alert - "MyCashNow" |
| CPS_Review0014120 | | | Atty-Client; Atty Work Prod. | Email | 12/22/2011 | legal.team@sceniccity legalgroup.com | Casey Lee Lomber | | | Email regarding Google Alert - "PayDayMax" |
| CPS_Review0014121 | | | Atty-Client; Atty Work Prod. | Email | 1/3/2012 | Casey Lomber | Ben Underwood | Elayne Gordy | | Email regarding Google Alerts |
| CPS_Review0014124 | | | Atty-Client; Atty Work Prod. | Email | 1/2/2012 | legal.team@sceniccity legalgroup.com | Casey Lee Lomber | | | Email regarding Google Alert - "FourSeasonsCash" |
| CPS_Review0014125 | | | Atty-Client; Atty Work Prod. | Email | 1/2/2012 | legal.team@sceniccity legalgroup.com | Casey Lee Lomber | | | Email regarding Google Alert - "MyCashNow" |
| CPS_Review0014126 | | | Atty-Client; Atty Work Prod. | Email | 1/2/2012 | legal.team@sceniccity legalgroup.com | Casey Lee Lomber | | | Email regarding Google Alert - "PayDayMax" |
| CPS_Review0014132 | | | Atty-Client | Email | 2/7/2013 | Elayne Gordy | SCL Legal Review | | | After the date of the lawsuit, but previously produced - Email requesting legal input as to Review for PDM |
| CPS_Review0014160 | | | Atty-Client; Atty Work Prod. | Email | 9/24/2012 | Casey Lomber | Elayne Gordy | | | After the date of the lawsuit, but previously produced - Email discussing this lawsuit and questions posed by Timothy Walton |
| CPS_Review0014176 | | | Atty-Client | Email | 1/8/2013 | Elayne Gordy | Casey Lomber | | | After the date of the lawsuit, but previously produced - Email regarding bank relations questionnaire |
| CPS_Review0014191 | | | Atty-Client; Atty Work Prod. | Email | 12/14/2012 | Elayne Gordy | David Hutton | Anthony Lopreto | | After the date of the lawsuit, but previously produced - Email regarding this lawsuit |

| Doc ID | Beg Bates | End Bates | Privilege Assertion | Doc Type | Date | Email From | Email To | Email CC | Email BCC | Description / Redaction Description |
|---|---|---|---|---|---|---|---|---|---|---|
| CPS_Review0014193 | | | Atty-Client; Atty Work Prod. | Email | 4/30/2013 | David Hutton | karl@KBInternetLaw.com Timothy Walton; Elayne Gordy | jeff@KBInternetLaw.com | | After the date of the lawsuit, but previously produced - Email regarding this lawsuit |
| CPS_Review0014222 | | | Atty-Client | Email | 2/2/2012 | Monica Vo | Casey Lee Lomber; Sam Valenzuela; Elayne Gordy | | | Email regarding LeadPile Compliance Review |
| CPS_Review0014223 | | | Atty-Client | Attach. | 2/2/2012 | | | | | Attachment to privileged email - LeadPile Compliance Update |
| CPS_Review0014225 | | | Atty-Client | Email | 2/2/2012 | Monica Vo | Casey Lee Lomber | Elayne Gordy | | Email regarding LeadPile domains |
| CPS_Review0014226 | | | Atty-Client | Attach. | 2/2/2012 | | | | | Attachment to privileged email - LeadPile Domains List 011912 |
| CPS_Review0014260 | | | Atty-Client; Atty Work Prod. | Email | 4/9/2012 | Casey Lomber | Elayne Gordy | | | After the date of the lawsuit, but previously produced - Legal Disclosures for translation for Spanish services |
| CPS_Review0014263 | | | Atty-Client; Atty Work Prod. | Attach. | 4/9/2012 | | | | | After the date of the lawsuit, but previously produced - Attachment to privileged email - CPS Legal disclosures for Spanish translation |
| CPS_Review0014264 | | | Atty-Client; Atty Work Prod. | Email | 11/21/2011 | Elayne Gordy | Lian Torralbas; Chris McCord | | | Email requesting legal input regarding SMS Text Messaging |
| CPS_Review0014268 | | | Atty-Client | Email | 12/6/2010 | Elayne Gordy | Joanna Temple; Richard Pettit; Rachel Fisher | | | Email requesting legal input regarding SMS Text Messaging |
| CPS_Review0014287 | | | Atty-Client; Atty Work Prod. | Email | 10/13/2011 | Melissa Harper | Elayne Gordy | Lian Torralbas; Amber Hayes | | Email regarding MCN Site edits |
| CPS_Review0014288 | | | Atty-Client; Atty Work Prod. | Attach. | 10/13/2011 | | | | | Attachment to privileged email - MCN Homepage |
| CPS_Review0014289 | | | Atty-Client | Email | 10/11/2011 | Melissa Harper | Elayne Gordy | Casey Lomber; Lian Torralbas; Amber Hayes | | Email discussing MCN Social media content (advice of counsel). |
| CPS_Review0014290 | | | Atty-Client | Attach. | 10/11/2011 | | | | | Attachment to privileged email - MCN Facebook Static Copy |
| CPS_Review0014291 | | | Atty-Client | Attach. | 10/11/2011 | | | | | Attachment to privileged email - MCN Twitter Static Copy |
| CPS_Review0014292 | | | Atty-Client | Attach. | 10/11/2011 | | | | | Attachment to privileged email - Area203 Master Services Agreement |
| CPS_Review0014313 | | | Atty-Client; Atty Work Prod. | Email | 10/4/2012 | Casey Lomber | | | | After the date of the lawsuit, but previously produced - Monthly competitor updates for September 2012 |
| CPS_Review0014316 | | | Atty-Client; Atty Work Prod. | Attach. | 10/4/2012 | | | | | After the date of the lawsuit, but previously produced - Attachment to privileged email - 9-30-12-state availability matrix |

| Doc ID | Beg Bates | End Bates | Privilege Assertion | Doc Type | Date | Email From | Email To | Email CC | Email BCC | Description / Redaction Description |
|---|---|---|---|---|---|---|---|---|---|---|
| CPS_Review0014317 | | | Atty-Client; Atty Work Prod. | Attach. | 10/4/2012 | | | | | After the date of the lawsuit, but previously produced - Attachment to privileged email - 9-30-12-maps showing state lending availability |
| CPS_Review0014318 | | | Atty-Client; Atty Work Prod. | Attach. | 10/4/2012 | | | | | After the date of the lawsuit, but previously produced - Attachment to privileged email - 9-30-12-competitor listing |
| CPS_Review0014319 | | | Atty-Client; Atty Work Prod. | Attach. | 10/4/2012 | | | | | After the date of the lawsuit, but previously produced - Attachment to privileged email - 9-30-12-competitor comparison, product offering, & lending models-revised |
| CPS_Review0014321 | | | Atty-Client | Email | 9/21/2011 | Chris McCord | Casey Lomber | Elayne Gordy | | Email regarding Woddy Stats for FSC |
| CPS_Review0014322 | | | Atty-Client | Attach. | 9/21/2011 | | | | | Attachment to privileged email - Woddy Stats |
| CPS_Review0014553 | | | Atty-Client | Email | 5/12/2010 | Ben Underwood | Charles Wykoff; Joanna Temple; Rachel Fisher; Richard Pettit | Ben Underwood | | Email - SCLG weekly newsletter |
| CPS_Review0014824 | | | Atty Work Prod. | Email | 6/4/2010 | Ben Underwood | Hemant Butti | | | Email regarding CFPA concerns from legal standpoint (advice of counsel). |
| CPS_Review0014910 | | | Atty-Client | Email | 6/14/2012 | Ben Underwood | Elayne Gordy; SCL Legal Review | Doug Freeman; Dawn Hyde-Burger; Lian Torralbas; Sam Valenzuela; Monica Vo | | After the date of the lawsuit, but previously produced - Email regarding Consumer Finance Webinar Tuesday: Compliance for Lead Providers and Purchasers |
| CPS_Review0014982 | | | Atty-Client | Email | 8/26/2011 | Ben Underwood | Joanna Temple; Dawn Hyde-Burger; Hemant Butti; Lian Torralbas; Rona Hutchison | Larry Roach; Doug Freeman; Ron Beaver; Carey Brown Sam Valenzuela | | Email regarding OLA Member Alert: Aggressive FTC Enforcement Actions |
| CPS_Review0015081 | | | Atty-Client | Email | 8/30/2012 | Ben Underwood | David Hutton | Sam Valenzuela | | After the date of the lawsuit, but previously produced - Email regarding SAFE Lending Act introduced |

| Doc ID | Beg Bates | End Bates | Privilege Assertion | Doc Type | Date | Email From | Email To | Email CC | Email BCC | Description / Redaction Description |
|---|---|---|---|---|---|---|---|---|---|---|
| CPS_Review0015115 | | | Atty-Client | Email | 2/3/2012 | Ron Beaver | Doug Freeman; Carey Brown; Russ Scudder; Frank Pazera; Sam Valenzuela; Tom Rocca; Dave Carney; Adam Wolcott; Sherry Huff; Greg Peters; Scott Gaskill; Steve Steele; Joanna Temple | Ben Underwood | | Email regarding WSJ.com - Opinion: Bashing Payday Lenders |
| CPS_Review0015157 | | | Atty-Client | Email | 10/26/2012 | Ben Underwood | SCL Legal Review | | | After the date of the lawsuit, but previously produced - Email regarding Discount Advances |
| CPS_Review0015212 | | | Atty-Client | Email | 8/17/2013 | Ben Underwood | Ben Underwood, personal | | | After the date of the lawsuit, but previously produced - Email regarding OLA conference presentations |
| CPS_Review0015213 | | | Atty-Client | Attach. | 8/17/2013 | | | | | After the date of the lawsuit, but previously produced - Attachment to privileged email - OLA conference presentation slide |
| CPS_Review0015215 | | | Atty-Client | Attach. | 8/17/2013 | | | | | After the date of the lawsuit, but previously produced - Attachment to privileged email - |
| CPS_Review0015217 | | | Atty-Client | Attach. | 8/17/2013 | | | | | After the date of the lawsuit, but previously produced - Attachment to privileged email - |
| CPS_Review0015219 | | | Atty-Client | Attach. | 8/17/2013 | | | | | After the date of the lawsuit, but previously produced - Attachment to privileged email - |
| CPS_Review0015237 | | | Atty-Client | Email | 6/21/2012 | Ben Underwood | Doug Freeman | Ron Beaver; Carey Brown; SCL Legal Review; sam valenzuela; Russ Scudder; Frank Pazera | | After the date of the lawsuit, but previously produced - Email regarding Member Alert: CFPB Challenge |
| CPS_Review0015239 | | | Atty-Client | Email | 8/8/2012 | Sam Valenzuela | Ron Beaver; Doug Freeman | Joanna Temple; Ben Underwood | | After the date of the lawsuit, but previously produced - Email regarding Member Alert: Merkley Bill |
| CPS_Review0015240 | | | Atty-Client | Email | 8/15/2012 | Ron Beaver | Doug Freeman; Ben Underwood; Casey Knox | | | After the date of the lawsuit, but previously produced - Email regarding Member Alert: Merkley Bill (advice of counsel). |

