John Benedict, Esq.
Nevada Bar No. 005581
Email: john.benedict.esq@gmail.com
LAW OFFICES OF JOHN BENEDICT
2190 E. Pebble Road, Suite 260
Las Vegas, Nevada 89123
Telephone: (702) 333-3770
Facsimile: (702) 361-3685

Ryan D. Andrews (Admitted *Pro Hac Vice*)
randrews@edelson.com
Rafey Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
John C. Ochoa (Admitted *Pro Hac Vice*)
jochoa@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff Flemming Kristensen and the Class*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| FLEMMING KRISTENSEN, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT PAYMENT SERVICES INC., a Nevada corporation, f/k/a MYCASHNOW.COM INC., ENOVA INTERNATIONAL, INC., an Illinois corporation, PIONEER FINANCIAL SERVICES, INC., a Missouri corporation, LEADPILE LLC, a Delaware limited liability company, and CLICKMEDIA LLC d/b/a NET1PROMOTIONS LLC, a Georgia limited liability company,<br><br>Defendants. | Case No. 2:12-CV-00528-APG(PAL)<br><br>CLASS ACTION<br><br>**NOTICE OF ERRATA TO PLAINTIFF'S OPPOSITION TO DEFENDANTS LEADPILE LLC AND CREDIT PAYMENT SERVICES, INC.'S MOTION FOR TERMINATING SANCTIONS**<br><br>Judge: Hon. Andrew P. Gordon<br><br>Magistrate: Hon. Peggy A. Leen |

Plaintiff Flemming Kristensen ("Plaintiff") submit this Notice of Errata to Plaintiff's Opposition to Defendants LeadPile LLC and Credit Payment Services, Inc.'s Motion for Terminating Sanctions ("Plaintiff's Opposition").

1. Due to an error in the editing process, pages 4 & 12 of Plaintiff's Opposition inadvertently omitted the word "number" from the end of the phrase "cellular telephone." *See* Dkt. 294, pg. 4, line 22; *id.* pg. 12, line 7. Consistent with the citation to Exhibit B of the Declaration of John C. Ochoa on page 4, Plaintiff's counsel provided Plaintiff's cellular telephone number to Defendant Credit Payment Services, Inc. at the beginning of this litigation. As such, the phrases appearing on pg. 4, line 22 and pg. 12, line 7 should read "cellular telephone number," not "cellular telephone."

Respectfully submitted,

**FLEMMING KRISTENSEN**, individually and behalf of a Class of similarly situated individuals

Dated: December 8, 2014

By: /s/ John C. Ochoa
One of Plaintiff's Attorneys

John Benedict, Esq.
LAW OFFICES OF JOHN BENEDICT
Nevada Bar No. 005581
2190 E. Pebble Road, Suite 260
Las Vegas, Nevada 89123
Telephone: (702) 333-3770
Facsimile: (702) 361-3685
john.benedict.esq@gmail.com

Rafey Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Ryan D. Andrews (Admitted *Pro Hac Vice*)
randrews@edelson.com
John C. Ochoa (Admitted *Pro Hac Vice*)
jochoa@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff Flemming Kristensen and the Class*

# CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2014, I electronically filed the forgoing *Notice of Errata to Plaintiff's Opposition to Defendants LeadPile LLC and Credit Payment Services, Inc.'s Motion for Terminating Sanctions* with the Clerk of the Court using the CM/ECF system. Notice of this filing is sent to all counsel of record by operation of the Court' electronic filing system. Parties may access this filing through the Court's system.

Dated: December 8, 2014                    By: /s/ John C. Ochoa