UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FLEMMING KRISTENSEN,<br><br>                                 Plaintiff,<br>v.<br>CREDIT PAYMENT SERVICES, INC., et al.,<br><br>                                Defendants. | Case No. 2:12-cv-00528-APG-PAL<br><br>ORDER<br><br>(Mot Set/Reset Ddl – Dkt. #232) |

In an Order (Dkt. #280) entered December 3, 2014, the court considered Plaintiff's Motion to Set/Reset the Dispositive Motion Deadline (Dkt. #232) until after Plaintiff's counsel received a ruling on a pending motion to compel CPS, and until Defendant CPS and Enova had produced all relevant responsive documents.

In a written Order (Dkt. #272), the court granted in part and denied in part Plaintiff's Motion to Compel (Dkt. #199), and gave CPS until December 5, 2014, to supplement certain of its discovery responses, without objections, serve a privileged document log which fully complies with the requirements of Rule 26(b)(5) for any document withheld on the basis of privilege and to provide Plaintiff with declarations or affidavit detailing the nature of CPS's "reasonable inquiry" to locate responsive documents.

The court's Order (Dkt. #280) granted Plaintiff's motion to set/reset the deadline for Plaintiff to file dispositive motions indicating that the matter would be addressed at the hearing set on January 6, 2015, on other motions. At the January 6, 2015 hearing, the court heard arguments on LeadPile's Motion for Terminating Sanctions (Dkt. #241), and Plaintiff's Motion for Rule 11 Sanctions (Dkt. #261). The court also addressed counsel for Plaintiff about the time requested to file dispositive motions in light of the December 5, 2014 deadline for CPS and Enova to comply with the court's motion to compel. Counsel for Plaintiff indicated that Plaintiff

1

1  had received supplemental discovery responses and the affidavit the court required.  However,
2  Plaintiff still has issues about the Defendants' compliance.  Although more than a month has
3  passed since Plaintiffs' counsel received supplemental responses the court ordered which
4  Plaintiffs' counsel regards as deficient, Plaintiffs have not yet initiated the meet-and-confer
5  process.  Counsel for Plaintiffs requested sixty days from the hearing to file dispositive motions.
6  Having reviewed an considered the matter,
7  **IT IS ORDERED** that Plaintiff's Motion to Set/Reset the Dispositive Motion Deadline
8  (Dkt. #232) is **GRANTED** to the extent that Plaintiff shall have until January 27, 2015, in which
9  to file dispositive motions.  The motion is denied in all other respects.
10  DATED this 12th day of January, 2015.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE