UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FLEMMING KRISTENSEN,<br><br>                              Plaintiff,<br>v.<br>CREDIT PAYMENT SERVICES, INC., et al.,<br><br>                              Defendants. | Case No. 2:12-cv-00528-APG-PAL<br><br>ORDER<br><br>(Mot Set/Reset Ddl – Dkt. #241) |

On January 6, 2015, the court heard arguments on LeadPile's Motion for Terminating Sanctions (Dkt. #241), and Plaintiff's Motion for Rule 11 Sanctions (Dkt. #261). The court has considered the moving and responsive papers (Dkt. ##244, 249, 257, 259, 277, 278, 279, 295, 298, 300, 301, 304), and the arguments of counsel at the hearing.

The procedural history and nature of this case has been explained in prior orders and will not be repeated here. The moving and responsive papers on these motions are voluminous and consist of hundreds of pages consistent with the extensive motion practice that has occurred throughout the history of this case. The court lacks the time or the resources to prepare a publishable quality order outlining the parties' respective positions, the applicable law pertaining to their disputes, and the court's analysis in rendering its decision. Suffice it to say, the court has carefully reviewed and considered the moving and responsive papers, and the arguments of counsel at the lengthy hearing conducted June 6, 2015.

Having reviewed and considered the matters,

**IT IS ORDERED** that:

1. LeadPile's Motion for Terminating Sanctions or, alternatively, Evidentiary Sanctions for Intentional Spoliation of Evidence (Dkt. #241) is **DENIED**.

2. Plaintiff's Motion for Rule 11 Sanctions (Dkt. #261) is **DENIED**.

1

3. Plaintiff's Motion to Seal (Dkt. #291) is **DENIED without prejudice**. Plaintiff filed this motion to seal because Defendant Click Media designated a document attached to Mr. Ochoa's declaration as Exhibit H confidential under the court's protective order governing confidentiality. At the hearing, the court gave Click Media until **January 13, 2015,** in which to file a memorandum of points and authorities supporting any request to maintain the document as confidential following the Ninth Circuit standard articulated in *Kamakana v. City and County of Honolulu,* 447 F.3d 1172 (9th Cir. 2006). If Click Media does not timely comply with the court's order to file a memorandum supporting the continued treatment of the document as confidential by January 14, 2015, as ordered, the clerk of the court is directed to file the document in the public record.

DATED this 12th day of January, 2015.

                                                    _____
                                                    PEGGY A. LEEN
                                                    UNITED STATES MAGISTRATE JUDGE