AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

FLEMMING KRISTENSEN,

Plaintiff,

V.

CREDIT PAYMENT SERVICES, INC., et al.,

Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:12-cv-00528-APG-PAL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Plaintiff is awarded attorney's fees in the amount of $8,736.00 for 22.4 hours of work performed at the rate of $390/hr.

1/23/2015  
Date

/s/ Lance S. Wilson  
Clerk

/s/ D. Johnson  
(By) Deputy Clerk