UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FLEMMING KRISTENSEN,<br><br>                               Plaintiff,<br><br>v.<br><br>CREDIT PAYMENT SERVICES, INC., et al.,<br><br>                               Defendants. | Case No. 2:12-cv-00528-APG-PAL<br><br>ORDER |

This matter is before the court on Defendant Net 1 Promotions, LLC d/b/a ClickMedia's Response (Dkt. #313) to the court's Order (Dkt. #312) entered January 6, 2015, directing it to respond to Plaintiff's Motion to Seal (Dkt. #291). The court has considered the Response.

Plaintiff's Motion to Seal requested leave pursuant to LR 10-5(b) to file Exhibit H to the Declaration of John C. Ochoa filed in support of its Opposition (Dkt. #295) to Defendants' Motion for Sanctions (Dkt. #241) under seal. Exhibit H included documents ClickMedia designated confidential pursuant to the Stipulated Protective Order (Dkt. #145). The Response indicates that ClickMedia has withdrawn its confidentiality designation to the materials attached to the Ochoa Declaration as Exhibit H.

Accordingly,

**IT IS ORDERED** that Plaintiff is directed to file an unredacted version of Exhibit H to the Ochoa Declaration (Dkt. #295-1) using the "Notice of Corrected Image" event in CM/ECF and shall link it to the originally-filed document.

Dated this 29th day of January, 2015.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE