UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FLEMMING KRISTENSEN,<br><br>                                  Plaintiff,<br>v.<br>CREDIT PAYMENT SERVICES, INC., et al.,<br><br>                                  Defendants. | Case No. 2:12-cv-00528-APG-PAL<br><br>ORDER<br><br>(Subst Counsel – Dkt. #325) |

This matter is before the court on the Stipulation and Proposed Order on Substitution of Counsel (Dkt. #325) filed February 3, 2015. James M. Lord seeks leave to be substituted in the place and stead of Ryan W. Mitchem, Michael K. Alston and K. Chris Collins, and for Patricia Lee and Joseph Ganley to remain as local counsel on behalf of Defendant LeadPile, LLC. LR IA 10-6 provides that the signature of an attorney to substitute in a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 10-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case."

Having reviewed and considered the matter, and good cause appearing,

**IT IS ORDERED** that:

1. The Stipulation and Substitution of Counsel (Dkt. #325) is **APPROVED**, and James M. Lord is substituted in the place of Ryan W. Mitchem, Michael K. Alston and K. Chris Collins as counsel for Defendant LeadPile, LLC, subject to the provisions of LR IA 10-6(c) and (d). Patricia Lee and Joseph Ganley shall remain as local counsel for Defendant LeadPile, LLC.

DATED this 4th day of February, 2015.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE