UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FLEMMING KRISTENSEN,<br><br>　　　　　　　　　　　Plaintiff,<br>v.<br>CREDIT PAYMENT SERVICES, INC., et al.,<br><br>　　　　　　　　　　　Defendants. | Case No. 2:12-cv-00528-APG-PAL<br><br>ORDER<br><br>(Subst Counsel – Dkt. #324) |

This matter is before the court on the Stipulation and Proposed Order on Substitution of Counsel (Dkt. #324) filed February 3, 2015. James M. Lord seeks leave to be substituted in the place and stead of Steven Martin Aaron and Gregory T. Wolf, and for Martin L. Walsh to remain as local counsel on behalf of Defendant Credit Payment Services, Inc. LR IA 10-6 provides that the signature of an attorney to substitute in a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 10-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case."

Having reviewed and considered the matter, and good cause appearing,

**IT IS ORDERED** that:

1. The Stipulation and Substitution of Counsel (Dkt. #324) is **APPROVED**, and James M. Lord is substituted in the place of Steven Martin Aaron and Gregory T. Wolf as counsel for Defendant Credit Payment Services, Inc., subject to the provisions of LR IA 10-6(c) and (d). Martin L. Walsh shall remain as local counsel for Defendant Credit Payment Services, Inc.

DATED this 4th day of February, 2015.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE