John Benedict
john.benedict.esq@gmail.com
Nevada Bar No. 005581
LAW OFFICES OF JOHN BENEDICT
2190 E. Pebble Road, Suite 260
Las Vegas, Nevada 89123
Tel: 702.333.3770
Fax: 702.361.3685

Rafey Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Ryan D. Andrews (Admitted *Pro Hac Vice*)
randrews@edelson.com
John C. Ochoa (Admitted *Pro Hac Vice*)
jochoa@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff Flemming Kristensen
and the Class*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| FLEMMING KRISTENSEN, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT PAYMENT SERVICES, INC., a Nevada corporation f/k/a MYCASHNOW.COM INC., ENOVA INTERNATIONAL, INC., an Illinois corporation, PIONEER FINANCIAL SERVICES, Inc., a Missouri Corporation, LEADPILE, LLC, a Delaware limited liability company, and CLICKMEDIA, LLC d/b/a NET1PROMOTIONS LLC, a Georgia limited liability company,<br><br>Defendants. | Case No. 2:12-CV-00538-APG(PAL)<br><br>CLASS ACTION<br><br>**PLAINTIFF'S MOTION FOR LEAVE TO FILE OVERSIZED BRIEF IN SUPPORT OF PLANTIFF'S COMBINED REPLY TO DEFENDANTS' OPPOSITIONS TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>Judge: Hon. Andrew P. Gordon<br><br>Magistrate: Hon. Peggy A. Leen |

1  Plaintiff Flemming Kristensen ("Plaintiff") by and through his undersigned counsel, hereby
2  respectfully moves this Court for leave to file his Combined Reply to Defendants' Oppositions to
3  Plaintiff's Motion for Summary Judgment in excess of the twenty-page limitation set by Local
4  Rule 7-4. In support Plaintiff states as follows:
5      1.  On January 27, 2015, Plaintiff filed his Motion for Summary Judgment Against All
6  Defendants. (Dkt. 321.)
7      2.  On February 17, 2015, Net 1 Promotions, LLC d/b/a Click Media filed its
8  Opposition to Plaintiff's Motion for Summary Judgment. (Dkt. 341.)
9      3.  On February 20, 2015, Pioneer Financial Services, Inc. filed its Opposition to
10 Plaintiff's Motion for Summary Judgment. (Dkt. 354.)
11     4.  Also on February 20, 2015, Enova International, Inc. filed its Opposition to
12 Plaintiff's Motion for Summary Judgment. (Dkt. 355.)
13     5.  Plaintiff will be filing a combined Reply to Defendants' separate responses to
14 Plaintiff's motion for summary judgment in an effort to preserve Court resources.
15     6.  While Plaintiff has endeavored to keep his briefing as succinct as possible, Plaintiff
16 requests leave to file an oversized brief, containing an additional seven pages, so that he may fully
17 address each Defendant's responses and the numerous arguments made therein. If Plaintiff were to
18 file a separate Reply to each response brief, he would be permitted twenty (20) pages per Reply
19 brief, totaling 60 pages of briefing.
20     7.  Per Local Rule 7-4, Plaintiff's oversized brief will include a table of contents and
21 table of authorities.
22
23 **WHEREFORE,** Plaintiff Flemming Kristensen respectfully requests that the Court grant
24 him leave to file an oversized brief totaling twenty-seven (27) pages in support of his Combined
25 Reply to Defendants' Oppositions to Plaintiff's Motion for Summary Judgment.
26
27
28

Dated: March 16, 2015

Respectfully submitted,

FLEMMING KRISTENSEN, individually and on behalf of a Class of similarly situated individuals,

By:    /s/ John C. Ochoa
       One of Plaintiff's Attorneys

John Benedict
john.benedict.esq@gmail.com
Nevada Bar No. 005581
LAW OFFICES OF JOHN BENEDICT
2190 E. Pebble Road, Suite 260
Las Vegas, Nevada 89123
Tel: 702.333.3770
Fax: 702.361.3685

Rafey Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Ryan D. Andrews (Admitted *Pro Hac Vice*)
randrews@edelson.com
John C. Ochoa (Admitted *Pro Hac Vice*)
jochoa@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff Flemming Kristensen and the Class*

**CERTIFICATE OF SERVICE**

I, John C. Ochoa, an attorney, hereby certify that I served the above and foregoing *Motion for Leave to File Oversized Brief*, by causing true and accurate copies of such paper to be transmitted to all counsel of record via the Court's CM/ECF electronic filing system on March 16, 2015.

      /s/  John C. Ochoa
      John C. Ochoa