**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

FLEMMING KRISTENSEN, individually and on behalf of a class of similarly situated individuals,
               Plaintiffs,
   v.

CREDIT PAYMENT SERVICES INC, et al,
               Defendants.

Case No. 2:12-cv-00528-APG-PAL

**ORDER UNSEALING DOCUMENTS**

(**Dkt. #319**)

On March 9, 2015, I denied motions to seal filed by plaintiff Flemming Kristensen (Dkt. #319) and defendant CNU Online Holdings, LLC (Dkt. #356). I gave each of them until March 19, 2015 to file new motions to seal, if sufficient grounds exist. Neither party has filed a new motion to dismiss. Accordingly the exhibits previously filed under seal by those parties shall be unsealed.

**IT IS HEREBY ORDERED THAT** the clerk shall unseal the following documents, which were collectively filed under seal as Dkt. #320:

    Exhibit G to the Declaration of John C. Ochoa in Support of Plaintiff Motion for Summary Judgment Against All Defendants.

    Exhibit H to the Declaration of John C. Ochoa in Support of Plaintiff Motion for Summary Judgment Against All Defendants.

    Exhibit I to the Declaration of John C. Ochoa in Support of Plaintiff Motion for Summary Judgment Against All Defendants.

    Exhibit J to the Declaration of John C. Ochoa in Support of Plaintiff Motion for Summary Judgment Against All Defendants

    Exhibit K to the Declaration of John C. Ochoa in Support of Plaintiff Motion for Summary Judgment Against All Defendants.

    Exhibit M to the Declaration of John C. Ochoa in Support of Plaintiff Motion for Summary Judgment Against All Defendants.

Exhibit 104 of Exhibit N to the Declaration of John C. Ochoa in Support of Plaintiff Motion for Summary Judgment Against All Defendants.

Exhibit 14 of Exhibit P to the Declaration of John C. Ochoa in Support of Plaintiff Motion for Summary Judgment Against All Defendants.

Exhibit Q to the Declaration of John C. Ochoa in Support of Plaintiff Motion for Summary Judgment Against All Defendants.

Exhibit R to the Declaration of John C. Ochoa in Support of Plaintiff Motion for Summary Judgment Against All Defendants.

Exhibit S to the Declaration of John C. Ochoa in Support of Plaintiff Motion for Summary Judgment Against All Defendants.

Exhibit 210–212 of Exhibit T to the Declaration of John C. Ochoa in Support of Plaintiff Motion for Summary Judgment Against All Defendants.

Exhibit U to the Declaration of John C. Ochoa in Support of Plaintiff Motion for Summary Judgment Against All Defendants.

**IT IS FURTHER ORDERED THAT** the clerk shall unseal Exhibit F to Enova's Response to Plaintiff's Motion for Summary Judgment, which was filed under seal as Dkt. #357:

DATED this 24th day of March, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE