John Benedict
john.benedict.esq@gmail.com
Nevada Bar No. 005581
LAW OFFICES OF JOHN BENEDICT
2190 E. Pebble Road, Suite 260
Las Vegas, Nevada 89123
Tel: 702.333.3770
Fax: 702.361.3685

Rafey Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Ryan D. Andrews (Admitted *Pro Hac Vice*)
randrews@edelson.com
John C. Ochoa (Admitted *Pro Hac Vice*)
jochoa@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff Flemming Kristensen and the Class*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FLEMMING KRISTENSEN, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT PAYMENT SERVICES, INC., a Nevada corporation f/k/a MYCASHNOW.COM INC., ENOVA INTERNATIONAL, INC., an Illinois corporation, PIONEER FINANCIAL SERVICES, Inc., a Missouri Corporation, LEADPILE, LLC, a Delaware limited liability company, and CLICKMEDIA, LLC d/b/a NET1PROMOTIONS LLC, a Georgia limited liability company,<br><br>Defendants. | Case No. 2:12-CV-00538-APG(PAL)<br><br>CLASS ACTION<br><br>**THE PARTIES' JOINT MOTION TO STAY LITIGATION**<br><br>Judge: Hon. Andrew P. Gordon<br><br>Magistrate: Hon. Peggy A. Leen |

Plaintiff Flemming Kristensen ("Plaintiff") and Defendants Credit Payment Services, Inc. ("CPS"), LeadPile LLC ("LeadPile"), Enova International, Inc. ("Enova") and Pioneer Financial Services, Inc. ("Pioneer") (collectively, the "Parties"), respectfully move this Court to stay this litigation for a period of twenty-eight (28) days while the Parties attempt to resolve this case through private mediation.

                              Respectfully submitted,

                              FLEMMING KRISTENSEN, individually and behalf of a Class of similarly situated individuals

Dated: May 1, 2015

                              By: /s/ John C. Ochoa
                              One of Plaintiff's Attorneys

                              Rafey Balabanian (Admitted *Pro Hac Vice*)
                              rbalabanian@edelson.com
                              Ryan D. Andrews (Admitted *Pro Hac Vice*)
                              randrews@edelson.com
                              John C. Ochoa (Admitted *Pro Hac Vice*)
                              jochoa@edelson.com
                              EDELSON PC
                              350 North LaSalle Street, Suite 1300
                              Chicago, Illinois 60654
                              Tel: 312.589.6370
                              Fax: 312.589.6378

                              John Benedict
                              john.benedict.esq@gmail.com
                              Nevada Bar No. 005581
                              LAW OFFICES OF JOHN BENEDICT
                              2190 E. Pebble Road, Suite 260
                              Las Vegas, Nevada 89123
                              Tel: 702.333.3770
                              Fax: 702.361.3685

                              *Attorneys for Plaintiff Flemming Kristensen and the Class*

                              (Additional counsel appear below)

## MEMORANDUM OF POINTS AND AUTHORITIES

1. In this certified class action lawsuit, Plaintiff alleges that Defendants LeadPile, CPS, Enova and Pioneer are responsible for alleged unsolicited text message transmissions to Class Members in violation of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227. Defendants dispute Plaintiff's allegations. The Parties have completed substantial discovery and have all moved for summary judgment on Plaintiff's and the Class's TCPA claim, as well as certain of Defendants' affirmative defenses.

2. The Parties have also begun engaging in settlement discussions. To that end, the Parties recently agreed to conduct a mediation session with the Honorable Wayne Andersen (Ret.)—formerly a district judge in the Northern District of Illinois and now a mediator with JAMS in Chicago, Illinois—on May 26, 2015.

3. As such, the Parties request a 28-day stay of this litigation, including a stay of the Court's ruling on all pending motions,[1] in order to allow the Parties to devote their full attention and resources toward the settlement discussions at hand, and to preserve the resources of the Court, as a settlement would obviate the need for a ruling on the pending motions.

4. The Parties agree, subject to the Court's approval, that a 28-day stay would provide them with enough time to complete their settlement discussions.

5. The instant motion is filed in good faith and not for purposes of undue delay or for any improper purpose. Rather, it's meant to preserve the Parties' respective positions so as to help facilitate settlement.

