John Benedict
john.benedict.esq@gmail.com
Nevada Bar No. 005581
LAW OFFICES OF JOHN BENEDICT
2190 E. Pebble Road, Suite 260
Las Vegas, Nevada 89123
Tel: 702.333.3770
Fax: 702.361.3685

Rafey Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Ryan D. Andrews (Admitted *Pro Hac Vice*)
randrews@edelson.com
John C. Ochoa (Admitted *Pro Hac Vice*)
jochoa@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff Flemming Kristensen and the Class*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FLEMMING KRISTENSEN, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT PAYMENT SERVICES, INC., a Nevada corporation f/k/a MYCASHNOW.COM INC., ENOVA INTERNATIONAL, INC., an Illinois corporation, PIONEER FINANCIAL SERVICES, Inc., a Missouri Corporation, LEADPILE, LLC, a Delaware limited liability company, and CLICKMEDIA, LLC d/b/a NET1PROMOTIONS LLC, a Georgia limited liability company,<br><br>Defendants. | Case No. 2:12-CV-00538-APG(PAL)<br><br>CLASS ACTION<br><br>**THE PARTIES' JOINT STATUS REPORT**<br><br>Judge: Hon. Andrew P. Gordon<br><br>Magistrate: Hon. Peggy A. Leen |

1  Plaintiff Flemming Kristensen ("Plaintiff") and Defendants Credit Payment Services, Inc.
2  ("CPS"), LeadPile LLC ("LeadPile"), Enova International, Inc. ("Enova") Pioneer Financial
3  Services, Inc. ("Pioneer"), and Net1Promotions LLC d/b/a Click Media (collectively, the
4  "Parties"), submit this status report pursuant to the Court's May 6, 2015 Minute Order, and inform
5  the Court that they engaged in private mediation on May 26, 2015, before the Honorable Wayne
6  Andersen (ret.) of JAMS, but the mediation did not result in a resolution of this case as to any
7  party. Therefore, the parties request that the Court lift the stay entered on May 6, 2015, and allow
8  the case to proceed.

Dated: June 1, 2015                             Respectfully submitted,

                                                **EDELSON PC**

                                                By: /s/  John C. Ochoa

                                                Rafey Balabanian (Admitted *Pro Hac Vice*)
                                                rbalabanian@edelson.com
                                                Ryan D. Andrews (Admitted *Pro Hac Vice*)
                                                randrews@edelson.com
                                                John C. Ochoa (Admitted *Pro Hac Vice*)
                                                jochoa@edelson.com
                                                EDELSON PC
                                                350 North LaSalle Street, Suite 1300
                                                Chicago, Illinois 60654
                                                Tel: 312.589.6370
                                                Fax: 312.589.6378

                                                John Benedict
                                                john.benedict.esq@gmail.com
                                                Nevada Bar No. 005581
                                                LAW OFFICES OF JOHN BENEDICT
                                                2190 E. Pebble Road, Suite 260
                                                Las Vegas, Nevada 89123
                                                Tel: 702.333.3770
                                                Fax: 702.361.3685

                                                *Attorneys for Plaintiff Flemming Kristensen
                                                and the Class*

                                                **Sideman & Bancroft LLP**

                                                By: /s/  James M. Lord

James M. Lord (Admitted *Pro hac vice*)
jlord@sideman.com
Sideman & Bancroft LLP
1999 Broadway
Suite 4300
Denver, Colorado 80202
415-392-1960

Peter Colosi (Admitted *Pro hac vice*)
pcolosi@sideman.com
Sideman & Bancroft, LLP
One Embarcadero
Suite 2200
San Francisco, California 94111
415-392-1960

*Attorneys for Defendants*
*Credit Payment Services, Inc. and LeadPile LLC*

**Polsinelli PC**

By:     /s/ Russell S. Jones, Jr.
           One of its attorneys

Russell S. Jones, Jr. (Admitted *Pro hac vice*)
Robert V. Spake (Admitted *Pro hac vice*)
Polsinelli PC
900 W. 48th Place, Suite 900
Kansas City, MO 64112
816.395.0600

Chad R. Fears, Esq., Nevada Bar No. 6970
cfears@swlaw.com
SNELL & WILMER, L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
702.784.5252

*Attorneys for Defendant Pioneer Services*

**Forde Law LLP**

By:  /s/  Brian O'Meara

Brian O'Meara, IL #6275625
111 West Washington Street, Suite 1100
Chicago, IL 60602-2768
Telephone:  312.641.1441
bomeara@fordellp.com

Dan R. Waite, NV #4078
dwaite@lrrlaw.com
LEWIS ROCA ROTHGERBER LLP
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, NV 89169
Telephone:  702-949-8200
Facsimile:   702-949-8398

*Attorneys for Defendant Enova International, Inc.*

**Fox Rothschild LLP**

By: /s/ John H. Gutke

John H. Gutke NV # 10062
jgutke@foxrothschild.com
Fox Rothschild LLP
Wells Fargo Tower, Suite 500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Tel: 702.262.6899
Fax: 702.597.5503

*Attorney for Defendant Net1Promotions LLC d/b/a Click Media*

## **CERTIFICATE OF SERVICE**

    I, John C. Ochoa, hereby certify that on June 1, 2015, I electronically filed the foregoing *Parties' Joint Status Report* with the Clerk of the Court using the CM/ECF system. Notice of this filing is sent to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: June 1, 2015                                                                   /s/ John C. Ochoa  
                                                                                                      John C. Ochoa