AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF                        Nevada

Flemming Kristensen

**JUDGMENT IN A CIVIL CASE**

Plaintiff,

V.

Credit Payment Services Inc., et al.

Case Number:   2:12-cv-00528-APG-PAL

Defendants.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and  a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

  IT IS ORDERED AND ADJUDGED

that Defendants'  Motion for Summary Judgment is Granted as to Defendants, Credit Payment Services, Inc., Enova International, Inc.,  Pioneer Financial Services, Inc. and Leadpile, LLC.  Judgment entered in favor of Defendant.

July 21, 2015                                      /s/ Lance S. Wilson

Date                                                          Clerk

/s/ Patti Smythe

(By) Deputy Clerk