Dan R. Waite
Nevada Bar No.: 4078
DWaite@lrrc.com
LEWIS ROCA ROTHGERBER LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169
Telephone: 702-949-8200
Facsimile: 702-949-8398

BRIAN P. O'MEARA
*Pro Hac Vice* IL Bar No. 6275624
FORDE LAW OFFICES LLP
111 West Washington, Suite 1100
Chicago, Illinois 60602
Telephone: (312) 641-1441
Facsimile: (312) 641-1288
Email: bomeara@fordellp.com

*Attorneys for Defendant CNU Online Holdings, LLC,
incorrectly sued as Enova International, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FLEMMING KRISTENSEN, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>CREDIT PAYMENT SERVICES INC., a Nevada corporation, f/k/a MYCASHNOW.COM INC., ENOVA INTERNATIONAL, INC., an Illinois corporation, PIONEER FINANCIAL SERVICES, INC., a Missouri corporation, LEADPILE LLC, a Delaware limited liability company, and CLICKMEDIA LLC d/b/a NET1PROMOTIONS LLC, a Georgia limited liability company,<br><br>Defendants. | Case No.: 2:12-cv-00528-APG-PAL<br><br>**NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESS** |

Counsel for Defendant, CNU Online Holdings, LLC, incorrectly sued as Enova International, Inc. ("Enova"), gives notice that effective January 4, 2016, Lewis Roca Rothgerber LLP has changed its name to Lewis Roca Rothgerber Christie LLP.

7194386_1

1   In addition, the email addresses for the attorney(s) who have appeared in this case for
2   Lewis Roca Rothgerber LLP, will change as follows:
3   DWaite@lrrlaw.com to DWaite@lrrc.com
4   All other contact information for the firm and its lawyers will remain the same.
5   DATED this 6th day of January, 2016.

LEWIS ROCA ROTHGERBER CHRISTIE LLP


By: /s/ Dan R. Waite
    Dan R. Waite
    3993 Howard Hughes Pkwy, Suite 600
    Las Vegas, NV 89169-5996
    Tel: 702.949.8200
    Fax: 702.949.8398

7194386_1

2

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that service of the forgoing Notice of Change of Firm Name and Email Address was made to all respective counsel through the United States District Court's CM/ECF system.

DATED this 6th day of January, 2016.

*/s/ Luz Horvath*_____
An Employee of Lewis Roca Rothgerber LLP

7194386_1

3