John Benedict, Esq. (Nevada Bar No. 005581)
LAW OFFICES OF JOHN BENEDICT
2190 E. Pebble Road, Suite 260
Las Vegas, Nevada 89123
Telephone: (702) 333-3770
Facsimile: (702) 361-3685
Email: john.benedict.esq@gmail.com

Ryan D. Andrews (*pro hac vice*)
randrews@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Rafey S. Balabanian (*pro hac vice*)
rbalabanian@edelson.com
EDELSON PC
329 Bryant Street
San Francisco, California 94107
Tel: 415.234.5342
Fax: 415.373.9435

*Attorneys for Plaintiff Flemming Kristensen and the Class*

## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| FLEMMING KRISTENSEN, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT PAYMENT SERVICES INC., a Nevada corporation, f/k/a MYCASHNOW.COM INC., ENOVA INTERNATIONAL, INC., an Illinois corporation, PIONEER FINANCIAL SERVICES, INC., a Missouri corporation, LEADPILE LLC, a Delaware limited liability company, and CLICKMEDIA LLC d/b/a NET1PROMOTIONS LLC, a Georgia limited liability company,<br><br>Defendants. | Case No. 2:12-CV-00528-APG-PAL<br><br>CLASS ACTION<br><br>**NOTICE OF APPEAL**<br><br>Hon. Andrew P. Gordon<br><br>Magistrate: Hon. Peggy A. Leen |

Notice is hereby given that Plaintiff Flemming Kristensen and the certified class hereby appeal to the United States Court of Appeals for the Ninth Circuit from the following orders and judgments:

- The July 20, 2015 Order granting summary judgment in favor of Defendants Enova International Inc., Credit Payment Services Inc., Pioneer Financial Services Inc., and Leadpile LLC (dkt. 406);
- The judgment of July 21, 2016 in favor of Defendants Enova International Inc., Credit Payment Services Inc., Pioneer Financial Services Inc., and Leadpile LLC (dkt. 407);
- The January 25, 2016 Order denying Plaintiff's Motion to Reconsider (dkt. 420);
- The April 7, 2016 Order granting summary judgment in favor of Defendant Click Media LLC (dkt 426);
- The final judgment of April 7, 2016 in favor of Defendant Click Media (dkt. 427).

Dated: May 3, 2016

Respectfully submitted,

FLEMMING KRISTENSEN, individually and on behalf of a Class of similarly situated individuals

By: /s/ Ryan D. Andrews
    One of Plaintiff's Attorneys

John Benedict, Esq. (Nevada Bar No. 005581)
LAW OFFICES OF JOHN BENEDICT
2190 E. Pebble Road, Suite 260
Las Vegas, Nevada 89123
Telephone: (702) 333-3770
Facsimile: (702) 361-3685
Email: john.benedict.esq@gmail.com

Ryan D. Andrews (*pro hac vice*)
randrews@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Rafey S. Balabanian (*pro hac vice*)
rbalabanian@edelson.com
EDELSON PC
329 Bryant Street
San Francisco, California 94107

Tel: 415.234.5342
Fax: 415.373.9435

*Counsel for Plaintiff Flemming Kristensen and the Class*

**CERTIFICATE OF SERVICE**

    I, Ryan D. Andrews, hereby certify that on May 3, 2016, I electronically filed the foregoing *Notice of Appeal* with the Clerk of the Court using the CM/ECF system. Notice of this filing is sent to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: May 3, 2016                                              /s/ Ryan D. Andrews