**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FLEMMING KRISTENSEN, individually and on behalf of a class of similarly situated individuals, | Case No. 2:12-cv-00528-APG-PAL |
| Plaintiffs, | **ORDER DENYING REQUEST TO DEFER TAXING COSTS** |
| v. | (ECF No. 432) |
| CREDIT PAYMENT SERVICES INC, *et al.*, | |
| Defendants. | |

Defendants Pioneer Financial Services, Inc., Credit Payment Services Inc., Leadpile LLC, and Enova International, Inc. filed their Bills of Costs. ECF Nos. 428, 429, 430. The plaintiff has requested that the court defer taxing costs while its appeal is pending. ECF No. 432. Courts have discretion to proceed with taxation of costs or defer doing so while an appeal is pending. Fed. R. Civ. P. 54(d)(1). The plaintiff has not offered sufficient justification to convince me to defer taxation of costs. Therefore, the clerk of court is directed to tax costs as appropriate.

DATED this 13th day of October, 2016.

_____

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE