UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 01 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FLEMMING KRISTENSEN,

        Plaintiff - Appellant,

  v.

CREDIT PAYMENT SERVICES
INC., FKA MYCASHNOW.COM Inc.;
et al.,

        Defendants - Appellees.

No. 16-15823

D.C. No. 2:12-cv-00528-APG-PAL
U.S. District Court for Nevada, Las
Vegas

**MANDATE**

The judgment of this Court, entered January 10, 2018, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

        FOR THE COURT:

        MOLLY C. DWYER
        CLERK OF COURT

        By: Craig Westbrooke
        Deputy Clerk
        Ninth Circuit Rule 27-7