| Doc ID | Beg Bates | End Bates | Privilege Assertion | Doc Type | Date | Email From | Email To | Email CC | Email BCC | Description / Redaction Description |
|---|---|---|---|---|---|---|---|---|---|---|
| CPS_Review0015426 | | | Atty-Client | Email | 8/30/2012 | David Hutton | Ben Underwood | SCL Legal Review | | After the date of the lawsuit, but previously produced - email discussing Merkley Bill |
| CPS_Review0015435 | | | Atty-Client | Email | 11/12/2012 | Ben Underwood | SCL Legal Review | | | After the date of the lawsuit, but previously produced - Email discussing monthly competitor updates for October |
| CPS_Review0015446 | | | Atty-Client | Email | 12/4/2012 | Ben Underwood | SCL Legal Review | | | After the date of the lawsuit, but previously produced - Email discussing monthly updates for November |
| CPS_Review0015448 | | | Atty-Client | Attach. | 12/4/2012 | | | | | After the date of the lawsuit, but previously produced - Attachment to privileged email - 11-30-12-state availability matrix |
| CPS_Review0015449 | | | Atty-Client | Attach. | 12/4/2012 | | | | | After the date of the lawsuit, but previously produced - Attachment to privileged email - 11-30-12-competitor listing |
| CPS_Review0015450 | | | Atty-Client | Attach. | 12/4/2012 | | | | | After the date of the lawsuit, but previously produced - Attachment to privileged email - 11-30-12-PDL INDUSTRY NEWS MONTHLY HIGHLIGHTS |
| CPS_Review0015451 | | | Atty-Client | Attach. | 12/4/2012 | | | | | After the date of the lawsuit, but previously produced - Attachment to privileged email - 12-4-12 CPS Client Produce Comparison Sheet |
| CPS_Review0015452 | | | Atty-Client | Attach. | 12/4/2012 | | | | | After the date of the lawsuit, but previously produced - Attachment to privileged email - 11-30-12-Revised Maps Showing State Lending Availability |
| CPS_Review0015457 | | | Atty-Client | Email | 11/5/2010 | Ben Underwood | Joanna Temple | | | Email discussing communications |
| CPS_Review0015471 | | | Atty-Client | Email | 1/13/2012 | Stacy Joly | Joanna Temple | Ben Underwood | | After the date of the lawsuit, but previously produced - Email regarding OLA Call regarding Google AdWords policy changes |
| CPS_Review0015472 | | | Atty-Client | Attach. | 1/13/2012 | | | | | After the date of the lawsuit, but previously produced - Attachment to privileged email - notes regarding 1-13-12 OLA Call |
| CPS_Review0015488 | | | Atty-Client | Email | 10/25/2011 | Ben Underwood | Elayne Gordy; Joanna Temple | | | Email regarding OLA conference presentations |
| CPS_Review0015489 | | | Atty-Client | Attach. | 10/25/2011 | | | | | Attachment to privileged email - OLA Conference slide |
| CPS_Review0015490 | | | Atty-Client | Attach. | 10/25/2011 | | | | | Attachment to privileged email - Mon Callaway legal language |

| Doc ID | Beg Bates | End Bates | Privilege Assertion | Doc Type | Date | Email From | Email To | Email CC | Email BCC | Description / Redaction Description |
|---|---|---|---|---|---|---|---|---|---|---|
| CPS_Review0015491 | | | Atty-Client | Attach. | 10/25/2011 | | | | | Attachment to privileged email - Slide |
| CPS_Review0015492 | | | Atty-Client | Attach. | 10/25/2011 | | | | | Attachment to privileged email - Slide |
| CPS_Review0015714 | | | Atty-Client | Email | 9/17/2012 | Ben Underwood | SCL Legal Review | | | After the date of the lawsuit, but previously produced - Email regardingf PDL industry news & updates |
| CPS_Review0015715 | | | Atty-Client | Attach. | 9/17/2012 | | | | | After the date of the lawsuit, but previously produced - Attachment to privileged email - 9-17-12-PDL Industry News |
| CPS_Review0016062 | | | Atty-Client | Email | 1/4/2012 | Doug Freeman | Ben Underwood; Ron Beaver | Carey Brown; Joanna Temple; Sam Valenzuela; Frank Pazera | | Email regarding Legislative Alert |
| CPS_Review0016063 | | | Atty-Client | Email | 1/4/2012 | Ben Underwood | Ron Beaver | Doug Freeman; Carey Brown; Joanna Temple; Sam Valenzuela; Frank Pazera | | Email regarding Legislative Alert |
| CPS_Review0016064 | | | Atty-Client | Email | 1/4/2012 | Ron Beaver | Ben Underwood | Doug Freeman; Carey Brown; Joanna Temple; Sam Valenzuela; Frank Pazera | | Email regarding Legislative Alert |
| CPS_Review0016065 | | | Atty-Client | Email | 1/4/2012 | Doug Freeman | Ben Underwood | | | Email regarding Legislative Alert (advice of counsel). |
| CPS_Review0016066 | | | Atty-Client | Email | 1/4/2012 | Ben Underwood | Doug Freeman; Ron Beaver | Carey Brown; Joanna Temple; Sam Valenzuela; Frank Pazera | | Email regarding Legislative Alert |
| CPS_Review0016077 | | | | Email | 6/21/2012 | Doug Freeman | Ben Underwood | | | After the date of the lawsuit, but previously produced - Email regarding Member Alert: CFPB Challenge (advice of counsel). |
| CPS_Review0016079 | | | Atty-Client | Email | 8/9/2012 | Ben Underwood | Sam Valenzuela | | | After the date of the lawsuit, but previously produced - Email regarding Member Alert: Merkley Bill (advice of counsel). |
| CPS_Review0016080 | | | | Email | 8/9/2012 | Jennifer Peters | Ron Beaver; Doug Freeman; Ben Underwood | Joanna Temple; SCL Legal Review | | After the date of the lawsuit, but previously produced - Email regarding Member Alert: Merkley Bill |
| CPS_Review0016092 | | | Atty-Client | Email | 4/17/2011 | Dawn Hyde-Burger | Ben Underwood | Melissa Braswell; Joanna Temple; Sylvia Cintron | | Email regarding New FTC charges brought against online payday loan marketers |

| Doc ID | Beg Bates | End Bates | Privilege Assertion | Doc Type | Date | Email From | Email To | Email CC | Email BCC | Description / Redaction Description |
|---|---|---|---|---|---|---|---|---|---|---|
| CPS_Review0016199 | | | Atty-Client | Email | 8/30/2011 | Lian Torralbas | Ben Underwood | Larry Roach; Doug Freeman; Ron Beaver; Carey Brown; Sam Valenzuela Joanna Temple; Dawn Hyde-Burger; Hemant Butti; Rona Hutchison | | Email regarding OLA Member Alert: Aggressive FTC Enforcement Actions |
| CPS_Review0016380 | | | Atty-Client | Email | 8/30/2012 | Ben Underwood | David Hutton | Sam Valenzuela | | After the date of the lawsuit, but previously produced - Email regarding SAFE Lending Act introduced |
| CPS_Review0016381 | | | Atty-Client | Attach. | 8/30/2012 | | | | | After the date of the lawsuit, but previously produced - Attachment to privileged email - 7-24-12 Safe Lending Act |
| CPS_Review0016428 | | | Atty-Client | Email | 8/25/2011 | Ben Underwood | Lian Torralbas | Doug Freeman; Larry Roach; Dawn Hyde-Burger; Elayne Gordy; eugen@leadpile.com Hemant Butti; Joanna Temple; Tavis Salazar | | Email regarding Final select complaint |
| CPS_Review0016429 | | | Atty-Client | Attach. | 8/25/2011 | | | | | Attachment to privileged email - final select complaint |
| CPS_Review0016430 | | | Atty-Client | Email | 8/23/2011 | Lian Torralbas | Ben Underwood | Doug Freeman; Larry Roach; Dawn Hyde-Burger; Elayne Gordy; eugen@leadpile.com; Hemant Butti; Joanna Temple; Tavis Salazar | | Email regarding FSC site poaching compilation |
| CPS_Review0016431 | | | Atty-Client | Attach. | 8/23/2011 | | | | | Attachment to privileged email - FSC Site Poaching Compilation 8-23-11 |
| CPS_Review0016432 | | | Atty-Client | Email | 8/23/2011 | Joanna Temple | Ben Underwood; Doug Freeman; Tavis Salazar; Hemant Butti | Larry Roach; Dawn Hyde-Burger; Lian Torralbas; Elayne Gordy; eugen@leadpile.com | | Email regarding FSC site poaching compilation |
| CPS_Review0016434 | | | Atty-Client | Email | 8/23/2011 | Ben Underwood | Doug Freeman; Tavis Salazar; Hemant Butti; Joanna Temple | Larry Roach; Dawn Hyde-Burger; Lian Torralbas; Elayne Gordy; eugen@leadpile.com | | Email regarding FSC site poaching compilation |