For the foregoing reasons, the Parties respectfully request that this Court enter an Order:

   a. Staying this case for a period of twenty-eight (28) days, and

   b. Providing any additional relief that it deems reasonable and just.

---

[1] There are currently five pending motions for summary judgment (*see* dkts. 233, 236, 239, 240 and 321), as well as several other pending motions, including two motions to strike, two Objections to orders issued by Magistrate Judge Leen, and Plaintiff's Rule 56(d) request (*see* dkts. 262, 268, 322, 385 & 386).

| | | |
|---|---|---|
| 1 | Dated: May 1, 2015 | Respectfully submitted, |
| 2 | | |
| 3 | | **EDELSON PC** |
| 4 | | By: /s/  John C. Ochoa |
| 5 | | Rafey Balabanian (Admitted *Pro Hac Vice*) |
| | | rbalabanian@edelson.com |
| 6 | | Ryan D. Andrews (Admitted *Pro Hac Vice*) |
| | | randrews@edelson.com |
| 7 | | John C. Ochoa (Admitted *Pro Hac Vice*) |
| | | jochoa@edelson.com |
| 8 | | EDELSON PC |
| | | 350 North LaSalle Street, Suite 1300 |
| 9 | | Chicago, Illinois 60654 |
| | | Tel: 312.589.6370 |
| 10 | | Fax: 312.589.6378 |
| 11 | | John Benedict |
| | | john.benedict.esq@gmail.com |
| 12 | | Nevada Bar No. 005581 |
| | | LAW OFFICES OF JOHN BENEDICT |
| 13 | | 2190 E. Pebble Road, Suite 260 |
| | | Las Vegas, Nevada 89123 |
| 14 | | Tel: 702.333.3770 |
| | | Fax: 702.361.3685 |
| 15 | | |
| 16 | | *Attorneys for Plaintiff Flemming Kristensen and the Class* |
| 17 | | |
| 18 | | **Sideman & Bancroft LLP** |
| 19 | | By: /s/  James M. Lord |
| 20 | | James M. Lord (Admitted *Pro hac vice*) |
| | | jlord@sideman.com |
| 21 | | Sideman & Bancroft LLP |
| | | 1999 Broadway |
| 22 | | Suite 4300 |
| | | Denver, Colorado 80202 |
| 23 | | 415-392-1960 |
| 24 | | Peter Colosi (Admitted *Pro hac vice*) |
| | | pcolosi@sideman.com |
| 25 | | Sideman & Bancroft, LLP |
| | | One Embarcadero |
| 26 | | Suite 2200 |
| | | San Francisco, California 94111 |
| 27 | | 415-392-1960 |
| 28 | | *Attorneys for Defendants* |

*Credit Payment Services, Inc. and LeadPile LLC*

**Polsinelli PC**

By: /s/ Russell S. Jones, Jr.

Russell S. Jones, Jr. (Admitted *Pro hac vice*)
Robert V. Spake (Admitted *Pro hac vice*)
Polsinelli PC
900 W. 48th Place, Suite 900
Kansas City, MO 64112
816.395.0600

Chad R. Fears, Esq., Nevada Bar No. 6970
cfears@swlaw.com
SNELL & WILMER, L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
702.784.5252

*Attorneys for Defendant Pioneer Services*

**Forde Law LLP**

By: /s/ Brian O'Meara

Brian O'Meara, IL #6275625
111 West Washington Street, Suite 1100
Chicago, IL 60602-2768
Telephone: 312.641.1441
bomeara@fordellp.com

Dan R. Waite, NV #4078
dwaite@lrrlaw.com
LEWIS ROCA ROTHGERBER LLP
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, NV 89169
Telephone: 702-949-8200
Facsimile: 702-949-8398

*Attorneys for Defendant Enova International, Inc.*

**CERTIFICATE OF SERVICE**

  I, John C. Ochoa, hereby certify that on May 1, 2015, I electronically filed the foregoing *Parties' Joint Motion to Stay Case* with the Clerk of the Court using the CM/ECF system. Notice of this filing is sent to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

Dated: May 1, 2015          /s/ John C. Ochoa
                    John C. Ochoa