| Doc ID | Beg Bates | End Bates | Privilege Assertion | Doc Type | Date | Email From | Email To | Email CC | Email BCC | Description / Redaction Description |
|---|---|---|---|---|---|---|---|---|---|---|
| CPS_Review0016435 | | | Atty-Client | Email | 8/23/2011 | Dawn Hyde-Burger | Ben Underwood | Larry Roach; Lian Torralbas; Doug Freeman; Tavis Salazar; Joanna Temple; Hemant Butti; Eugen Ilie | | Email regarding FSC site poaching compilation |
| CPS_Review0016436 | | | Atty-Client | Email | 9/7/2011 | Ben Underwood | eugen@leadpile.com | Doug Freeman; Larry Roach; Elayne Gordy; Hemant Butti; Joanna Temple; Tavis Salazar; Lian Torralbas; Dawn Hyde-Burger | | Email regarding poaching |
| CPS_Review0016527 | | | Atty-Client | Email | 2/3/2012 | Doug Freeman 2 | Ben Underwood; Ron Beaver; Carey Brown; Russ Scudder; Frank Pazera; Sam Valenzuela; Tom Rocca; Dave Carney; Adam Wolcott; Sherry Huff; Greg Peters; Scott Gaskill; Steve Steele; Joanna Temple | Lian Torralbas; Trevor Brooks | | Email regarding FSC site poaching compilation |
| CPS_Review0016528 | | | Atty-Client | Email | 2/3/2012 | Ben Underwood | Ron Beaver; Doug Freeman; Carey Brown; Russ Scudder; Frank Pazera; Sam Valenzuela'; Tom Rocca; Dave Carney; Adam Wolcot; Sherry Huff; Greg Peters; Scott Gaskill; Steve Steele; Joanna Temple | Lian Torralbas; Trevor Brooks | | Email regarding WSJ.com Opinion Bashing Payday Lenders |

| Doc ID | Beg Bates | End Bates | Privilege Assertion | Doc Type | Date | Email From | Email To | Email CC | Email BCC | Description / Redaction Description |
|---|---|---|---|---|---|---|---|---|---|---|
| CPS_Review0016529 | | | Atty-Client | Email | 2/3/2012 | Ron Beaver | Ben Underwood; Doug Freeman; Carey Brown; Russ Scudder; Frank Pazera; Sam Valenzuela'; Tom Rocca; Dave Carney; Adam Wolcott; Sherry Huff; Greg Peters; Scott Gaskill; Steve Steele; Joanna Temple | Lian Torralbas; Trevor Brooks | | Email regarding WSJ.com - Opinion: Bashing Payday Lenders |
| CPS_Review0016711 | | | Atty-Client | Email | 6/13/2011 | Ben Underwood | All CPS Staff | Melissa Braswell; Dawn Hyde-Burger; Hemant Butti; Joanna Temple; Monica Vo Sam Valenzuela; Adam Sragovicz | | Email regarding WSJ.com - Opinion: Bashing Payday Lenders |
| CPS_Review0016712 | | | Atty-Client | Email | 6/13/2011 | Ben Underwood | All CPS Staff | Melissa Braswell; Dawn Hyde-Burger; Hemant Butti; Joanna Temple; monica@leadpile.net; Sam Valenzuela; Adam Sragovicz | | Email regarding webinar-Pros and Cons of different Corporate Structures |

### DOCUMENTS PRODUCED REDACTED DUE TO PRIVILEGE OR CONFIDENTIAL INFORMATION
[IDENTIFYING DOCUMENTS THAT WERE SUBJECT TO CPS' RE-REVIEW OF PRIOR PRODUCED NATIVE DOCUMENTS THAT WERE THE SUBJECT OF CPS' CLAWBACK REQUEST]

| BegDocID | ProdBeg | ProdEnd | Privilege Assertion | Doc Type | Date Sent | Email From | Email To | Email CC | Email BCC | Redaction Description |
|---|---|---|---|---|---|---|---|---|---|---|
| CPS_Review0009982 | CPS00007423 | CPS00007458 | Atty-Client | Attach. | | | | | | Redacted privileged line items re: SLCG |
| CPS_Review0010021 | CPS00007461 | CPS00007572 | Atty-Client | Attach. | | | | | | Redacted privileged line items re: SLCG |
| CPS_Review0010022 | CPS00007573 | CPS00007667 | Atty-Client | Attach. | | | | | | Redacted privileged line items re: SLCG |
| CPS_Review0010025 | CPS00007669 | CPS00007675 | Atty-Client | Attach. | | | | | | Redacted privileged line items re: SLCG |
| CPS_Review0010035 | CPS00007678 | CPS00007686 | Atty-Client | Attach. | | | | | | Redacted privileged line items re: SLCG |
| CPS_Review0010083 | CPS00007688 | CPS00007689 | Atty-Client | Email | 3/20/2013 | Stacy Joly | Lisa Dake | | | Redacted 11/13/2012 Email from Casey Lomber regarding monthly competitor updates for 10/12. |
| CPS_Review0010744 | CPS00008261 | CPS00008264 | Atty-Client | Attach. | | | | | | Redacting potential customer addresses, bank routing numbers and bank account numbers. |

| Doc ID | Beg Bates | End Bates | Privilege Assertion | Doc Type | Date | Email From | Email To | Email CC | Email BCC | Description / Redaction Description |
|---|---|---|---|---|---|---|---|---|---|---|
| CPS_Review0011051 | CPS00008751 | CPS00008763 | Atty-Client | Email | 12/12/2011 | Chris McCord | Lian Torralbas; Leilani Sanchez; Dawn Hyde-Burger; Jessica Campbell; Jordan Vasileff; Whitney Phillips | Chris Enter; Matthew Butt; Melissa Harper; Amber Hayes; Elayne Gordy | | |
| CPS_Review0011387 | CPS00010447 | CPS00010451 | Atty-Client | Email | 5/14/2013 | Jennifer Peters | Elayne Gordy; SCL Legal Review | | | Redacted privileged 5/13/2013 email threads between Elayne Gordy, and SLCG "Legal Review", and Jennifer Peters at SLCG regarding review of LeadPile review of publisher practice re: lenders sending AAn notifications to customers. |
| CPS_Review0011867 | CPS00010884 | CPS00010919 | Atty-Client | Attach. | | | | | | Redacted privileged line item re SLCG contract information. |
| CPS_Review0012046 | CPS00011066 | CPS00011073 | Atty-Client | Email | 12/9/2011 | Elayne Gordy | Casey Lee Lomber | | | Redacted privileged 11/21-12/9/2011 Email threads between from Elayne Gordy, Casey Lomber, and Joanna Temple at SLCG seeking legal advice as to SMS useage and data records retention |
| CPS_Review0012204 | CPS00011800 | CPS00011845 | Atty-Client | Attach. | | | | | | Redacted privileged line items regarding SCLG contract and relationship. |
| CPS_Review0012210 | CPS00011850 | CPS00011895 | Atty-Client | Attach. | | | | | | Redacted privileged line items regarding SLCG contract and relationship with CPS. |
| CPS_Review0012213 | CPS00011898 | CPS00011943 | Atty-Client | Attach. | | | | | | Redacted privileged legal information |
| CPS_Review0012219 | CPS00011948 | CPS00011993 | Atty-Client | Attach. | | | | | | Redacted privileged line item regarding SLCG contract and relationship with CPS. |
| CPS_Review0012222 | CPS00011996 | CPS00012041 | Atty-Client | Attach. | | | | | | Redacted privileged line item regarding SLCG contract and relationship with CPS. |
| CPS_Review0012228 | CPS00012045 | CPS00012092 | Atty-Client | Attach. | | | | | | Redacted privileged line item regarding SLCG contract and relationship with CPS. |
| CPS_Review0012231 | CPS00012094 | CPS00012151 | Atty-Client | Attach. | | | | | | Redacted privileged  line item regarding SLCG contract and relationship with CPS. |
| CPS_Review0012234 | CPS00012153 | CPS00012231 | Atty-Client | Attach. | | | | | | Redacted privileged line item regarding SCLG contract and relationship with CPS. |
| CPS_Review0012241 | CPS00012247 | CPS00012247 | Atty-Client | Email | 8/2/2012 | Aaron Petticord | Elayne Gordy | Leeann Moore | | Redacted privileged recounted communication with SLCG. |
| CPS_Review0012252 | CPS00012316 | CPS00012362 | Atty-Client | Attach. | | | | | | Redacted privileged line items regrding SLCG. |

| Doc ID | Beg Bates | End Bates | Privilege Assertion | Doc Type | Date | Email From | Email To | Email CC | Email BCC | Description / Redaction Description |
|---|---|---|---|---|---|---|---|---|---|---|
| CPS_Review0012257 | CPS00012363 | CPS00012363 | Atty-Client; Atty Work Prod. | Email | 7/18/2013 | Elayne Gordy | Justin Ginoza | | | Redacted privileged advice of counsel. |
| CPS_Review0012338 | CPS00014157 | CPS00014204 | Atty-Client | Attach. | | | | | | Redacted privileged line item regarding legal advice |
| CPS_Review0012427 | CPS00014412 | CPS00014439 | Atty-Client | Attach. | | | | | | Redacted privileged communication to counsel. |
| CPS_Review0012429 | CPS00014441 | CPS00014468 | Atty-Client | Attach. | | | | | | Redacted privileged communication to counsel. |
| CPS_Review0012495 | CPS00014566 | CPS00014573 | Atty-Client; Atty Work Prod. | Email | 5/30/2013 | Elayne Gordy | Brittany Lloyd; Chris McCord; Susan Shiflett; Dawn Hyde-Burger; John Ballantyne | | | Redacted privileged 5/29/2013 email communications between Dawn Hyde-Burger and Pete Johnson (cc Legal Review, Elayne Gordy, John Ballantyne, Chris McCord, Susan Shiflett) requesting review of language re: AAN notice forms |
| CPS_Review0012511 | CPS00014598 | CPS00014604 | Atty-Client; Atty Work Prod. | Email | 5/30/2013 | Brittany Lloyd | Elayne Gordy; Chris McCord; Susan Shiflett; Dawn Hyde-Burger; John Ballantyne | | | Redacted privileged 5/29/2013 email communications between Dawn Hyde-Burger and Pete Johnson (cc Legal Review, Elayne Gordy, John Ballantyne, Susan Shiflett) requesting review of language re: AAN notice forms |
| CPS_Review0012517 | CPS00014607 | CPS00014612 | Atty-Client; Atty Work Prod. | Email | 5/29/2013 | Chris McCord | Susan Shiflett; Dawn Hyde-Burger; Brittany Lloyd; John Ballantyne; Elayne Gordy | | | Redacted privileged 5/29/2013 email communications between Dawn Hyde-Burger and Pete Johnson (cc Legal Review, Elayne Gordy, John Ballantyne, Chris McCord, Susan Shiflett) requesting review of language re: AAN notice forms |
| CPS_Review0012521 | CPS00014613 | CPS00014616 | Atty-Client; Atty Work Prod. | Email | 5/29/2013 | Susan Shiflett | Dawn Hyde-Burger; Brittany Lloyd; John Ballantyne; Elayne Gordy; Chris McCord | | | Redacted privileged 5/29/2013 email communications between Dawn Hyde-Burger and Pete Johnson (cc Legal Review, Elayne Gordy, John Ballantyne, Chris McCord, Susan Shiflett) requesting review of language re: AAN notice forms |
| CPS_Review0012524 | CPS00014617 | CPS00014625 | Atty-Client; Atty Work Prod. | Email | 5/30/2013 | Brittany Lloyd | Elayne Gordy; Chris McCord; Susan Shiflett; Dawn Hyde-Burger; John Ballantyne | | | Redacted privileged 5/29/2013 email communications between Dawn Hyde-Burger and Pete Johnson (cc Legal Review, Elayne Gordy, John Ballantyne, Chris McCord, Susan Shiflett) requesting review of language re: AAN notice forms |
| CPS_Review0012737 | CPS00015292 | CPS00015321 | Atty-Client; Atty Work Prod. | Attach. | | | | | | Redacted privileged line item regarding SCLG |

| Doc ID | Beg Bates | End Bates | Privilege Assertion | Doc Type | Date | Email From | Email To | Email CC | Email BCC | Description / Redaction Description |
|---|---|---|---|---|---|---|---|---|---|---|
| CPS_Review0012738 | CPS00015322 | CPS00015336 | Atty-Client | Attach. | | | | | | Redacted privileged notes containing status and advice from SCLG. |
| CPS_Review0012797 | CPS00015344 | CPS00015802 | | Attach. | | | | | | Redacted customer Social Security numbers, bank account numbers and other personal identifying information |
| CPS_Review0012817 | CPS00015827 | CPS00015869 | Atty-Client | Attach. | | | | | | Redacted privileged information about SCLG contract and relationship with CPS. |
| CPS_Review0012853 | CPS00015947 | CPS00015948 | Atty-Client; Atty Work Prod. | Attach. | | | | | | Redacted privileged bullet points referencing SCLG |
| CPS_Review0012890 | CPS00016049 | CPS00016084 | Atty-Client | Attach. | | | | | | Redacted privileged "legal" section of spreadsheet. |
| CPS_Review0012923 | CPS00016106 | CPS00016111 | Atty-Client; Atty Work Prod. | Attach. | | | | | | Redacted privileged bullet points mentioning SCLG |
| CPS_Review0012948 | CPS00016145 | CPS00016150 | Atty-Client | Attach. | | | | | | Redacted privileged line items with information about SCLG |
| CPS_Review0012962 | CPS00016164 | CPS00016166 | Atty-Client; Atty Work Prod. | Email | 8/3/2012 | Elayne Gordy | Leeann Moore | Lian Torralbas; Matthew Butt | | Redacted privileged advice of legal counsel. |
| CPS_Review0012964 | CPS00016167 | CPS00016170 | Atty-Client; Atty Work Prod. | Email | 8/3/2012 | Leeann Moore | Elayne Gordy | Lian Torralbas; Aaron Petticord | | Redacted privileged advice of counsel. |
| CPS_Review0013178 | CPS00016872 | CPS00017235 | | Attach. | | | | | | Redacted column containing customer personal information such as social security numbers and bank accounts. |
| CPS_Review0013257 | CPS00017631 | CPS00017661 | Atty-Client | Attach. | | | | | | Redacted privileged SCLG line item. |
| CPS_Review0013264 | CPS00017674 | CPS00017675 | Atty-Client; Atty Work Prod. | Email | 6/20/2013 | Elayne Gordy | Doug Freeman 2 | Susanne Myers | | Redacted privileged advice of counsel. |
| CPS_Review0013353 | CPS00017827 | CPS00017828 | Atty-Client | Email | 11/7/2011 | Elayne Gordy | Chris McCord (chris.mccord@cpsloans.net) | | | Redacted privileged advice of counsel. |
| CPS_Review0013372 | CPS00017857 | CPS00017865 | Atty-Client; Atty Work Prod. | Attach. | | | | | | Redacted privileged communications and advice of counsel. |
| CPS_Review0013373 | CPS00017866 | CPS00017925 | Atty-Client; Atty Work Prod. | Attach. | | | | | | Redacted privileged information from legal counsel. |
| CPS_Review0013391 | CPS00017949 | CPS00017984 | Atty-Client | Attach. | | | | | | Redacted privileged information about SCLG agreement and relationship. |
| CPS_Review0013433 | CPS00018138 | CPS00018173 | Atty-Client | Attach. | | | | | | Redacted privileged line item regarding SCLG |
| CPS_Review0013658 | CPS00018946 | CPS00018947 | Atty-Client | Email | 12/28/2012 | Elayne Gordy | Amanda Farmer (Amanda.Farmer@achfederal.com) | | | Redacted privileged information regarding counsel; and 12/28/2012 email from Elayne Gordy to SCLG re: CPS Policies for Review. |

| Doc ID | Beg Bates | End Bates | Privilege Assertion | Doc Type | Date | Email From | Email To | Email CC | Email BCC | Description / Redaction Description |
|---|---|---|---|---|---|---|---|---|---|---|
| CPS_Review0013712 | CPS00019202 | CPS00019204 | Atty-Client | Email | 6/11/2013 | Elayne Gordy | Doug Freeman 2 | | | Redacted privileged information related to communictions from counsel. |
| CPS_Review0013813 | CPS00019542 | CPS00019548 | Atty-Client; Atty Work Prod. | Email | 10/16/2012 | Leeann Moore | Elayne Gordy | Aaron Petticord | | Redacted privileged email from Elayne Gordy to Leeann Moore, Aaron Petticord, Katie Myers, Brittany Luther rearding Legal Review, reciting input from counsel. |
| CPS_Review0013817 | CPS00019553 | CPS00019559 | Atty-Client; Atty Work Prod. | Email | 10/16/2012 | Leeann Moore | Elayne Gordy | Aaron Petticord | | Redacted privileged email from Elayne Gordy to Leeann Moore, Aaron Petticord, Katie Myers, Brittany Luther rearding Legal Review, reciting input from counsel. |
| CPS_Review0013821 | CPS00019564 | CPS00019570 | Atty-Client; Atty Work Prod. | Email | 10/8/2012 | Leeann Moore | Elayne Gordy | Aaron Petticord; Katie Myers | | Redacted privileged email from Elayne Gordy to Leeann Moore, Aaron Petticord, Katie Myers, Brittany Luther rearding Legal Review, reciting input from counsel. |
| CPS_Review0013960 | CPS00019796 | CPS00019798 | Atty-Client | Email | 8/6/2013 | Amanda Farmer | Elayne Gordy; Jeremy Davis | | | Redacted privileged references to SCLG. |
| CPS_Review0013962 | CPS00019799 | CPS00019804 | Atty-Client | Attach. | | | | | | Redacted privileged references to SCLG |
| CPS_Review0014004 | CPS00019891 | CPS00019901 | Atty Work Prod. | Attach. | | | | | | Redacted privileged Legal Requirements and Guidelines as to copy, advertisements, and vendors prepared by counsel for CPS. |
| CPS_Review0014128 | CPS00020149 | CPS00020158 | Atty-Client; Atty Work Prod. | Email | 12/12/2011 | Elayne Gordy | Lian Torralbas | | | Redacated privileged 11/17/2011 - 12/7/2011 email threads between Elayne Gordy, Casey Lomber and Joanna Temple regarding SMS guidelines; 12/9 emails between Elayne Gordy and Lian Torralbas redacted for attorney advice discussed. |
| CPS_Review0014156 | CPS00020265 | CPS00020265 | | Email | 10/9/2012 | Elayne Gordy | Garry Fletcher | | | Redacted privileged communications with SCLG |
| CPS_Review0014158 | CPS00020267 | CPS00020278 | Atty-Client | Attach. | | | | | | Redacted privileged line items regarding SCLG. |
| CPS_Review0014166 | CPS00020282 | CPS00020307 | Atty-Client | Attach. | | | | | | Redacted privileged information regardign SCLG. |
| CPS_Review0014174 | CPS00020315 | CPS00020344 | Atty-Client; Atty Work Prod. | Attach. | | | | | | Redacated privileged information regarding SCLG. |

| Doc ID | Beg Bates | End Bates | Privilege Assertion | Doc Type | Date | Email From | Email To | Email CC | Email BCC | Description / Redaction Description |
|---|---|---|---|---|---|---|---|---|---|---|
| CPS_Review0014179 | CPS00020347 | CPS00020720 | | Attach. | | | | | | Redacted column with confidential information related to customers (dates of birth, social security numbers, bank account numbers) |
| CPS_Review0014183 | CPS00020722 | CPS00020744 | Atty-Client; Atty Work Prod. | Attach. | | | | | | Redacted privileged notes regarding SCLG |
| CPS_Review0014197 | CPS00020758 | CPS00020816 | Atty-Client; Atty Work Prod. | Attach. | | | | | | Redacted privileged line items referring to information and communications from SCLG |
| CPS_Review0014200 | CPS00020818 | CPS00020851 | Atty-Client; Atty Work Prod. | Attach. | | | | | | Redacted privileged references and notes regarding SCLG. |
| CPS_Review0014208 | CPS00020861 | CPS00020868 | Atty Work Prod. | Email | 10/19/2012 | Elayne Gordy | Rona Hutchison; Leeann Moore | Aaron Petticord; Brittany Lloyd; Chris McCord; Sylvia Cintron; Meghan Richardson | | Redacted10/19/2012 privileged emails between Elayne Gordy and Rona Hutchison, cc'ing Leanne Moore, Aaron Petticord, Brittany Lloyd, Chris McCord, Sylvia Cintron, Meghan Richardson regarding CPS Conf Pages-Compliance update; discusses SMS messages and this litigation. |
| CPS_Review0014242 | CPS00020920 | CPS00020920 | Atty-Client | Email | 4/14/2011 | Elayne Gordy | Beth Lance | Dawn Hyde-Burger; Jordan Lucas | | Redacted reference C. Lomber visit to attorney offices. |
| CPS_Review0014281 | CPS00020955 | CPS00021328 | | Attach. | | | | | | Redacted privileged column containing confidential customer information inculding social security numbers, bank accounts. |
| CPS_Review0014283 | CPS00021329 | CPS00021721 | | Attach. | | | | | | Redacted privileged column containing confidential customer information inculding social security numbers, bank accounts. |
| CPS_Review0014306 | CPS00021781 | CPS00021782 | Atty-Client | Attach. | | | | | | Redacted privileged communications with SCLG. |
| CPS_Review0014309 | CPS00021786 | CPS00021787 | Atty-Client | Attach. | | | | | | Redacted privileged information from SCLG. |
| CPS_Review0014312 | CPS00021791 | CPS00021827 | Atty-Client | Attach. | | | | | | Redacted confidential customer information (SS#, bank account information) |
| CPS_Review0014378 | CPS00022012 | CPS00022041 | Atty-Client | Attach. | | | | | | Redacted customer account and bank account numbers. |
| CPS_Review0014421 | CPS00022203 | CPS00022205 | | Email | 2/20/2013 | Liane Shifflett | 'Anthea Karl' | | | Redacted management login and password credentials. |
| CPS_Review0014427 | CPS00022209 | CPS00022214 | | Email | 1/29/2013 | Liane Shifflett | Rona Hutchison | | | Redacted customer account and bank account numbers. |
| CPS_Review0014429 | CPS00022215 | CPS00022218 | | Email | 1/29/2013 | Liane Shifflett | Rona Hutchison | A203LeadGen | | Redacted customer account and bank account numbers. |
| CPS_Review0014433 | CPS00022222 | CPS00022228 | | Email | 1/29/2013 | Liane Shifflett | Pablo Ortiz; Rona Hutchison | A203LeadGen | | Redacted customer account and bank account numbers. |
| CPS_Review0014437 | CPS00022229 | CPS00022232 | | Email | 2/11/2013 | Liane Shifflett | 'Anthea Karl' | | | Redacted password and login credentials. |

| Doc ID | Beg Bates | End Bates | Privilege Assertion | Doc Type | Date | Email From | Email To | Email CC | Email BCC | Description / Redaction Description |
|---|---|---|---|---|---|---|---|---|---|---|
| CPS_Review0014442 | CPS00022242 | CPS00022484 | | Attach. | | | | | | Redacted customer account and bank account numbers. |
| CPS_Review0014459 | CPS00022513 | CPS00022514 | | Email | 2/20/2013 | Liane Shifflett | Keith Goldman | | | Redacted login and password information. |
| CPS_Review0014461 | CPS00022515 | CPS00022517 | | Email | 2/20/2013 | Liane Shifflett | Keith Goldman | | | Redacted login and password information. |
| CPS_Review0014474 | CPS00022534 | CPS00022539 | | Email | 2/12/2013 | Liane Shifflett | 'Anthea Karl' | | | Redacted login and password information. |
| CPS_Review0014488 | CPS00022571 | CPS00022621 | Atty-Client | Attach. | | | | | | Redacted privileged reference to legal counsel. |
| CPS_Review0014496 | CPS00022634 | CPS00022636 | Atty-Client | Attach. | | | | | | Redacted privileged references to communications with counsel. |
| CPS_Review0014508 | CPS00022702 | CPS00022704 | Atty-Client; Atty Work Prod. | Attach. | | | | | | Redacted privileged references to communications with counsel. |
| CPS_Review0014688 | CPS00023050 | CPS00023057 | Atty-Client | Attach. | | | | | | Redacted references to communications with counsel. |
| CPS_Review0014709 | CPS00023116 | CPS00023121 | | Attach. | | | | | | Redacted user names and password. |
| CPS_Review0014752 | CPS00023256 | CPS00023262 | Atty-Client; Atty Work Prod. | Attach. | | | | | | Redacted privileged information from to legal counsel. |
| CPS_Review0014757 | CPS00023286 | CPS00023292 | Atty-Client; Atty Work Prod. | Attach. | | | | | | Redacted privileged references regarding legal counsel. |
| CPS_Review0014769 | CPS00023321 | CPS00023326 | | Attach. | | | | | | Redacted user names and passwords |
| CPS_Review0014777 | CPS00023391 | CPS00023425 | Atty-Client; Atty Work Prod. | Attach. | | | | | | Redacted privileged information related to legal counsel input. |
| CPS_Review0014786 | CPS00023437 | CPS00023442 | | Attach. | | | | | | Redacted login and password information. |
| CPS_Review0014858 | CPS00023755 | CPS00023759 | Atty-Client | Email | 7/18/2013 | Ben Underwood | Emily Kryman | Rona Hutchison | | Redacted privileged 7/18/2013 email from Elayne Gordy to Ben Underwood and Amanda Farmer regarding do not call regulations, reciting advice of SCLG counsel. |
| CPS_Review0014983 | CPS00023951 | CPS00023954 | Atty-Client | Email | 8/30/2011 | Rona Hutchison | Ben Underwood | Dawn Hyde-Burger | | Redacted privileged 8/26/2011 email from Ben Underwood to Joanna Temple, Dawn Hyde-Burger, Hermant Butti, Lian Torralbas, Rona Hutchison, Larry Roach, Doug Freeman, Ron Beaver, Carey Brown, Sam Valenzuela discussing OLA alert regarding enforcement action. |
| CPS_Review0015397 | CPS00024937 | CPS00024959 | Atty-Client; Atty Work Prod. | Attach. | | | | | | Redacted privileged information about communications with counsel. |
| CPS_Review0015456 | CPS00025130 | CPS00025151 | Atty-Client | Attach. | | | | | | Redacted privileged information about legal counsel. |

| Doc ID | Beg Bates | End Bates | Privilege Assertion | Doc Type | Date | Email From | Email To | Email CC | Email BCC | Description / Redaction Description |
|---|---|---|---|---|---|---|---|---|---|---|
| CPS_Review0015699 | CPS00026014 | CPS00026017 | Atty-Client | Email | 1/27/2011 | Sam Valenzuela | Ben Underwood | | | Redacted privileged 1/13/2011 emails between from Ron Beaver to Carey Borwn, cc: Casey Lomber, Ben Underwood, Joanne Temple regarding market statistics. |
| CPS_Review0015885 | CPS00026459 | CPS00026478 | Atty-Client | Attach. | | | | | | Redacted privileged  information about legal counsel. |
| CPS_Review0016083 | CPS00026991 | CPS00026996 | Atty-Client | Email | 8/17/2012 | Casey Knox | Ron Beaver | Doug Freeman; Ben Underwood | | Redacted privileged 8/8/12 email from Sam Valenzuela to Ron Beaver and Doug Freeman, cc: Joanna Temple discussing Merkley Bill. |
| CPS_Review0016200 | CPS00027251 | CPS00027255 | Atty-Client | Email | 8/30/2011 | Ben Underwood(DFM) | Lian Torralbas | | | Redacted privileged 8/30/2011 Email from Llian Ben Underwood to Joanna Temple, Dawn Hyde-Burger, Hemant Butti, Lian Torralbas, Rona Hutchison, Lary Roach, Doug Freeman, Ron Beaver, Carey Brown, Sam Valenzuela regarding FTC enforcement actions. |
| CPS_Review0016274 | CPS00027588 | CPS00027596 | | Attach. | | | | | | Redacted privileged information about legal counsel. |
| CPS_Review0016318 | CPS00027827 | CPS00027831 | Atty-Client | Email | 2/7/2011 | Sam Valenzuela | Ben Underwood | Monica Vo | | Redacted privileged 1/13/2011 email from Ron Beaver to Carey Brown, Casey Lomber, Ben Underwood, Joanna Temple regarding the PDL industry. |
| CPS_Review0016320 | CPS00027832 | CPS00027836 | Atty-Client | Email | 2/2/2011 | Ben Underwood | Sam Valenzuela | | | Redacted privileged 1/13/2011 email from Ron Beaver to Carey Brown, Casey Lomber, Ben Underwood, Joanna Temple regarding the PDL industry. |
| CPS_Review0016322 | CPS00027837 | CPS00027840 | Atty-Client | Email | 2/2/2011 | Sam Valenzuela | Ben Underwood | | | Redacted privileged 1/13/2011 email from Ron Beaver to Carey Brown, Casey Lomber, Ben Underwood, Joanna Temple regarding the PDL industry. |
| CPS_Review0016324 | CPS00027841 | CPS00027844 | | Email | 1/27/2011 | Ben Underwood | Sam Valenzuela | | | Redacted privileged 1/13/2011 email from Ron Beaver to Carey Brown, Casey Lomber, Ben Underwood, Joanna Temple regarding the PDL industry. |

| Doc ID | Beg Bates | End Bates | Privilege Assertion | Doc Type | Date | Email From | Email To | Email CC | Email BCC | Description / Redaction Description |
|---|---|---|---|---|---|---|---|---|---|---|
| CPS_Review0016427 | CPS00028156 | CPS00028160 | Atty-Client | Email | 9/6/2011 | Dawn Hyde-Burger | Ben Underwood | Lian Torralbas | | Redacted privileged 8/23/2011 Email threads between Doug Freeman to Tavis Salazar, Hemant Butti, Ben Underwood, Joanna Temple regarding Four Seasons Cash Advance poaching. |
| CPS_Review0016697 | CPS00029094 | CPS00029140 | Atty-Client | Attach. | | | | | | Redacted privileged information regarding legal counsel. |

Dated: May 28, 2014

# EXHIBIT 3

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA**
*Kristensen v. Credit Payment Services, Inc., et al.*, Case No. 2:12-CV-00528-AGP (PAL)

**PRIVILEGE LOG OF CREDIT PAYMENT SERVICES, INC.**

| Doc ID | Beg Bates | End Bates | Privilege Assertion | Doc Type | Date | Email From | Email To | Email CC | Description / Redaction Description |
|--------|-----------|-----------|---------------------|----------|------|-----------|----------|----------|-----------------------------------|
|  | | | **DOCUMENTS WITHHELD FROM PRODUCTION AS FULLY PRIVILEGED** | | | | | | |
| CPS_Review0022009 | N/A | | Atty-Client Comm Work Product | Email | 10/17/2013 | Carey Brown | Brian Hinton; Kimberly Hutchinson | | Email discussing legal advice in email dated 10/17/2013 from attorney David Hutton memorializing status of legal matters containing advice of counsel. |
| CPS_Review0022013 | N/A | N/A | Atty-Client Comm Work Product | Email | 10/17/2013 | Carey Brown | Carey Brown | | Email discussing email dated 10/17/2013 from attorney David Hutton memorializing status of legal matters containing advice of counsel. |
| CPS_Review0022035 | N/A | N/A | Atty-Client Comm Work Product | Email | 10/18/2013 | Carey Brown | Ron Beaver | | Email discussing email dated 10/18/2013 from attorney David Hutton memorializing status of legal matters containing advice of counsel. |
| CPS_Review0022039 | N/A | N/A | Atty-Client Comm Work Product | Email | 9/18/2013 | Carey Brown | Ron Beaver | | Email discussing legal advice in email dated 9/18/2013 from attorney David Hutton with legal advice regarding multiple lawsuits and other matters |
| CPS_Review0022104 | N/A | N/A | Atty-Client Comm Work Product | Email | 12/23/2010 | Carey Brown | Joanna Temple | | Email with legal counsel discussing legal advice regarding revised amendment to employment agreement |
| CPS_Review0022238 | N/A | N/A | Atty-Client Comm Work Product | Email | 10/23/2013 | Ron Beaver | David Hutton; Carey Brown | | Email with legal counsel discussing legal advice regarding lawsuit |
| CPS_Review0022239 | N/A | N/A | Atty-Client Comm Work Product | Email | 10/23/2013 | David Hutton | Ron Beaver; Carey Brown | | Email with legal counsel discussing legal advice regarding lawsuit |
| CPS_Review0022240 | N/A | N/A | Atty-Client Comm Work Product | Email | 10/23/2013 | David Hutton | Carey Brown; Ron Beaver | | Email with legal counsel discussing legal advice regarding lawsuit |
| CPS_Review0022241 | N/A | N/A | Atty-Client Comm Work Product | Email | 10/23/2013 | David Hutton | Marie Diaz; Ron Beaver; Carey Brown | | Email with legal counsel discussing legal advice regarding lawsuit |
| CPS_Review0022242 | N/A | N/A | Atty-Client Comm Work Product | Email | 10/18/2013 | David Hutton | Ron Beaver; Carey Brown | | Email with legal counsel discussing legal advice regarding lawsuit |
| CPS_Review0022243 | N/A | N/A | Atty-Client Comm Work Product | Email | 10/17/2013 | David Hutton | Ron Beaver; Carey Brown | | Email with legal counsel discussing legal advice regarding lawsuit |

| Doc ID | Beg Bates | End Bates | Privilege Assertion | Doc Type | Date | Email From | Email To | Email CC | Description / Redaction Description |
|---|---|---|---|---|---|---|---|---|---|
| CPS_Review0022244 | N/A | N/A | Atty-Client Comm Work Product | Email | 10/15/2013 | David Hutton | Ron Beaver; Carey Brown | | Email with legal counsel discussing legal advice regarding patent |
| CPS_Review0022249 | N/A | N/A | Atty-Client Comm Work Product | Email | 9/18/2013 | David Hutton | Carey Brown | | Email with legal counsel discussing legal advice regarding multiple lawsuits |
| CPS_Review0022440 | N/A | N/A | Atty-Client Comm Work Product | Email | 3/6/2014 | Carey Brown | Carey Brown | | Email discussing advice of legal counsel from email dated 3/5/14 with legal counsel discussing lmultiple lawsuits |
| CPS_Review0022442 | N/A | N/A | Atty-Client Comm Work Product | Email | 10/23/2013 | David Hutton | Carey Brown; Ron Beaver | | Email with legal counsel discussing legal advice regarding  Subpoena |
| CPS_Review0022443 | N/A | N/A | Atty-Client Comm Work Product | Email | 10/18/2013 | Carey Brown | Carey Brown | | Email discussing 10/18/2013 email to JoAnna Temple and David Hutton discussing counsel's legal advice regarding multiple legal matters |
| CPS_Review0022444 | N/A | N/A | Atty-Client Comm Work Product | Email | 10/17/2013 | Michael.Legamaro, Atty, DLA Piper | Carey Brown Ron Beaver | | Email with legal counsel discussing legal advice regarding  various legal matters |
| CPS_Review0022446 | N/A | N/A | Atty-Client Comm Work Product | Email | 9/30/2013 | David Hutton | Ron Beaver; Carey Brown | | Email with legal counsel discussing legal advice regarding  various legal matters |
| CPS_Review0022691 | N/A | N/A | Atty-Client Comm Work Product | Email | 9/9/2012 | Ron Beaver | Doug Freeman; Casey Knox; Joanna Temple; Carey Brown; Steve Steele | | Email with legal counsel discussing legal advice regarding transaction negotiation |
| CPS_Review0022703 | N/A | N/A | Atty-Client Comm Work Product | Email | 9/10/2012 | Doug Freeman | Ron Beaver; Casey Knox; Joanna Temple; Carey Brown; Steve Steele | | Email with legal counsel discussing legal advice regarding transaction negotiation |
| CPS_Review0022728 | N/A | N/A | Atty-Client Comm Work Product | Email | 7/14/2010 | Tony Willingham | Carey Brown Joanna Temple | | Email with legal counsel discussing legal advice regarding corporate entity filings |

### DOCUMENTS PRODUCED REDACTED DUE TO PRIVILEGE OR CONFIDENTIAL INFORMATION
**[IDENTIFYING DOCUMENTS THAT WERE SUBJECT TO CPS' RE-REVIEW OF PRIOR PRODUCED NATIVE DOCUMENTS THAT WERE THE SUBJECT OF CPS' CLAWBACK REQUEST]**

| BegDocID | ProdBeg | ProdEnd | Privilege Assertion | Doc Type | Date Sent | Email From | Email To | Email CC | Redaction Description |
|---|---|---|---|---|---|---|---|---|---|
| CPS_Review0022132 | CPS00029834 | CPS00029837 | Atty-Client Comm Work Product | | 9/18/2013 | Ron Beaver | Carey Brown | | Email discussing 9/18/2013 email from attorney D. Hutton at SCLG to C. Brown wth legal advice regarding all legal representation matters Hutton is assisting with. |
| N/A | CPS00030149 | CPS00030186 | N/A | Doc | N/A | N/A | N/A | N/A | Redacted Social Security Number on partnership tax filing |

| Doc ID | Beg Bates | End Bates | Privilege Assertion | Doc Type | Date | Email From | Email To | Email CC | Description / Redaction Description |
|--------|-----------|-----------|---------------------|----------|------|------------|----------|----------|-------------------------------------|
| N/A | CPS00030215 | CPS00030216 | Atty-Client Comm Work Product | Doc | 11/30/[?] | Elayne Gordy | | | Redacted Privileged portions of handwritten notes discussing advice of counsel regarding TCPA regulations |

**Dated:  December 5, 2014**

# EXHIBIT 4

**INDEX OF DOCUMENTS PRODUCED RESPONSIVE TO DOCUMENT REQUEST NO. 75**

| ProdBeg | ProdEnd |
|---|---|
| CPS00000011 | CPS00000011 |
| CPS00000012 | CPS00000058 |
| CPS00000155 | CPS00000156 |
| CPS00000157 | CPS00000203 |
| CPS00000282 | CPS00000282 |
| CPS00000466 | CPS00000470 |
| CPS00000541 | CPS00000542 |
| CPS00000543 | CPS00000554 |
| CPS00000555 | CPS00000562 |
| CPS00000563 | CPS00000567 |
| CPS00000568 | CPS00000572 |
| CPS00000573 | CPS00000578 |
| CPS00000579 | CPS00000579 |
| CPS00000580 | CPS00000581 |
| CPS00000582 | CPS00000582 |
| CPS00000637 | CPS00000638 |
| CPS00000676 | CPS00000677 |
| CPS00000683 | CPS00000684 |
| CPS00000685 | CPS00000685 |
| CPS00000692 | CPS00000692 |
| CPS00000693 | CPS00000706 |
| CPS00000707 | CPS00000714 |
| CPS00000715 | CPS00000715 |
| CPS00000716 | CPS00000720 |
| CPS00000721 | CPS00000726 |
| CPS00000727 | CPS00000727 |
| CPS00000728 | CPS00000732 |
| CPS00000733 | CPS00000734 |
| CPS00000735 | CPS00000736 |
| CPS00000737 | CPS00000748 |
| CPS00000749 | CPS00000756 |
| CPS00000757 | CPS00000761 |
| CPS00000762 | CPS00000766 |
| CPS00000767 | CPS00000772 |
| CPS00000773 | CPS00000773 |
| CPS00000774 | CPS00000775 |
| CPS00000776 | CPS00000776 |
| CPS00000875 | CPS00000876 |
| CPS00000877 | CPS00000877 |
| CPS00000934 | CPS00000935 |
| CPS00000936 | CPS00000941 |
| CPS00000973 | CPS00000975 |
| CPS00001029 | CPS00001029 |
| CPS00001030 | CPS00001033 |
| CPS00001088 | CPS00001089 |
| CPS00001090 | CPS00001091 |
| CPS00001140 | CPS00001142 |
| CPS00001146 | CPS00001147 |
| CPS00001148 | CPS00001148 |

CPS00001160   CPS00001160
CPS00001161   CPS00001161
CPS00001290   CPS00001291
CPS00001292   CPS00001292
CPS00001340   CPS00001343
CPS00001367   CPS00001368
CPS00001369   CPS00001369
CPS00001386   CPS00001386
CPS00001387   CPS00001387
CPS00001388   CPS00001389
CPS00001390   CPS00001390
CPS00001391   CPS00001391
CPS00001392   CPS00001392
CPS00001393   CPS00001393
CPS00001394   CPS00001394
CPS00001395   CPS00001395
CPS00001396   CPS00001396
CPS00001397   CPS00001397
CPS00001398   CPS00001398
CPS00001399   CPS00001399
CPS00001400   CPS00001400
CPS00001401   CPS00001401
CPS00001402   CPS00001402
CPS00001403   CPS00001404
CPS00001405   CPS00001405
CPS00001406   CPS00001407
CPS00001408   CPS00001408
CPS00001409   CPS00001410
CPS00001411   CPS00001411
CPS00001412   CPS00001415
CPS00001416   CPS00001416
CPS00001438   CPS00001438
CPS00001439   CPS00001439
CPS00001452   CPS00001453
CPS00001454   CPS00001455
CPS00001459   CPS00001461
CPS00001462   CPS00001462
CPS00001463   CPS00001472
CPS00001473   CPS00001475
CPS00001549   CPS00001552
CPS00001553   CPS00001553
CPS00001554   CPS00001561
CPS00001562   CPS00001569
CPS00001614   CPS00001616
CPS00001617   CPS00001619
CPS00001620   CPS00001624
CPS00001647   CPS00001648
CPS00001672   CPS00001673
CPS00001674   CPS00001674
CPS00001675   CPS00001675
CPS00001761   CPS00001763
CPS00001764   CPS00001764
CPS00001773   CPS00001780
CPS00001781   CPS00001788
CPS00001789   CPS00001796
CPS00001797   CPS00001799

CPS00001800   CPS00001807
CPS00001808   CPS00001809
CPS00001810   CPS00001812
CPS00001813   CPS00001815
CPS00001816   CPS00001817
CPS00001818   CPS00001820
CPS00001821   CPS00001822
CPS00002067   CPS00002069
CPS00002070   CPS00002072
CPS00002073   CPS00002076
CPS00002077   CPS00002078
CPS00002150   CPS00002151
CPS00002152   CPS00002167
CPS00002196   CPS00002196
CPS00002197   CPS00002197
CPS00002198   CPS00002199
CPS00002200   CPS00002200
CPS00002206   CPS00002206
CPS00002207   CPS00002214
CPS00002215   CPS00002222
CPS00002275   CPS00002275
CPS00002276   CPS00002283
CPS00002284   CPS00002284
CPS00002285   CPS00002292
CPS00003276   CPS00003277
CPS00003278   CPS00003278
CPS00003279   CPS00003280
CPS00003281   CPS00003281
CPS00003285   CPS00003289
CPS00003333   CPS00003334
CPS00003335   CPS00003350
CPS00003448   CPS00003448
CPS00003449   CPS00003452
CPS00003472   CPS00003472
CPS00003473   CPS00003476
CPS00003477   CPS00003477
CPS00003478   CPS00003478
CPS00003489   CPS00003489
CPS00003490   CPS00003490
CPS00004453   CPS00004453
CPS00004454   CPS00004537
CPS00004538   CPS00004539
CPS00004540   CPS00004684
CPS00004685   CPS00005123
CPS00005124   CPS00005155
CPS00005156   CPS00005192
CPS00005193   CPS00005196
CPS00005197   CPS00005208
CPS00005209   CPS00006057
CPS00006058   CPS00006058
CPS00006695   CPS00006700
CPS00006701   CPS00006701
CPS00006702   CPS00006702
CPS00006703   CPS00006710
CPS00006711   CPS00006711
CPS00006712   CPS00006712

| | |
|---|---|
| CPS00006713 | CPS00006713 |
| CPS00006714 | CPS00006714 |
| CPS00006758 | CPS00006758 |
| CPS00006759 | CPS00006760 |
| CPS00006932 | CPS00006932 |
| CPS00006933 | CPS00006967 |
| CPS00006968 | CPS00006970 |
| CPS00006971 | CPS00007001 |
| CPS00007212 | CPS00007214 |
| CPS00007026 | CPS00007027 |
| CPS00007028 | CPS00007074 |
| CPS00007075 | CPS00007075 |
| CPS00007076 | CPS00007099 |
| CPS00007200 | CPS00007201 |
| CPS00007202 | CPS00007211 |
| CPS00007247 | CPS00007249 |
| CPS00007250 | CPS00007250 |
| CPS00007293 | CPS00007293 |
| CPS00007294 | CPS00007294 |
| CPS00007340 | CPS00007340 |
| CPS00007341 | CPS00007360 |
| CPS00007676 | CPS00007677 |
| CPS00007678 | CPS00007686 |
| CPS00007687 | CPS00007687 |
| CPS00007725 | CPS00007726 |
| CPS00007727 | CPS00007727 |
| CPS00007839 | CPS00007840 |
| CPS00007841 | CPS00007841 |
| CPS00008578 | CPS00008579 |
| CPS00008580 | CPS00008595 |
| CPS00008645 | CPS00008646 |
| CPS00008647 | CPS00008661 |
| CPS00008662 | CPS00008665 |
| CPS00008666 | CPS00008676 |
| CPS00008677 | CPS00008748 |
| CPS00008795 | CPS00008797 |
| CPS00008798 | CPS00008881 |
| CPS00008882 | CPS00008909 |
| CPS00008910 | CPS00008921 |
| CPS00008922 | CPS00008958 |
| CPS00008959 | CPS00009090 |
| CPS00009091 | CPS00009235 |
| CPS00009236 | CPS00009236 |
| CPS00009265 | CPS00009266 |
| CPS00009267 | CPS00009267 |
| CPS00010034 | CPS00010038 |
| CPS00010039 | CPS00010039 |
| CPS00010040 | CPS00010040 |
| CPS00010193 | CPS00010194 |
| CPS00010195 | CPS00010198 |
| CPS00010567 | CPS00010568 |
| CPS00010569 | CPS00010569 |
| CPS00010649 | CPS00010652 |
| CPS00010653 | CPS00010656 |
| CPS00010663 | CPS00010666 |
| CPS00010667 | CPS00010671 |

CPS00011036   CPS00011037
CPS00011038   CPS00011046
CPS00011047   CPS00011048
CPS00011796   CPS00011796
CPS00011797   CPS00011797
CPS00011798   CPS00011799
CPS00011800   CPS00011845
CPS00011846   CPS00011847
CPS00011848   CPS00011848
CPS00011849   CPS00011849
CPS00011850   CPS00011895
CPS00011896   CPS00011897
CPS00011898   CPS00011943
CPS00011944   CPS00011945
CPS00011946   CPS00011946
CPS00011947   CPS00011947
CPS00011948   CPS00011993
CPS00011994   CPS00011995
CPS00011996   CPS00012041
CPS00012042   CPS00012042
CPS00012043   CPS00012043
CPS00012044   CPS00012044
CPS00012045   CPS00012092
CPS00012093   CPS00012093
CPS00012094   CPS00012151
CPS00012152   CPS00012152
CPS00012153   CPS00012231
CPS00012245   CPS00012245
CPS00012246   CPS00012246
CPS00012250   CPS00012250
CPS00012251   CPS00012251
CPS00012314   CPS00012315
CPS00012316   CPS00012362
CPS00012462   CPS00012462
CPS00012495   CPS00012495
CPS00012496   CPS00012579
CPS00012580   CPS00012581
CPS00012582   CPS00012726
CPS00012727   CPS00013165
CPS00013166   CPS00013197
CPS00013198   CPS00013234
CPS00013235   CPS00013238
CPS00013239   CPS00013250
CPS00013251   CPS00014099
CPS00014111   CPS00014112
CPS00014113   CPS00014132
CPS00014146   CPS00014146
CPS00014147   CPS00014149
CPS00014150   CPS00014155
CPS00014156   CPS00014156
CPS00014157   CPS00014204
CPS00014205   CPS00014210
CPS00014411   CPS00014411
CPS00014412   CPS00014439
CPS00014440   CPS00014440
CPS00014441   CPS00014468

CPS00014473  CPS00014473
CPS00014474  CPS00014480
CPS00014481  CPS00014481
CPS00014482  CPS00014482
CPS00014873  CPS00014874
CPS00014875  CPS00014887
CPS00014888  CPS00014891
CPS00014892  CPS00014897
CPS00014898  CPS00014929
CPS00014930  CPS00014960
CPS00014961  CPS00014979
CPS00014980  CPS00015046
CPS00015047  CPS00015051
CPS00015052  CPS00015067
CPS00015068  CPS00015100
CPS00015101  CPS00015183
CPS00015290  CPS00015291
CPS00015292  CPS00015321
CPS00015322  CPS00015336
CPS00015337  CPS00015337
CPS00015825  CPS00015826
CPS00015827  CPS00015869
CPS00015924  CPS00015928
CPS00015929  CPS00015929
CPS00015930  CPS00015932
CPS00015933  CPS00015933
CPS00015934  CPS00015938
CPS00015939  CPS00015941
CPS00015942  CPS00015942
CPS00015943  CPS00015944
CPS00016103  CPS00016105
CPS00016106  CPS00016111
CPS00016143  CPS00016144
CPS00016145  CPS00016150
CPS00016157  CPS00016160
CPS00016182  CPS00016183
CPS00016184  CPS00016193
CPS00016194  CPS00016217
CPS00016234  CPS00016235
CPS00016236  CPS00016244
CPS00016320  CPS00016320
CPS00016321  CPS00016339
CPS00016385  CPS00016389
CPS00016398  CPS00016403
CPS00016427  CPS00016431
CPS00016437  CPS00016440
CPS00016780  CPS00016780
CPS00016781  CPS00016785
CPS00016840  CPS00016840
CPS00016841  CPS00016845
CPS00017236  CPS00017236
CPS00017237  CPS00017241
CPS00017242  CPS00017261
CPS00017262  CPS00017262
CPS00017263  CPS00017267
CPS00017268  CPS00017287

CPS00017288  CPS00017288
CPS00017289  CPS00017293
CPS00017294  CPS00017313
CPS00017316  CPS00017316
CPS00017317  CPS00017335
CPS00017336  CPS00017342
CPS00017343  CPS00017343
CPS00017344  CPS00017344
CPS00017349  CPS00017350
CPS00017351  CPS00017351
CPS00017352  CPS00017369
CPS00017370  CPS00017380
CPS00017381  CPS00017400
CPS00017401  CPS00017418
CPS00017419  CPS00017427
CPS00017428  CPS00017447
CPS00017448  CPS00017448
CPS00017449  CPS00017454
CPS00017474  CPS00017476
CPS00017479  CPS00017479
CPS00017480  CPS00017482
CPS00017483  CPS00017484
CPS00017485  CPS00017488
CPS00017489  CPS00017498
CPS00017499  CPS00017504
CPS00017505  CPS00017505
CPS00017506  CPS00017506
CPS00017507  CPS00017509
CPS00017510  CPS00017533
CPS00017534  CPS00017535
CPS00017621  CPS00017621
CPS00017622  CPS00017627
CPS00017628  CPS00017630
CPS00017631  CPS00017661
CPS00017662  CPS00017662
CPS00017663  CPS00017663
CPS00017827  CPS00017828
CPS00017829  CPS00017838
CPS00017839  CPS00017841
CPS00017855  CPS00017856
CPS00017857  CPS00017865
CPS00017866  CPS00017925
CPS00017926  CPS00017926
CPS00017927  CPS00017942
CPS00017996  CPS00017997
CPS00017998  CPS00018009
CPS00018010  CPS00018017
CPS00018018  CPS00018022
CPS00018023  CPS00018027
CPS00018028  CPS00018033
CPS00018034  CPS00018034
CPS00018035  CPS00018036
CPS00018037  CPS00018037
CPS00018094  CPS00018095
CPS00018096  CPS00018115
CPS00018187  CPS00018189

CPS00018201  CPS00018216
CPS00018217  CPS00018218
CPS00018219  CPS00018234
CPS00018454  CPS00018454
CPS00018455  CPS00018455
CPS00018456  CPS00018479
CPS00018480  CPS00018495
CPS00018504  CPS00018506
CPS00018507  CPS00018507
CPS00018508  CPS00018508
CPS00018509  CPS00018511
CPS00018512  CPS00018512
CPS00018513  CPS00018532
CPS00018533  CPS00018548
CPS00018549  CPS00018550
CPS00018551  CPS00018567
CPS00018631  CPS00018635
CPS00018636  CPS00018640
CPS00018641  CPS00018644
CPS00018714  CPS00018718
CPS00018812  CPS00018813
CPS00018946  CPS00018947
CPS00018948  CPS00018950
CPS00018951  CPS00018953
CPS00018954  CPS00018956
CPS00018957  CPS00018958
CPS00018959  CPS00018960
CPS00019298  CPS00019299
CPS00019300  CPS00019300
CPS00019301  CPS00019324
CPS00019429  CPS00019430
CPS00019431  CPS00019439
CPS00019608  CPS00019611
CPS00019759  CPS00019761
CPS00019936  CPS00019941
CPS00020133  CPS00020133
CPS00020134  CPS00020146
CPS00020279  CPS00020279
CPS00020280  CPS00020280
CPS00020757  CPS00020757
CPS00020758  CPS00020816
CPS00020817  CPS00020817
CPS00020818  CPS00020851
CPS00021738  CPS00021739
CPS00021740  CPS00021740
CPS00021741  CPS00021760
CPS00022693  CPS00022693
CPS00022694  CPS00022699
CPS00022706  CPS00022706
CPS00022707  CPS00022712
CPS00022713  CPS00022715
CPS00022768  CPS00022778
CPS00022779  CPS00022779
CPS00022780  CPS00022780
CPS00022781  CPS00022781
CPS00022782  CPS00022782

CPS00022783  CPS00022783
CPS00022784  CPS00022784
CPS00022785  CPS00022785
CPS00022786  CPS00022786
CPS00022787  CPS00022787
CPS00022788  CPS00022788
CPS00022789  CPS00022789
CPS00022790  CPS00022790
CPS00022791  CPS00022791
CPS00022792  CPS00022792
CPS00022793  CPS00022793
CPS00022794  CPS00022794
CPS00022795  CPS00022795
CPS00022796  CPS00022796
CPS00022797  CPS00022797
CPS00022798  CPS00022798
CPS00022799  CPS00022799
CPS00022800  CPS00022800
CPS00022801  CPS00022801
CPS00022819  CPS00022829
CPS00022830  CPS00022830
CPS00022831  CPS00022831
CPS00022832  CPS00022832
CPS00022833  CPS00022833
CPS00022834  CPS00022834
CPS00022835  CPS00022835
CPS00022836  CPS00022836
CPS00022837  CPS00022837
CPS00022838  CPS00022838
CPS00022839  CPS00022839
CPS00022840  CPS00022840
CPS00022841  CPS00022841
CPS00022848  CPS00022850
CPS00022964  CPS00022973
CPS00022974  CPS00022974
CPS00022975  CPS00022975
CPS00022976  CPS00022976
CPS00022977  CPS00022977
CPS00022978  CPS00022978
CPS00022979  CPS00022979
CPS00022980  CPS00022980
CPS00022981  CPS00022990
CPS00022991  CPS00022991
CPS00022992  CPS00022992
CPS00022993  CPS00022993
CPS00022994  CPS00022994
CPS00022995  CPS00022995
CPS00022996  CPS00022996
CPS00022997  CPS00022997
CPS00022998  CPS00023007
CPS00023008  CPS00023008
CPS00023009  CPS00023009
CPS00023010  CPS00023010
CPS00023011  CPS00023011
CPS00023012  CPS00023012
CPS00023013  CPS00023013

CPS00023014  CPS00023014
CPS00023015  CPS00023024
CPS00023025  CPS00023025
CPS00023026  CPS00023026
CPS00023027  CPS00023027
CPS00023028  CPS00023028
CPS00023029  CPS00023029
CPS00023030  CPS00023030
CPS00023031  CPS00023031
CPS00023033  CPS00023036
CPS00023037  CPS00023039
CPS00023040  CPS00023044
CPS00023045  CPS00023047
CPS00023058  CPS00023060
CPS00023061  CPS00023062
CPS00023063  CPS00023063
CPS00023064  CPS00023066
CPS00023067  CPS00023070
CPS00023071  CPS00023075
CPS00023076  CPS00023079
CPS00023080  CPS00023084
CPS00023085  CPS00023088
CPS00023089  CPS00023092
CPS00023093  CPS00023097
CPS00023098  CPS00023101
CPS00023102  CPS00023105
CPS00023106  CPS00023108
CPS00023109  CPS00023112
CPS00023113  CPS00023114
CPS00023136  CPS00023138
CPS00023140  CPS00023142
CPS00023143  CPS00023150
CPS00023151  CPS00023155
CPS00023156  CPS00023159
CPS00023160  CPS00023164
CPS00023165  CPS00023171
CPS00023172  CPS00023176
CPS00023177  CPS00023181
CPS00023182  CPS00023186
CPS00023187  CPS00023192
CPS00023197  CPS00023201
CPS00023202  CPS00023206
CPS00023207  CPS00023213
CPS00023214  CPS00023218
CPS00023219  CPS00023223
CPS00023224  CPS00023228
CPS00023229  CPS00023233
CPS00023234  CPS00023237
CPS00023238  CPS00023242
CPS00023390  CPS00023390
CPS00023391  CPS00023425
CPS00023456  CPS00023456
CPS00023601  CPS00023601
CPS00023602  CPS00023617
CPS00023618  CPS00023632
CPS00023750  CPS00023751

CPS00023752  CPS00023752
CPS00023755  CPS00023759
CPS00023769  CPS00023770
CPS00023830  CPS00023832
CPS00023873  CPS00023876
CPS00023877  CPS00023881
CPS00024096  CPS00024097
CPS00024098  CPS00024129
CPS00024176  CPS00024178
CPS00024179  CPS00024204
CPS00024205  CPS00024207
CPS00024208  CPS00024233
CPS00024234  CPS00024236
CPS00024237  CPS00024262
CPS00024415  CPS00024417
CPS00024425  CPS00024425
CPS00024500  CPS00024504
CPS00024887  CPS00024892
CPS00024967  CPS00024969
CPS00024973  CPS00024973
CPS00024974  CPS00024986
CPS00024994  CPS00024998
CPS00024999  CPS00025003
CPS00025004  CPS00025009
CPS00025010  CPS00025013
CPS00025014  CPS00025018
CPS00025041  CPS00025042
CPS00025043  CPS00025053
CPS00025054  CPS00025072
CPS00025098  CPS00025111
CPS00025112  CPS00025127
CPS00025128  CPS00025129
CPS00025130  CPS00025151
CPS00025673  CPS00025682
CPS00025690  CPS00025701
CPS00025702  CPS00025711
CPS00025721  CPS00025727
CPS00025749  CPS00025760
CPS00025761  CPS00025761
CPS00025762  CPS00025768
CPS00025973  CPS00025973
CPS00025974  CPS00025977
CPS00026002  CPS00026002
CPS00026003  CPS00026006
CPS00026040  CPS00026040
CPS00026041  CPS00026046
CPS00026118  CPS00026118
CPS00026119  CPS00026121
CPS00026122  CPS00026133
CPS00026272  CPS00026275
CPS00026276  CPS00026291
CPS00026316  CPS00026318
CPS00026319  CPS00026325
CPS00026326  CPS00026328
CPS00026329  CPS00026335
CPS00026338  CPS00026340

CPS00026341  CPS00026347
CPS00026348  CPS00026350
CPS00026351  CPS00026357
CPS00026457  CPS00026458
CPS00026459  CPS00026478
CPS00026630  CPS00026634
CPS00026682  CPS00026686
CPS00026687  CPS00026691
CPS00027427  CPS00027427
CPS00027428  CPS00027436
CPS00027437  CPS00027445
CPS00027446  CPS00027475
CPS00027476  CPS00027481
CPS00027482  CPS00027486
CPS00027487  CPS00027495
CPS00027496  CPS00027508
CPS00027509  CPS00027511
CPS00028505  CPS00028505
CPS00028506  CPS00028509
CPS00028694  CPS00028701
CPS00028706  CPS00028710
CPS00028712  CPS00028716
CPS00028738  CPS00028742
CPS00029092  CPS00029093
CPS00029094  CPS00029140
CPS00029147  CPS00029151
CPS00029152  CPS00029154
CPS00029155  CPS00029158
CPS00029159  CPS00029159
CPS00029160  CPS00029162
CPS00029163  CPS00029167
CPS00029168  CPS00029171
CPS00029222  CPS00029224
CPS00029225  CPS00029227
CPS00029447  CPS00029450